DEBORAH M. SMITH
Acting United States Attorney Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JOHN B. SNYDER, III
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. |
| Plaintiff, | ) |
| | ) |
| v. | ) COMPLAINT TO REDUCE TAX |
| | ) ASSESSMENTS TO JUDGMENT AND TO |
| BOB C. THOMAS; | ) FORECLOSE FEDERAL TAX LIENS |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

The United States of America, by and through its undersigned

counsel, hereby alleges as follows:

1.   This is an action to reduce federal tax assessments to

- 1 -

judgment and to foreclose federal tax liens on real property.

2.   This action is commenced pursuant to Sections 7401 and 7403 of the Internal Revenue Code, Title 26, U.S.C., at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

3.   The Court has jurisdiction over this action under 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

4.   Venue is proper in the District of Alaska in accordance with 28 U.S.C. § 1396 since the federal tax liabilities of Bob C. Thomas and Viola Ruth Thomas, deceased, accrued within the District of Alaska.  Additionally, venue is proper since the real property that is the subject of this action is located within the District of Alaska.

5.   Bob C. Thomas is being sued in his individual capacity.

6.   Robert R. Thomas is made a party to this action pursuant to the provisions of 26 U.S.C. § 7403(b) because he may claim an interest in the real property that is the subject of this action.  Robert R. Thomas is also made a party to this action in his capacity as the personal representative of the estate of Viola Ruth Thomas, deceased, which may also claim an interest in the real property that is the subject of this action.

7.   Michael C. Thomas is made a party to this action pursuant to the provisions of 26 U.S.C. § 7403(b) because he may

claim an interest in the real property that is the subject of this action.

8.    Dick Brickley and Hoa Brickley are made parties to this action pursuant to the provisions of 26 U.S.C. § 7403(b) because they may claim an interest in the real property that is the subject of this action.

9.    Mt. McKinley Bank is made a party to this action pursuant to the provisions of 26 U.S.C. § 7403(b) because it may claim an interest in the real property that is the subject of this action.

10.    The Fairbanks Northstar Borough is made a party to this action pursuant to the provisions of 26 U.S.C. § 7403(b) because it may claim an interest in the real property that is the subject of this action.

11.    The first parcel of real property that is the subject of this foreclosure action (hereinafter "the subject property") is a single family residence located at 3239 La Ree Way, Esther, Alaska and is legally described as follows:

    Lot One (1), Block Ten (10), Bluebird Homesteads
    Subdivision, according to the official plat thereof filed
    December 12, 1969 as Instrument No. 69-12195 records of the
    Fairbanks Recording District, Fourth Judicial District,
    State of Alaska.

12.    The second parcel of real property that is the subject of this foreclosure action (hereinafter "the subject property") is a gravel pit and 80 acres of land located at 740 Nordale Road,

North Pole, Alaska and is legally described as follows:

> The South West Quarter (SW 1/4) of the South East Quarter
> (SE1/4) and the South East Quarter (SE 1/4) of the South
> West Quarter (SW 1/4) of Section Eight (8), Township One
> South (T1S), Range Two East (R2E), Fairbanks Meridian, in
> Fairbanks, Recording District, Fourth Judicial District,
> State of Alaska.

## COUNT I
### (TAX LIABILITIES OF BOB C. THOMAS)

13.  The United States realleges the allegations of paragraphs 1 through 12.

14.  In the amounts and for the tax periods set forth below, a delegate of the Secretary of the Treasury made assessments against defendant Bob C. Thomas for unpaid federal income taxes, penalties, interest, and other statutory additions:

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 1991 | 06/05/95 | $ 19,794.00(a) | |
| | 06/05/95 | $  3,760.86(h) | |
| | 06/05/95 | $  1,131.24(b) | |
| | 06/05/95 | $  3,665.25(c) | |
| | 06/05/95 | $  6,422.57(d) | |
| | 03/10/97 | $    732.09(h) | |
| | 03/10/97 | $  2,230.25(c) | |
| | 03/10/97 | $  8,921.00(a) | |
| | 03/10/97 | | $  3,504.00(g) |
| | 03/10/97 | $ 10,085.26(d) | |
| | 03/14/03 | $  1,809.80(h) | |
| | 10/04/04 | | $ 11,455.32(f) |
| | 12/13/04 | $     60.00(e) | |
| | 11/24/04 | | $    222.00(f) |
| | 12/22/04 | | $    222.00(f) |

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 1992 | 06/12/95 | $ 14,054.00(a) | |
| | 06/12/95 | $ 613.00(b) | |
| | 06/12/95 | $ 3,162.15(c) | |
| | 06/12/95 | $ 1,827.02(h) | |
| | 06/12/95 | $ 3,095.39(d) | |
| | 10/01/96 | | $ 24,773.68(f) |
| | 10/21/96 | $ 897.80(d) | |
| | 10/21/96 | $ 1,124.32(h) | |
| | 03/10/97 | $ 940.25(c) | |
| | 03/10/97 | $ 3,761.00(a) | |
| | 08/22/03 | $ 30.00(e) | |
| | | | |
| 1993 | 07/17/95 | $ 3,623.00(a) | |
| | 07/17/95 | $ 152.00(b) | |
| | 07/17/95 | $ 815.18(c) | |
| | 07/17/95 | $ 289.84(h) | |
| | 07/17/95 | $ 475.06(d) | |
| | 10/18/96 | $ 30.00(e) | |
| | 07/17/95 | | $ 426.66(g) |
| | 03/10/97 | | $ 1,408.00(g) |
| | 01/07/04 | | $ 310.77(f) |
| | 11/19/04 | | $ 221.70(f) |
| | | | |
| 1994 | 09/08/97 | $ 11,493.00(a) | |
| | 09/08/97 | $ 127.00(b) | |
| | 09/08/97 | $ 2,585.93(c) | |
| | 09/08/97 | $ 1,666.49(h) | |
| | 10/18/96 | $ 3,239.04(d) | |
| | 02/23/98 | $ 30.00(e) | |
| | | | |
| 1995 | 09/08/97 | $ 9,374.00(a) | |
| | 09/08/97 | $ 512.00(b) | |
| | 09/08/97 | $ 2,109.15(c) | |
| | 09/08/97 | $ 769.79(h) | |
| | 09/08/97 | $ 1,446.77(d) | |
| | | | |
| 1996 | 06/01/98 | $ 5,018.00(a) | |
| | 06/01/98 | $ 267.00(b) | |
| | 06/01/98 | $ 1,129.05(c) | |
| | 06/01/98 | $ 351.26(h) | |
| | 06/01/98 | $ 590.62(d) | |
| | 09/21/98 | $ 30.00(e) | |
| | | | |
| 1997 | 06/01/98 | $ 4,952.00(a) | |
| | 06/01/98 | $ 267.00(b) | |
| | 06/01/98 | $ 49.52(h) | |
| | 06/01/98 | $ 51.27(d) | |
| | | | |
| 1999 | 08/27/01 | $ 8,058.00(a) | |
| | 08/27/01 | $ 136.00(b) | |
| | 08/27/01 | $ 1,813.05(c) | |
| | 08/27/01 | $ 684.93(h) | |
| | 08/27/01 | $ 1,166.96(d) | |

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 2000 | 08/20/01 | $  1,897.00(a) | |
| | 08/20/01 | $     47.42(h) | |
| | 08/20/01 | $     50.82(d) | |
| 2001 | 09/30/02 | $  5,785.00(a) | |
| | 09/30/02 | $     83.00(b) | |
| | 09/30/02 | $    260.32(c) | |
| | 09/30/02 | $    173.55(h) | |
| | 09/30/02 | $    163.95(d) | |
| | 12/16/02 | | $     32.95(g) |
| | 12/16/02 | | $      1.48(g) |

(a)- tax assessed
(b)- estimated tax penalty
(c)- late filing penalty
(d)- interest assessed
(e)- fees and collection costs
(f)- payment
(g)- abatement
(h)- failure to pay tax penalty

Interest and other statutory additions to these amounts have accrued and will continue to accrue until paid.

//

//

- 6 -

15.  In the amounts and for the tax periods set forth below, a delegate of the Secretary of the Treasury made assessments against defendant Bob C. Thomas for unpaid federal employment (Form 941) taxes, penalties, interest, and other statutory additions:

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 09/30/92 | 11/30/92 | $ 36,334.37(a) | |
| | 07/16/92 | | $ 5,280.79(I) |
| | 07/16/92 | | $ 3,856.18(I) |
| | 07/16/92 | | $ 901.85(I) |
| | 07/05/92 | | $ 2,376.06(I) |
| | 07/30/92 | | $ 347.08(I) |
| | 07/30/92 | | $ 1,484.06(I) |
| | 08/14/92 | | $ 4,799.00(I) |
| | 08/14/92 | | $ 1,122.34(I) |
| | 08/14/92 | | $ 5,985.60(I) |
| | 09/16/92 | | $ 4,231.85(I) |
| | 09/16/92 | | $ 4,960.47(I) |
| | 09/16/92 | | $ 989.70(I) |
| | 11/30/92 | $ 210.36(j) | |
| | 11/30/92 | | $ 210.36(g) |
| | 01/04/93 | | $ 0.05(g) |
| | 02/24/97 | $ 82.70(j) | |
| | 02/24/97 | $ 3,816.08(a) | |
| | 02/24/97 | $ 1,614.16(d) | |
| | 10/20/03 | | $ 198.35(f) |
| 12/31/92 | 03/22/93 | $ 33,814.78(a) | |
| | 10/16/92 | | $ 1,021.76(I) |
| | 10/16/92 | | $ 4,119.14(I) |
| | 10/16/92 | | $ 4,368.82(I) |
| | 11/27/92 | | $ 80.24(I) |
| | 11/27/92 | | $ 343.00(I) |
| | 11/27/92 | | $ 327.00(I) |
| | 12/11/92 | | $ 5,036.02(I) |
| | 12/11/92 | | $ 1,047.45(I) |
| | 12/11/92 | | $ 4,478.74(I) |
| | 12/16/92 | | $ 5,082.27(I) |
| | 12/16/92 | | $ 1,216.44(I) |
| | 12/16/92 | | $ 6,694.14(I) |
| | 03/22/93 | | $ 0.24(f) |
| | 02/24/97 | $ 150.97(j) | |
| | 02/24/97 | $ 6,966.36(a) | |
| | 02/24/97 | $ 2,773.61(d) | |

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 03/31/93 | 04/30/93 | $ 18,561.40(a) | |
| | 01/19/93 | | $ 3,250.00(I) |
| | 01/19/93 | | $ 778.86(I) |
| | 01/19/93 | | $ 3,329.98(I) |
| | 01/25/93 | | $ 80.24(I) |
| | 01/25/93 | | $ 375.68(I) |
| | 01/25/93 | | $ 87.86(I) |
| | 02/22/93 | | $ 317.00(I) |
| | 02/22/93 | | $ 645.78(I) |
| | 02/22/93 | | $ 2,415.00(I) |
| | 02/22/93 | | $ 2,761.02(I) |
| | 03/16/93 | | $ 1,929.00(I) |
| | 03/16/93 | | $ 506.34(I) |
| | 03/16/93 | | $ 2,164.88(I) |
| | 04/16/93 | | $ 1,934.00(I) |
| | 04/16/93 | | $ 1,939.60(I) |
| | 04/16/93 | | $ 453.66(I) |
| | 04/16/93 | $ 1,934.00(k) | |
| | 04/16/93 | $ 1,939.60(k) | |
| | 04/16/93 | $ 453.66(k) | |
| | 02/24/97 | $ 428.01(a) | |
| | 02/24/97 | $ 9.28(j) | |
| | 02/24/97 | $ 160.27(d) | |
| 09/30/94 | 11/24/94 | $ 17,217.88(a) | |
| | 07/01/94 | | $ 252.20(I) |
| | 07/01/94 | | $ 1,078.28(I) |
| | 07/01/94 | | $ 1,691.62(I) |
| | 07/15/94 | | $ 225.70(I) |
| | 07/15/94 | | $ 1,456.77(I) |
| | 07/15/94 | | $ 964.98(I) |
| | 07/29/94 | | $ 905.52(I) |
| | 07/29/94 | | $ 1,267.90(I) |
| | 07/29/94 | | $ 211.80(I) |
| | 08/22/94 | | $ 200.58(I) |
| | 08/12/94 | | $ 857.56(I) |
| | 08/12/94 | | $ 1,258.65(I) |
| | 08/31/94 | | $ 200.24(I) |
| | 08/31/94 | | $ 1,387.36(I) |
| | 08/31/94 | | $ 856.10(I) |
| | 09/16/94 | | $ 1,109.65(I) |
| | 09/16/94 | | $ 773.06(I) |
| | 09/16/94 | | $ 180.82(I) |
| | 09/30/94 | | $ 199.26(I) |
| | 09/30/94 | | $ 851.90(I) |
| | 09/30/94 | | $ 1,287.93(I) |
| | 02/24/97 | $ 1,318.00(a) | |
| | 02/24/97 | $ 23.29(j) | |
| | 02/24/97 | $ 305.69(d) | |

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 03/31/96 | 03/24/97 | $ 15,876.05(a) | |
| | 02/02/96 | | $  4,942.37(I) |
| | 02/02/96 | | $  3,780.37(I) |
| | 04/30/96 | $  1,609.49(c) | |
| | 02/24/97 | $  1,006.39(j) | |
| | 02/24/97 | $    393.43(h) | |
| | 02/24/97 | $    720.68(d) | |
| | 04/28/97 | $    357.66(j) | |
| 06/30/96 | 03/24/97 | $ 10,983.36(a) | |
| | 04/24/96 | | $  4,736.83(I) |
| | 07/31/96 | $  1,405.47(c) | |
| | 03/24/97 | $    716.18(j) | |
| | 03/24/97 | $    294.86(h) | |
| | 03/24/97 | $    457.60(d) | |
| | 04/28/97 | $    312.33(j) | |
| 09/30/96 | 03/24/97 | $  5,277.18(a) | |
| | 10/31/96 | $    949.89(c) | |
| | 03/24/97 | $    527.72(j) | |
| | 03/24/97 | $    131.93(h) | |
| | 03/24/97 | $    224.78(d) | |
| | 04/28/97 | $    263.86(j) | |
| 12/31/96 | 03/24/97 | $  1,872.90(a) | |
| | 01/31/97 | $     84.28(c) | |
| | 03/24/97 | $    187.29(j) | |
| | 03/24/97 | $     18.73(h) | |
| | 03/24/97 | $     25.25(d) | |
| | 04/28/97 | $     93.64(j) | |
| 03/31/97 | 06/01/98 | $  2,874.58(a) | |
| | 04/30/97 | $    646.78(c) | |
| | 06/01/98 | $    287.40(j) | |
| | 06/01/98 | $    201.22(h) | |
| | 06/01/98 | $    355.51(d) | |
| | 07/06/98 | $    143.73(j) | |
| | 10/12/98 | $     30.00(e) | |
| 06/30/97 | 06/01/98 | $  1,448.12(a) | |
| | 07/31/97 | $    325.83(c) | |
| | 06/01/98 | $    144.81(j) | |
| | 06/01/98 | $     79.65(h) | |
| | 06/01/98 | $    135.29(d) | |
| | 07/06/98 | $     72.41(j) | |
| 09/30/97 | 06/01/98 | $  3,396.31(a) | |
| | 10/31/97 | $    764.17(c) | |
| | 06/01/98 | $    339.60(j) | |
| | 06/01/98 | $    135.85(h) | |
| | 06/01/98 | $    216.88(d) | |
| | 07/06/98 | $    169.82(j) | |

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 12/31/97 | 06/01/98 | $ 2,558.48(a) | |
| | 01/31/98 | $ 345.39(c) | |
| | 06/01/98 | $ 255.84(j) | |
| | 06/01/98 | $ 63.96(h) | |
| | 06/01/98 | $ 82.86(d) | |
| | 07/06/98 | $ 127.92(j) | |
| 12/31/98 | 02/26/01 | $ 2,087.75(a) | |
| | 02/26/01 | $ 469.74(c) | |
| | 02/26/01 | $ 208.77(j) | |
| | 02/26/01 | $ 260.97(h) | |
| | 02/26/01 | $ 483.46(d) | |
| | 04/02/01 | $ 104.39(j) | |
| 03/31/99 | 01/08/01 | $ 802.95(a) | |
| | 12/06/00 | | $ 350.20(f) |
| | 01/08/01 | $ 180.66(c) | |
| | 01/08/01 | $ 82.55(h) | |
| | 01/08/01 | $ 148.54(d) | |
| 06/30/99 | 01/01/01 | $ 2,457.35(a) | |
| | 01/01/01 | $ 552.90(c) | |
| | 01/01/01 | $ 245.73(j) | |
| | 01/01/01 | $ 221.16(h) | |
| | 01/01/01 | $ 388.14(d) | |
| | 02/05/01 | $ 122.87(j) | |
| 09/30/99 | 01/01/01 | $ 518.13(a) | |
| | 01/01/01 | $ 116.58(c) | |
| | 01/01/01 | $ 38.86(h) | |
| | 01/01/01 | $ 67.53(d) | |
| 12/31/99 | 01/01/01 | $ 1,015.43(a) | |
| | 01/01/01 | $ 228.47(c) | |
| | 01/01/01 | $ 101.54(j) | |
| | 01/01/01 | $ 60.93(h) | |
| | 01/01/01 | $ 104.91(d) | |
| | 02/05/01 | $ 50.77(j) | |
| 03/31/00 | 01/29/01 | $ 1,618.02(a) | |
| | 01/29/01 | $ 364.05(c) | |
| | 01/29/01 | $ 161.80(j) | |
| | 01/29/01 | $ 72.81(h) | |
| | 01/29/01 | $ 138.17(d) | |
| | 03/05/01 | $ 80.90(j) | |
| 06/30/00 | 01/29/01 | $ 827.19(a) | |
| | 01/29/01 | $ 186.12(c) | |
| | 01/29/01 | $ 24.82(h) | |
| | 01/29/01 | $ 46.39(d) | |

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 12/31/00 | 02/26/01 | $ 4,333.40(a) | |
| | 02/17/01 | | $    750.00(f) |
| | 02/26/01 | $   433.34(j) | |
| | 02/26/01 | $    17.92(h) | |
| | 02/26/01 | $    23.04(d) | |
| | 04/02/01 | $   179.17(j) | |
| 06/30/01 | 09/17/01 | $ 3,368.00(a) | |
| | 09/17/01 | | $  3,368.00(f) |
| | 09/17/01 | $   336.75(j) | |
| 09/30/01 | 12/24/01 | $ 4,425.74(a) | |
| | 11/15/01 | | $  4,425.74(f) |
| | 12/24/01 | $   199.16(c) | |
| | 12/24/01 | $   442.75(j) | |
| | 12/24/01 | $    22.13(h) | |
| | 12/24/01 | $    14.92(d) | |
| | 11/15/01 | $ 4,425.74(l) | |
| | 01/07/02 | $    88.51(m) | |
| 12/31/01 | 09/30/02 | $ 2,319.68(a) | |
| | 08/14/02 | | $  2,319.68(f) |
| | 09/30/02 | $   521.93(c) | |
| | 09/30/02 | $    81.19(h) | |
| | 09/30/02 | $    97.32(d) | |
| 03/31/02 | 09/23/02 | $ 3,324.67(a) | |
| | 08/14/02 | | $  3,324.67(f) |
| | 09/23/02 | $   598.44(c) | |
| | 09/23/02 | $   332.46(j) | |
| | 09/23/02 | $    66.49(h) | |
| | 09/23/02 | $    73.35(d) | |

    (a)- tax assessed
    (b)- estimated tax penalty
    (c)- late filing penalty
    (d)- interest assessed
    (e)- fees and collection costs
    (f)- payment
    (g)- abatement
    (h)- failure to pay tax penalty
    (I)- federal tax deposit
    (j)- federal tax deposit penalty
    (k)- correction of federal tax deposit
    (l)- dishonored check
    (m)- dishonored check penalty

Interest and other statutory additions to these amounts have
accrued and will continue to accrue until paid.

16. In the amounts and for the tax periods set forth below,

a delegate of the Secretary of the Treasury made assessments

against defendant Bob C. Thomas for unpaid federal unemployment

(Form 940) taxes, penalties, interest, and other statutory

additions:

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 1996 | 03/31/97 | $    224.00(a) | |
|  | 03/31/97 | $     10.08(c) | |
|  | 03/31/97 | $      2.24(h) | |
|  | 03/31/97 | $      3.43(d) | |
| 1998 | 01/29/01 | $    434.00(a) | |
|  | 12/06/00 | | $     93.80(f) |
|  | 01/29/01 | $     97.65(c) | |
|  | 01/29/01 | $     10.79(h) | |
|  | 07/01/96 | $     94.89(d) | |
|  | 11/18/02 | $     30.00(e) | |
| 2001 | 09/23/02 | $    112.00(a) | |
|  | 08/14/02 | | $    112.00(f) |
|  | 09/23/02 | $     25.20(c) | |
|  | 09/23/02 | $      3.92(h) | |
|  | 09/23/02 | $      4.66(d) | |

```
(a)- tax assessed
(b)- estimated tax penalty
(c)- late filing penalty
(d)- interest assessed
(e)- fees and collection costs
(f)- subsequent payment via levy or other means
(g)- abatement
(h)- failure to pay tax penalty
```

Interest and other statutory additions to these amounts have

accrued and will continue to accrue until paid.

//

//

17.   In the amounts and for the tax periods set forth below,
a delegate of the Secretary of the Treasury made assessments
against defendant Bob C. Thomas for penalties pursuant to Section
6721 of the Internal Revenue and other statutory additions:

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 1997 | 03/11/01 | $ 3,529.00(a) | |
| 1998 | 12/03/01 | $ 1,550.00(a) | |
| 1999 | 12/04/02 | $ 1,594.00(a) | |

```
(a)- tax assessed
(b)- estimated tax penalty
(c)- late filing penalty
(d)- interest assessed
(e)- fees and collection costs
(f)- payment
(g)- abatement
(h)- failure to pay tax penalty
```

Interest and other statutory additions to these amounts have
accrued and will continue to accrue until paid.

18.   Despite timely notice and demand for payment of the
assessments described in paragraphs 14 through 17, above,
defendant Bob C. Thomas has neglected or refused to make payment
to the United States of those assessments, and there remains due
and owing on those assessments the amount of $109,648.20 as of
January 10, 2005, plus interest and penalties accrued thereafter
as provided by law.

## COUNT III
### (TAX LIABILITIES OF VIOLA RUTH THOMAS, DECEASED)

19.   The United States realleges the allegations of
paragraphs 1 through 18.

- 13 -

20.  In the amounts and for the tax periods set forth below, a delegate of the Secretary of the Treasury made assessments against Viola Ruth Thomas, deceased, for unpaid federal income taxes, penalties, interest, and other statutory additions:

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 1991 | 06/05/95 | $ 19,794.00(a) | |
| | 06/05/95 | $  3,760.86(h) | |
| | 06/05/95 | $  1,131.24(b) | |
| | 06/05/95 | $  3,665.25(c) | |
| | 06/05/95 | $  6,422.57(d) | |
| | 03/10/97 | $    732.09(h) | |
| | 03/10/97 | $  2,230.25(c) | |
| | 03/10/97 | $  8,921.00(a) | |
| | 03/10/97 | | $  3,504.00(g) |
| | 03/10/97 | $ 10,085.26(d) | |
| | 03/14/03 | $  1,809.80(h) | |
| | 10/04/04 | | $ 11,455.32(f) |
| | 12/13/04 | $     60.00(e) | |
| | 11/24/04 | | $    222.00(f) |
| | 12/22/04 | | $    222.00(f) |
| 1992 | 01/06/97 | $  2,081.00(a) | |
| | 01/06/97 | $    520.25(c) | |
| | 01/06/97 | $    913.48(d) | |
| | 01/06/98 | | $     58.15(f) |
| | 03/16/98 | $     30.00(e) | |
| 1993 | 09/07/94 | $    851.00(a) | |
| | 09/07/94 | | $    931.00(f) |
| | 10/24/94 | $     36.00(b) | |
| | 10/24/94 | $     22.73(d) | |
| | 10/24/94 | $     21.27(h) | |
| | 01/06/97 | $  5,145.00(a) | |
| | 01/06/97 | $  1,384.67(d) | |
| | 01/06/97 | $      0.01(h) | |
| 1994 | 05/29/95 | $  6,150.00(a) | |
| | 05/29/95 | $     61.50(h) | |
| | 05/29/95 | $     74.58(d) | |
| | 10/17/96 | | $  1,128.68(f) |
| | 12/09/96 | $     30.00(e) | |
| 1995 | 09/23/96 | $  4,728.00(a) | |
| | 09/23/96 | $    258.00(b) | |
| | 09/23/96 | $    141.84(h) | |
| | 09/23/96 | $  3,047.47(d) | |
| | 12/31/01 | $     10.00(e) | |

| Tax Period | Date Assessed or Posted | Amount Assessed | Amount Paid/Abated |
|---|---|---|---|
| 1996 | 05/19/97 | $  2,606.00(a) | |
|  | 05/19/97 | $    139.00(b) | |
|  | 05/19/97 | $     26.06(h) | |
|  | 05/19/97 | $     21.94(d) | |
| 1997 | 10/12/98 | $  2,216.00(a) | |
|  | 10/12/98 | $    119.00(b) | |
|  | 10/12/98 | $     99.72(c) | |
|  | 10/12/98 | $     66.48(h) | |
|  | 10/12/98 | $     99.44(d) | |

(a)- tax assessed
(b)- estimated tax penalty
(c)- late filing penalty
(d)- interest assessed
(e)- fees and collection costs
(f)- payment
(g)- lien fee assessed
(h)- failure to pay tax penalty

Interest and other statutory additions to these amounts have accrued and will continue to accrue until paid.

21.  Despite timely notice and demand for payment of the assessments described in paragraph 20, above, Viola Ruth Thomas, deceased, has neglected or refused to make payment to the United States of those assessments, and there remains due and owing on those assessments the amount of $51,990.07 as of January 10, 2005, plus interest and penalties accrued thereafter as provided by law.

**COUNT III**
**TO FORECLOSE FEDERAL TAX LIENS**
**ENCUMBERING THE PROPERTY**

22.  The United States realleges the allegations of paragraphs 1 through 20.

23.  Pursuant to 26 U.S.C. Sections 6321 and 6322, liens

- 15 -

arose in favor of the United States on the dates of the
assessments set forth in paragraph 13, above, and attached to all
property and rights to property of defendants Bob C. Thomas and
Viola Ruth Thomas, including the subject property.

24.  On or about August 14, 1997, a delegate of the
Secretary of the Treasury recorded with the Fairbanks Recording
District a Notice of Federal Tax Lien with respect to the income
tax assessments made against defendants Bob C. Thomas and Viola
Ruth Thomas, deceased, for the income tax period 1991.

25.  On or about November 14, 1996, a delegate of the
Secretary of the Treasury recorded with the Fairbanks Recording
District a Notice of Federal Tax Lien with respect to the income
tax assessments made against Viola Ruth Thomas for the income tax
periods 1994 and 1995.

26.  On or about February 24, 1998, a delegate of the
Secretary of the Treasury recorded with the Fairbanks Recording
District a Notice of Federal Tax Lien with respect to the income
tax assessments made against Viola Ruth Thomas for the income tax
periods 1992, 1993, and 1996.

27.  On or about October 23, 1996, a delegate of the
Secretary of the Treasury recorded with the Fairbanks Recording
District a Notice of Federal Tax Lien with respect to the income
tax assessments made against defendant Bob C. Thomas for the
income tax period 1993.

28.   On or about February 5, 1998, a delegate of the
Secretary of the Treasury recorded with the Fairbanks Recording
District a Notice of Federal Tax Lien with respect to the income
tax assessments made against defendant Bob C. Thomas for the
income tax periods 1994 and 1995.

29.   On or about September 1, 1998, a delegate of the
Secretary of the Treasury recorded with the Fairbanks Recording
District a Notice of Federal Tax Lien with respect to the income
tax assessments made against defendant Bob C. Thomas for the
income tax periods 1996 and 1997.

30.   On or about August 29, 2003, a delegate of the
Secretary of the Treasury recorded with the Fairbanks Recording
District a Notice of Federal Tax Lien with respect to the income
tax assessments made against defendant Bob C. Thomas for the
income tax periods 1992, 1999, 2000, and 2001.

31.   On or about August 14, 1997, a delegate of the
Secretary of the Treasury recorded with the Fairbanks Recording
District a Notice of Federal Tax Lien with respect to the
assessments made against defendant Bob C. Thomas for Form 940
taxes for the tax period ending December 31, 1996 and for Form
941 taxes for the tax periods ending June 30, 1992, September 30,
1992, December 31, 1992, March 31, 1993, September 30, 1994,
March 31, 1996, June 30, 1996, September 30, 1996, and December
31, 1996.

- 17 -

32.   On or about September 22, 1998, a delegate of the Secretary of the Treasury recorded with the Fairbanks Recording District a Notice of Federal Tax Lien with respect to the Form 941 tax assessments made against defendant Bob C. Thomas for the tax periods ending March 31, 1997, June 30, 1997, September 30, 1997, and December 31, 1997.

33.   On or about April 9, 2001, a delegate of the Secretary of the Treasury recorded with the Fairbanks Recording District a Notice of Federal Tax Lien with respect to the Form 941 tax assessments made against defendant Bob C. Thomas for the tax periods ending March 31, 1998, June 30, 1998, September 30, 1998, December 31, 1998, March 31, 1999, June 30, 1999, September 30, 1999, December 31, 1999, March 31, 2000, June 30, 2000, September 30, 2000, and December 31, 2000.

34.   On or about June 10, 2002, a delegate of the Secretary of the Treasury recorded with the Fairbanks Recording District a Notice of Federal Tax Lien with respect to the assessments made against defendant Bob C. Thomas for a penalty under Section 6721 of the Internal Revenue Code for the tax period ending December 31, 1998, Form 940 taxes for the tax periods ending December 31, 1995 and December 31, 1997, and Form 941 taxes for the tax periods ending June 30, 2001 and September 30, 2001.

35.   On or about November 7, 2002, a delegate of the Secretary of the Treasury recorded with the Fairbanks Recording

District a Notice of Federal Tax Lien with respect to the
assessments made against defendant Bob C. Thomas for a penalty
under Section 6721 of the Internal Revenue Code the tax period
ending December 31, 1997 and for Form 940 taxes for the tax
period ending December 31, 1998.

36. On or about July 13, 1998, a deed was recorded with the
Fairbanks Recording District conveying title to the second parcel
of real property at issue in this action (the gravel pit located
at 740 Nordale Road, North Pole, Alaska) from Hayden & Hayes
Company to Bob C. Thomas, Viola Ruth Thomas, Robert R. Thomas,
and Michael C. Thomas as tenants in common.

37. Title to the second parcel of real property at issue in
this action currently rests in Bob C. Thomas, Viola Ruth Thomas,
Robert R. Thomas, and Michael C. Thomas as tenants in common.

38. On or about July 19, 1980, a deed was recorded with the
Fairbanks Recording District conveying title to the first parcel
of real property at issue in this action (the residence located
at 3239 La Ree Way, Esther, Alaska) from John P. and Barbara E.
Kohler to Bob C. Thomas and Viola Ruth Thomas as tenants by the
entirety.

39. Bob C. Thomas and Viola Ruth Thomas were divorced on
December 21, 1992.

40. Viola Ruth Thomas died on July 26, 2002. Her son,
Robert R. Thomas, was appointed as her estate's personal

representative.

41.  Despite the divorce and Viola Ruth Thomas's death, title to the first parcel of real property remains in the names of Bob C. Thomas and Viola Ruth Thomas as tenants by the entirety.

42.  On or about July 18, 1980, a deed of trust was recorded against the first parcel of real property with the Fairbanks Recording District, in favor of Mt. McKinley Bank.

43.  On or about June 23, 2004, a deed of trust was recorded against the first parcel of real property with the Fairbanks Recording District, in favor of Dick and Hoa Brickley.

44.  The liabilities described in paragraphs 14 through 17 and 20, above, constitute liens against both parcels of subject property, and these liens may be foreclosed against the subject real property and the property ordered sold.

WHEREFORE, the United States prays as follows:

A.  That judgment be entered against defendant Bob C. Thomas and in favor of the United States in the amount of $109,648.20 as of January 10, 2005, plus interest and penalties accrued thereafter less any applicable credits;

B.  That judgment be entered against the estate of Viola Ruth Thomas, deceased, and in favor of the United States in the amount of $51,990 as of January 10, 2005, plus interest and penalties accrued thereafter less any applicable credits;

C.    That the Court determine that the United States has valid and subsisting federal tax liens, by virtue of the assessments set forth above, on all property and rights to property of Bob C. Thomas and Viola Ruth Thomas, both real and personal, tangible and intangible, including their interest in the subject property described above;

D.    That the Court order that the federal tax liens against the subject property be foreclosed, that the subject property be sold, and that the proceeds from such sale of Bob C. Thomas and Viola Ruth Thomas's (or her successor's) interests in those properties remaining after the satisfaction of any superior liens against the subject property be distributed to the United States of America;

E.    That the Court award the United States its costs incurred in this action;

//

//

F.   For such other and further relief as the Court deems just and proper.

DATED this <u>10th</u> day of February, 2006.

Respectfully submitted,

DEBORAH M. SMITH
Acting United States Attorney


<u>s/ John B. Snyder, III</u>
JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov