DEBORAH M. SMITH
Acting United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JOHN B. SNYDER, III
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. 4:06-cv-0003 |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF SERVICE |
| ) | |
| BOB C. THOMAS; ) | |
| ROBERT R. THOMAS, individually ) | |
| and as personal representative ) | |
| of the estate of Viola Ruth ) | |
| Thomas; MICHAEL C. THOMAS; ) | |
| FAIRBANKS NORTHSTAR BOROUGH; ) | |
| MT. MCKINLEY BANK; DICK ) | |
| BRICKLEY; and HOA BRICKLEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

PLEASE take notice that all defendants in this action have now been served with copies of the summons and complaint.  Copies
//

of the proof of service are attached.

    DATED this <u>7th</u> day of June, 2006.

                          Respectfully submitted,

                          DEBORAH M. SMITH
                          Acting United States Attorney


                          <u>s/ John B. Snyder, III</u>
                          JOHN B. SNYDER, III
                          Trial Attorney, Tax Division
                          U.S. Department of Justice
                          Post Office Box 683
                          Ben Franklin Station
                          Washington, D.C.  20044
                          Telephone: (202) 307-6548
                          john.snyder2@usdoj.gov
                          Western.Taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a
true and correct copy of the foregoing
was sent to the following parties on June <u>7th</u>, 2005:

| | | |
|---|---|---|
| Mt. McKinley Bank | Bob C. Thomas | Fairbanks Northstar Borough |
| 530 Fourth Avenue | 935 Aurora Drive | P.O. Box 71267 |
| Fairbanks, AK 99701 | Fairbanks, AK 99709 | Fairbanks, AK 99707-1267 |
| | | |
| Dick Brickley | Michael C. Thomas | |
| Hoa Brickley | 1441 Eielson Street, Apt. B | |
| P.O. Box 83134 | Fairbanks, AK 99701 | |
| Fairbanks, AK 99708 | | |
| | | |
| Robert R. Thomas | Viola R. Thomas, deceased | |
| 3239 La Ree Way | c/o Robert R. Thomas, personal representative | |
| Esther, AK 99725 | 3239 La Ree Way | |
| | Esther, AK 99725 | |


  <u>/s/ John B. Snyder, III</u>