# RETURN OF SERVICE

Case Number:   4:06-CV-0003 (USDC ALASKA)

UNITED STATES
    Plaintiff(s),

vs.

BOB C. THOMAS, ET AL.
    Defendant(s).

_____ )

I certify that on 6/1/2006, at 5:10 PM, I served the following documents:

COMPLAINT AND SUMMONS IN A CIVIL ACTION

upon the therein named BOB C. THOMAS at 935 AURORA DR. #4, FAIRBANKS, ALASKA, by handing and leaving a true and correct copy with ROBERT R. THOMAS, SON, A PERSON OF SUITABLE AGE AND DISCRETION WHO RESIDES AT THE SAME PLACE OF ABODE AS BOB C. THOMAS.

A FEE FOR RUSH SERVICE IS CHARGED.

*Marcia Boutang*

MARCIA BOUTANG
Civilian Process Server

SUBSCRIBED AND SWORN to before me this June 05, 2006

Client:         U.S. DEPT. OF JUSTICE
Client Contact:  JOHN SNYDER
File Number:

Notary Public in and for the State of Alaska
My Commission Expires:   12/11/2007

| | |
|---|---|
| Service Fee: | $45.00 |
| Mileage Fee: | $15.00 |
| Endeavor Fee: | $15.00 |

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

**NCPI@alaska.net**

**TOTAL:**       **$75.00**

**Return No.:  53379**

# RETURN OF SERVICE

Case Number:   4:06-CV-0003 (USDC ALASKA)

UNITED STATES
    Plaintiff(s),

vs.

BOB C. THOMAS, ET AL.
    Defendant(s).

_____ )

    I certify that on 6/1/2006, at 5:10 PM, I served the following documents:

COMPLAINT AND SUMMONS IN A CIVIL ACTION

upon the therein named BOB C. THOMAS at 935 AURORA DR. #4, FAIRBANKS, ALASKA, by handing and
leaving a true and correct copy with ROBERT R. THOMAS, SON, A PERSON OF SUITABLE AGE AND
DISCRETION WHO RESIDES AT THE SAME PLACE OF ABODE AS BOB C. THOMAS.

A FEE FOR RUSH SERVICE IS CHARGED.

_____/5/ 6 /5/ 06_____

MARCIA BOUTANG
Civilian Process Server

SUBSCRIBED AND SWORN to before me this June 05, 2006

Client:         U.S. DEPT. OF JUSTICE
Client Contact:  JOHN SNYDER
File Number:

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

**NCPI@alaska.net**

Notary Public in and for the State of Alaska
My Commission Expires:   12/11/2007

| | |
|---|---|
| Service Fee: | $45.00 |
| Mileage Fee: | $15.00 |
| Endeavor Fee: | $15.00 |
| **TOTAL:** | **$75.00** |

**Return No.:  53379**

AO 440(REV 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ ALASKA _____

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL ACTION**

Plaintiff,

v.                                                    CASE NUMBER:

BOB C. THOMAS; ROBERT R. THOMAS, individually and
as personal representative of the estate of Viola Ruth Thomas;
MICHAEL C. THOMAS; FAIRBANKS NORTHSTAR BOROUGH;
MT. MCKINLEY BANK; DICK BRICKLEY; and HOA BRICKlEY,

Defendants.

**TO:** (Name and Address of Defendant)

Bob C. Thomas
935 Aurora Drive
Fairbanks, AK 99709

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY (name and address)
John B. Snyder, Trial Attorney
U.S. Dept. of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons
upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.

**IDA ROMACK**                                    _2-13-06_

CLERK                                            DATE

BY DEPUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  6/1/06 |
| NAME OF SERVER (Print)  MARCIA BOUTANG | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____ ,
_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of
suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:  ROBERT R. THOMAS

☐ Returned unexecuted: _____
_____

☐ Other (Specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL  15 | SERVICES  60 | TOTAL  $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America
that the foregoing information contained in the Return of Service and Statement of
Service Fees is true and correct.

Executed on  June 1, 2006      Marcia Boutang
             *Date*            *Signature of Server*

PO BOX 81412 FAIRBANKS AK 99708
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.