# RETURN OF SERVICE

Case Number: 4:06-CV-0003 (USDC ALASKA)

UNITED STATES
    Plaintiff(s),
vs.
BOB C. THOMAS, ET AL.
    Defendant(s).

I certify that on 6/1/2006, at 6:15 PM, I served the following documents:

COMPLAINT AND SUMMONS IN A CIVIL ACTION

upon the therein named DICK BICKLEY at 504 2ND AVE., FAIRBANKS, ALASKA, by handing and leaving a true and correct copy with DICK BICKLEY.

A FEE FOR RUSH SERVICE IS CHARGED.

MARCIA BOUTANG
Civilian Process Server

SUBSCRIBED AND SWORN to before me this June 05, 2006

Notary Public in and for the State of Alaska
My Commission Expires: 12/11/2007

Client: U.S. DEPT. OF JUSTICE
Client Contact: JOHN SNYDER
File Number:

| | |
|---|---|
| Service Fee: | $45.00 |
| Mileage Fee: | $15.00 |
| Endeavor Fee: | $15.00 |

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

TOTAL: $75.00

NCPI@alaska.net

Return No.: 53385

# RETURN OF SERVICE

Case Number:  4:06-CV-0003 (USDC ALASKA)

UNITED STATES
    Plaintiff(s),
vs.
BOB C. THOMAS, ET AL.
    Defendant(s).

I certify that on 6/1/2006, at 6:15 PM, I served the following documents:

COMPLAINT AND SUMMONS IN A CIVIL ACTION

upon the therein named DICK BICKLEY at 504 2ND AVE., FAIRBANKS, ALASKA, by handing and leaving a true and correct copy with DICK BICKLEY.

A FEE FOR RUSH SERVICE IS CHARGED.

_ls/ 6/15/06_
MARCIA BOUTANG
Civilian Process Server

SUBSCRIBED AND SWORN to before me this June 05, 2006

Client: U.S. DEPT. OF JUSTICE
Client Contact: JOHN SNYDER
File Number:

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

Notary Public in and for the State of Alaska
My Commission Expires:  12/11/2007

| | |
|---|---|
| Service Fee: | $45.00 |
| Mileage Fee: | $15.00 |
| Endeavor Fee: | $15.00 |
| TOTAL: | $75.00 |

Return No.:  53385

AO 440(REV 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ALASKA_____

UNITED STATES OF AMERICA,

                                               **SUMMONS IN A CIVIL ACTION**

            Plaintiff,

    v.                                        CASE NUMBER:

BOB C. THOMAS; ROBERT R. THOMAS, individually and
as personal representative of the estate of Viola Ruth Thomas;
MICHAEL C. THOMAS; FAIRBANKS NORTHSTAR BOROUGH;
MT. MCKINLEY BANK; DICK BRICKLEY; and HOA BRICKIEY,

           Defendants.

TO: (Name and Address of Defendant)

Dick Brickley
P.O. Box 83134
Fairbanks, AK 99708


        YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY (name and address)
John B. Snyder, Trial Attorney
U.S. Dept. of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683




an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


**IDA ROMACK**                                         2-13-06
CLERK                                                      DATE

_[signature]_
BY DEPUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE June 1, 2006 |
| NAME OF SERVER (Print) MARCIA BOUTANG | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 504 2ND AVE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (Specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $15.00 | SERVICES $65.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 1, 2006     *Marcia Boutang*
              Date            Signature of Server

PO Box 81412 Fairbanks 99708
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1535335.1