Bob C. Thomas
935 Aurora Drive
Fairbanks, Alaska 99709
Phone:   (907) 3781-9894

Pro Se

**RECEIVED**

JUN 2 1 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BOB C. THOMAS, )<br>ROBERT R. THOMAS, individually and )<br>as personal representative )<br>of the estate of Viola Ruth )<br>Thomas; MICHAEL C. THOMAS )<br>FAIRBANKS NORTHSTAR BOROUGH )<br>MT. MCKINLEY BANK; DICK BRICKLEY )<br>and HOA BRICKLEY )<br>)<br>Defendants. )<br>_____ ) | Case No. 4:06-cv-3-RRB |

### ANSWER TO PLAINTIFF'S COMPLAINT BY BOB C. THOMAS

Defendant Bob C. Thomas, Pro Se, hereby responds to the Plaintiff's Complaint as follows:

1. Denied for lack of information and knowledge.

2. Denied for lack of information and knowledge.

3. Denied for lack of information and knowledge.

4. Denied for lack of information and knowledge.

5. Admit.

U.S. v. Thomas, et. al.
page 1

6. Denied for lack of information and knowledge.

7. Denied for lack of information and knowledge.

8. Denied for lack of information and knowledge.

9. Denied for lack of information and knowledge.

10. Denied for lack of information and knowledge.

11. Denied for lack of information and knowledge.

12. Denied for lack of information and knowledge.

13. Denied for lack of information and knowledge.

14. Denied for lack of information and knowledge.

15. Denied for lack of information and knowledge.

16. Denied for lack of information and knowledge.

17. Denied for lack of information and knowledge.

18. Denied for lack of information and knowledge.

19. Denied for lack of information and knowledge.

20. Denied for lack of information and knowledge.

21. Denied for lack of information and knowledge.

22. Denied for lack of information and knowledge.

23. Denied for lack of information and knowledge.

24. Denied for lack of information and knowledge.

25. Denied for lack of information and knowledge.

26. Denied for lack of information and knowledge.

27. Denied for lack of information and knowledge.

28. Denied for lack of information and knowledge.

U.S. v. Thomas, et. al.
page 2

29. Denied for lack of information and knowledge.
30. Denied for lack of information and knowledge.
31. Denied for lack of information and knowledge.
32. Denied for lack of information and knowledge.
33. Denied for lack of information and knowledge.
34. Denied for lack of information and knowledge.
35. Denied for lack of information and knowledge.
36. Denied for lack of information and knowledge.
37. Denied for lack of information and knowledge.
38. Denied for lack of information and knowledge.
39. Admit.
40. Admit.
41. Denied for lack of information and knowledge.
42. Admit.
43. Denied for lack of information and knowledge.
44. Denied for lack of information and knowledge.

## AFFIRMATIVE DEFENSES

1. Plaintiff has unreasonably refused to allow Defendant Thomas to sell property that would have generated sufficient funds to pay a substantial portion of the lien in this case.

2. Defendant reserves the right to assert other and further affirmative defenses as shown by the evidence in this case and discovery.

U.S. v. Thomas, et. al.
page 3

   3.   Payment of all or a portion of the amount claimed due.

   WHEREFORE, Defendant Bob C. Thomas prays for relief from this Court as follows:

   1.   For dismissal of Plaintiff's complaint with prejudice.

   2.   For Defendant's costs incurred in this action.

   3.   For such other and further relief as the court deems just and equitable in the premises.

   DATED this 21 day of June, 2006, at Fairbanks, Alaska.

   BOB C. THOMAS, PRO SE


   _____
   Bob C. Thomas
   Pro Se