Robert R. Thomas
935 Aurora Drive Apt 4
Fairbanks, Ak 99709
and
Michael C. Thomas
1640 Eielson Street
Fairbanks, Ak 99701

Pro Se

```
RECEIVED
JUN 2 1 2006
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALSKA

UNITED STATES OF AMERICA

    Plaintiff                                           Case No. 4:06-cv-3-RRB

Vs.

BOB C. THOMAS,
ROBERT R, THOMAS, as individually and
As personal representative of
The estate of Viola Ruth Thomas;
MICHAEL C. THOMAS, FAIRBANKS
NORTH STAR BOROUGH,
MT MCKINEY BANK; DICK BRICKLEY and HOA BRICKLEY

        Defendants.

ANSWER TO PLAINTIFF'S COMPLAINT BY ROBERT R. THOMAS and
MICHAEL C. THOMAS

Defendant Robert R. Thomas, Pro Se, and Michael C. Thomas, Pro Se, hereby responds to the Plaintiff's Complaint as follows:

    Paragraphs 1 through 38; Denied for lack of information and knowledge.

    Paragraphs 39 and 40 Admit

    Paragraphs 41 through 44; Denied for lack of information and knowledge.

AFFIRMATIVE DEFENSES

1. Plaintiff has blocked Defendant Thomas' opportunity to sell property that would have generated sufficient funds to pay a substantial portion of the lien in this case.

U.S. v. Thomas et. al.

- 1 -

- 2 -

2. Defentant (s) reserves the right to assert other and further affirmative defenses as shown by the evidence in this case and discovery.

3. Payment of all or a portion of the amount claimed due.

WHEREFORE, Defendants Robert R. Thomas and Michael C. Thomas prays for relief from this court as follows:

1. For dismissal of Plaintiff's complaint with prejudice.

2. For Defendant(s)' costs incurred in this action.

3. For such other and further relief as the court deems just and equitable in the premises.

DATED this 21 day of June 2006, at Fairbanks, Alaska

ROBERT R. THOMAS & MICHAEL C. THOMAS

_____
Robert R. Thomas Pro Se

_____
Michael C. Thomas Pro Se

U.S. v. Thomas et. al.