CYNTHIA M. KLEPASKI
Assistant Borough Attorney
Fairbanks North Star Borough
P.O. Box 71267
Fairbanks, Alaska  99701
Telephone:  (907) 459-1318
cynthiaklepaski@co.fairbanks.ak.us

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>BOB C. THOMAS; ROBERT R. THOMAS, individually and as personal representative of the estate of VIOLA RUTH THOMAS; MICHAEL C. THOMAS; FAIRBANKS NORTH STAR BOROUGH; MT MCKINLEY BANK; DICK BRICKLEY; and HOA BRICKLEY,<br><br>    Defendants. | Civil No.4:06-CV-003<br><br>**ANSWER** |

   The Fairbanks North Star Borough (FNSB or Borough), by and through the undersigned attorney, hereby answers the complaint of the United States of America as follows:

  1.  Admit.

  2.  Admit.

  3.  Admit

  4.  The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 4 and they are therefore denied.

5.  The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 5 and they are therefore denied.

6.  The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 6 and they are therefore denied.

7.  The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 7 and they are therefore denied.

8.  The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 8 and they are therefore denied.

9.  The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 9 and they are therefore denied.

10. Admit. The Fairbanks North Star Borough is the local taxing authority in the area and pursuant to Alaska Statute 29.35.010(6) and 29.45.010 the Borough levies a real property tax of general application based upon the value of the property. There are current property taxes due on the first subject property, Lot 1 Block 10 Bluebird Homestead (also known as Property Account No. 0273201) and current and delinquent property taxes, penalties fees and interest due on the second subject property, the gravel pit located at 740 Nordale Road., the South West Quarter of the South East Quarter and the South East Quarter of the South West Quarter of Section Eight, Township One South, Range Two East, Fairbanks Meridian, In Fairbanks Recording District, Fourth Judicial District, State of Alaska (also known as Tax Lot 801, Section 8 T1S-R2E, and also known as Property Account No. 0323578).

11. Admit.

12. Admit

### COUNT I

13. The FNSB reasserts its answers to Paragraphs 1 through 12 above.

14. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 14 and they are therefore denied.
15. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 15 and they are therefore denied.
16. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 16 and they are therefore denied.
17. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 17 and they are therefore denied.
18. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 18 and they are therefore denied.

### COUNT III (sic)

19. The FNSB reasserts its answers to Paragraphs 1 through 18 above.
20. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 20 and they are therefore denied.
21. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 21 and they are therefore denied.

### COUNT III

22. The FNSB reasserts its answers to Paragraphs 1 through 21 above.
23. Admit.
24. Admit.
25. Admit.
26. Admit.
27. Admit.
28. Admit.
29. Admit.
30. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 30 and they are therefore denied.
31. Admit.

32. Admit.
33. Admit.
34. Admit.
35. Admit.
36. Admit.
37. Admit.
38. Admit.
39. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 39 and they are therefore denied.
40. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 40 and they are therefore denied.
41. The FNSB admits that the first property is in the name of Bob C. Thomas and Viola R. Thomas on the Borough property database. The FNSB lacks sufficient information to admit or deny the remaining allegations of Paragraph 41 and they are therefore denied.
42. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 42 and they are therefore denied.
43. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 43 and they are therefore denied.
44. The FNSB lacks sufficient information to admit or deny the allegations of Paragraph 44 and they are therefore denied.

### FIRST AFFIRMATIVE DEFENSE

The Fairbanks North Star Borough is a local taxing authority and its real property tax is a tax of general application levied upon the subject properties based upon the value of the property and as such, the tax lien of United States of America is not valid with respect to the Borough's real property tax lien pursuant to 26 USCA §6323(b)(6).

DATED at Fairbanks, Alaska this 22nd day of June, 2006.

FAIRBANKS NORTH STAR BOROUGH

s/ Cynthia M. Klepaski
CYNTHIA M. KLEPASKI
Assistant Borough Attorney
Fairbanks North Star Borough
P.O. Box 71267
Fairbanks, Alaska 99707
Phone:      (907) 459-1318
Fax:        (907) 459-1155
Alaska Bar No. 9011104

**Certificate of Service**
I certify that on this date I served
by U.S. mail a true and correct copy of
the foregoing to:

Mt. McKinley Bank
530 Fourth Avenue
Fairbanks, AK  99701

Dick Brickley
Hoa Brickley
P.O. Box 83134
Fairbanks, AK  99708

Robert R. Thomas
3239 La Fee Way
Ester, Alaska 99725

Bob C. Thomas
935 Aurora Drive
Fairbanks, Alaska 99709

Michael C. Thomas
1441 Eielson Street, Apt. B
Fairbanks, Alaska 99701

Viola R. Thomas, deceased
c/o Robert R. Thomas, personal representative
3239 La Ree Way
Ester, Alaska 99725

Deborah M. Smith
Acting US Attorney
District of Alaska
101 12th Avenue, Box 2
Fairbanks, AK  99701

John B. Snyder
Trial Attorney, Tax Division
US Dept of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC  20044-0683

s/ Cynthia M. Klepaski              6/22/06
FNSB Dept. of Law                   Date

Answer
Case No. 4:06-CV-0003
Page 5