DEBORAH M. SMITH
Acting United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | ) NOTICE OF SUBSTITUTION OF |
| | ) COUNSEL |
| BOB C. THOMAS; | ) |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

PLEASE TAKE NOTICE that Jennifer D. Auchterlonie, Trial

Attorney, United States Department of Justice, is hereby

substituted as lead counsel for plaintiff the United States of

America, in lieu of John B. Snyder.  Acting United States Attorney Deborah M. Smith continues to serve as local counsel.

Service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon plaintiff the United States by serving the undersigned attorneys for the United States at the addresses indicated below.

Dated this 27th day of June, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Jennifer D. Auchterlonie
> JENNIFER D. AUCHTERLONIE
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 683
> Ben Franklin Station
> Washington, D.C.  20044
> Telephone: (202) 514-9593

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 27, 2006, a copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was served electronically on Cynthia M. Klepaski, and by regular U.S. mail on the following parties at the following addresses:

| | | |
|---|---|---|
| Mt. McKinley Bank<br>530 Fourth Avenue<br>Fairbanks, AK 99701 | Bob C. Thomas<br>935 Aurora Drive<br>Fairbanks, AK 99709 | Fairbanks Northstar Borough<br>P.O. Box 71267<br>Fairbanks, AK 99707-1267 |
| Dick Brickley<br>Hoa Brickley<br>P.O. Box 83134<br>Fairbanks, AK 99708 | Michael C. Thomas<br>1640 Eielson Street<br>Fairbanks, AK 99701 | |
| Robert R. Thomas<br>935 Aurora Dr., Apt. 4<br>Fairbanks, AK 99709 | Viola R. Thomas, deceased<br>c/o Robert R. Thomas, personal representative<br>3239 La Ree Way<br>Esther, AK 99725 | |

    /s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593