```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
```

   UNITED STATES OF AMERICA   v.   BOB C. THOMAS, et al

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                          CASE NO.   4:06-cv-00003-RRB

 CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: July 10, 2006

**Plaintiff is required to take action as to:**

| Complaint | Amended Complaint | Third Party Complaint | Complaint In Intervention |
|-----------|-------------------|-----------------------|---------------------------|
| [X]       | [ ]               | [ ]                   | [ ]                       |

| | |
|---|---|
| XX | Case Not at Issue. An answer has not been filed by one or more defendants served in this case. Where the time to answer has expired, require an answer immediately or apply for default within 20 days from the date of this minute order |

Plaintiff Required to Take Action
[]{ID1.WPD*Rev.09/02}