DEBORAH M. SMITH
Acting United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | ) UNITED STATES' REQUEST FOR ENTRY |
| | ) OF DEFAULT AGAINST MT. MCKINLEY |
| BOB C. THOMAS; | ) BANK |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the United States of America, by and through its undersigned counsel, hereby requests the Clerk of the Court to enter default

against Mt. McKinley Bank, for its failure to plead or otherwise defend against the complaint in the above-captioned case. In support of its request, the United States submits as follows:

The record herein shows that on June 1, 2006, Mt. McKinley Bank was served via hand delivery with a copy of the summons and complaint in this action pursuant to Fed. R. Civ. P. 4(h)(1). *See* Notice of Service, Dkt. #3, attachment no. 2. Under the terms of the summons and Fed. R. Civ. P. 12, Mt. McKinley Bank was required to serve and file its answer or otherwise respond to the United States' complaint within twenty (20) days after service. Mt. McKinley Bank has failed do so as of this writing. Accordingly, pursuant to Fed. R. Civ. P. 55, the United States requests the Clerk of the Court enter default against Mt. McKinley Bank for its failure to plead or otherwise defend against the complaint.

Dated this 14th day of July, 2006.

                                           DEBORAH M. SMITH
                                           Acting United States Attorney

                                           <u>s/ Jennifer D. Auchterlonie</u>
                                           JENNIFER D. AUCHTERLONIE
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice
                                           Post Office Box 683
                                           Ben Franklin Station
                                           Washington, D.C.  20044
                                           Telephone: (202) 514-9593

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006, a copy of the foregoing UNITED STATES' REQUEST FOR ENTRY OF DEFAULT AGAINST MT. MCKINLEY BANK was served electronically on Cynthia M. Klepaski, and by regular U.S. mail on the following parties at the following addresses:

Mt. McKinley Bank
530 Fourth Avenue
Fairbanks, AK 99701

Bob C. Thomas
935 Aurora Drive
Fairbanks, AK 99709

Fairbanks Northstar Borough
P.O. Box 71267
Fairbanks, AK 99707-1267

Dick Brickley
Hoa Brickley
P.O. Box 83134
Fairbanks, AK 99708

Michael C. Thomas
1640 Eielson Street
Fairbanks, AK 99701

Robert R. Thomas
935 Aurora Dr., Apt. 4
Fairbanks, AK 99709

Viola R. Thomas, deceased
c/o Robert R. Thomas, personal representative
3239 La Ree Way
Esther, AK 99725

      /s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593