DEBORAH M. SMITH
Acting United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | ) [PROPOSED] ORDER OF DEFAULT |
| | ) AGAINST MT. MCKINLEY BANK |
| BOB C. THOMAS; | ) |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the Clerk of Court on the United

States' Request for Entry of Default Against Mt. McKinley Bank

for failure to plead or otherwise defend.  The Clerk finds, based

- 1 -

on the record herein, that Mt. McKinley Bank was served with process on June 1, 2006, but has failed to plead or otherwise defend this action.  Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), an order of DEFAULT is hereby entered against MT. MCKINLEY BANK.

DATED this _____ day of _____, 2006.


_____
CLERK OF COURT

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2006, a copy of the foregoing [PROPOSED] ORDER OF DEFAULT was served electronically on Cynthia M. Klepaski, and by regular U.S. mail on the following parties at the following addresses:

Mt. McKinley Bank
530 Fourth Avenue
Fairbanks, AK 99701

Dick Brickley
Hoa Brickley
P.O. Box 83134
Fairbanks, AK 99708

Robert R. Thomas
935 Aurora Dr., Apt. 4
Fairbanks, AK 99709

Bob C. Thomas
935 Aurora Drive
Fairbanks, AK 99709

Michael C. Thomas
1640 Eielson Street
Fairbanks, AK 99701

Viola R. Thomas, deceased
c/o Robert R. Thomas, personal representative
3239 La Ree Way
Esther, AK 99725

Fairbanks Northstar Borough
P.O. Box 71267
Fairbanks, AK 99707-1267

   /s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593

- 3 -