DEBORAH M. SMITH
Acting United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. 4:06-cv-0003 |
| Plaintiff, ) | |
| ) | |
| v. ) | UNITED STATES' REQUEST FOR ENTRY |
| ) | OF DEFAULT AGAINST DICK BRICKLEY |
| BOB C. THOMAS; ) | |
| ROBERT R. THOMAS, individually ) | |
| and as personal representative ) | |
| of the estate of Viola Ruth ) | |
| Thomas; MICHAEL C. THOMAS; ) | |
| FAIRBANKS NORTHSTAR BOROUGH; ) | |
| MT. MCKINLEY BANK; DICK ) | |
| BRICKLEY; and HOA BRICKLEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the United States of America, by and through its undersigned counsel, hereby requests the Clerk of the Court to enter default

against Dick Brickley, for his failure to plead or otherwise defend against the complaint in the above-captioned case. In support of its request, the United States submits as follows:

The record herein shows that on June 1, 2006, Dick Brickley was served via hand delivery with a copy of the summons and complaint in this action pursuant to Fed. R. Civ. P. 4(e)(2). *See* Notice of Service, Dkt. #3, attachment no. 7. Under the terms of the summons and Fed. R. Civ. P. 12, Dick Brickley was required to serve and file his answer or otherwise respond to the United States' complaint within twenty (20) days after service. Dick Brickley has failed do so as of this writing. Accordingly, pursuant to Fed. R. Civ. P. 55, the United States requests the Clerk of the Court enter default against Dick Brickley for his failure to plead or otherwise defend against the complaint.

In accordance with the Servicemember's Civil Relief Act of 2003, Pub. L. No. 108-189, 117 Stat. 2835,[1] the United States

---

[1] Section 201 of the Servicemember's Civil Relief Act of 2003 provides in pertinent part as follows:

> SEC. 201. PROTECTION OF SERVICEMEMBERS AGAINST DEFAULT JUDGMENTS.
>
> (a) APPLICABILITY OF SECTION.--This section applies to any civil action or proceeding in which the defendant does not make an appearance.
> (b) AFFIDAVIT REQUIREMENT.--
>
>     (1) PLAINTIFF TO FILE AFFIDAVIT.--In any action or proceeding covered by this section, the court, before entering judgment for the plaintiff, shall require the plaintiff to file with the court an affidavit–

submits herewith the declaration of Jennifer D. Auchterlonie, stating that the United States is unable to determine whether or not Dick Brickley is in military service.

Dated this 14th day of July, 2006.

                                     DEBORAH M. SMITH
                                     Acting United States Attorney

                                   s/ Jennifer D. Auchterlonie
                                   JENNIFER D. AUCHTERLONIE
                                   Trial Attorney, Tax Division
                                   U.S. Department of Justice
                                   Post Office Box 683
                                   Ben Franklin Station
                                   Washington, D.C.  20044
                                   Telephone: (202) 514-9593

---

    (A) stating whether or not the defendant is in military service and showing necessary facts to support the affidavit; or

    (B) if the plaintiff is unable to determine whether or not the defendant is in military service, stating that the plaintiff is unable to determine whether or not the defendant is in military service.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006, a copy of the foregoing UNITED STATES' REQUEST FOR ENTRY OF DEFAULT AGAINST DICK BRICKLEY was served electronically on Cynthia M. Klepaski, and by regular U.S. mail on the following parties at the following addresses:

| | | |
|---|---|---|
| Mt. McKinley Bank<br>530 Fourth Avenue<br>Fairbanks, AK 99701 | Bob C. Thomas<br>935 Aurora Drive<br>Fairbanks, AK 99709 | Fairbanks Northstar Borough<br>P.O. Box 71267<br>Fairbanks, AK 99707-1267 |
| Dick Brickley<br>Hoa Brickley<br>P.O. Box 83134<br>Fairbanks, AK 99708 | Michael C. Thomas<br>1640 Eielson Street<br>Fairbanks, AK 99701 | |
| Robert R. Thomas<br>935 Aurora Dr., Apt. 4<br>Fairbanks, AK 99709 | Viola R. Thomas, deceased<br>c/o Robert R. Thomas, personal representative<br>3239 La Ree Way<br>Esther, AK 99725 | |

      /s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593