DEBORAH M. SMITH
Acting United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>BOB C. THOMAS;<br>ROBERT R. THOMAS, individually<br>and as personal representative<br>of the estate of Viola Ruth<br>Thomas; MICHAEL C. THOMAS;<br>FAIRBANKS NORTHSTAR BOROUGH;<br>MT. MCKINLEY BANK; DICK<br>BRICKLEY; and HOA BRICKLEY,<br><br>            Defendants. | )<br>)Civil No. 4:06-cv-0003<br>)<br>)<br>)[PROPOSED] ORDER OF DEFAULT<br>)AGAINST DICK BRICKLEY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    This matter is before the Clerk of Court on the United

States' Request for Entry of Default Against Dick Brickley for

failure to plead or otherwise defend.  The Clerk finds, based on

the record herein, that Dick Brickley was served with process on

June 1, 2006, but has failed to plead or otherwise defend this

action.  Accordingly, pursuant to Federal Rule of Civil Procedure

55(a), an order of DEFAULT is hereby entered against DICK

BRICKLEY.

     DATED this _____ day of _____, 2006.


                                           _____

                                         CLERK OF COURT

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2006, a copy of the foregoing [PROPOSED] ORDER OF DEFAULT was served electronically on Cynthia M. Klepaski, and by regular U.S. mail on the following parties at the following addresses:

Mt. McKinley Bank
530 Fourth Avenue
Fairbanks, AK 99701

Bob C. Thomas
935 Aurora Drive
Fairbanks, AK 99709

Fairbanks Northstar Borough
P.O. Box 71267
Fairbanks, AK 99707-1267

Dick Brickley
Hoa Brickley
P.O. Box 83134
Fairbanks, AK 99708

Michael C. Thomas
1640 Eielson Street
Fairbanks, AK 99701

Robert R. Thomas
935 Aurora Dr., Apt. 4
Fairbanks, AK 99709

Viola R. Thomas, deceased
c/o Robert R. Thomas, personal representative
3239 La Ree Way
Esther, AK 99725

 /s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593