DEBORAH M. SMITH
Acting United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | )DECLARATION OF JENNIFER D. |
| | )AUCHTERLONIE IN SUPPORT OF |
| BOB C. THOMAS; | )UNITED STATES' REQUEST FOR ENTRY |
| ROBERT R. THOMAS, individually | )OF DEFAULT AGAINST DICK BRICKLEY |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

I, Jennifer D. Auchterlonie, pursuant to 28 U.S.C. § 1746, hereby declare that:

1.  I am a trial attorney with United States Department of Justice, Tax Division, located in Washington, D.C.  I have been assigned to the above-captioned matter and am in possession of the Department of Justice files and the Internal Revenue Service's files concerning this matter.  I submit this Declaration in support of the United States' Request for Entry of Default Against Dick Brickley, and to place certain evidence before the Court.

2.  Based upon the information available to me in this matter, I am unable to determine whether or not Dick Brickley is in military service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2006.

                                        s/ Jennifer D. Auchterlonie
                                        JENNIFER D. AUCHTERLONIE
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 683
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 514-9593

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006, a copy of the foregoing DECLARATION OF JENNIFER D. AUCHTERLONIE IN SUPPORT OF UNITED STATES' REQUEST FOR ENTRY OF DEFAULT AGAINST DICK BRICKLEY was served electronically on Cynthia M. Klepaski, and by regular U.S. mail on the following parties at the following addresses:

| | | |
|---|---|---|
| Mt. McKinley Bank<br>530 Fourth Avenue<br>Fairbanks, AK 99701 | Bob C. Thomas<br>935 Aurora Drive<br>Fairbanks, AK 99709 | Fairbanks Northstar Borough<br>P.O. Box 71267<br>Fairbanks, AK 99707-1267 |
| Dick Brickley<br>Hoa Brickley<br>P.O. Box 83134<br>Fairbanks, AK 99708 | Michael C. Thomas<br>1640 Eielson Street<br>Fairbanks, AK 99701 | |
| Robert R. Thomas<br>935 Aurora Dr., Apt. 4<br>Fairbanks, AK 99709 | Viola R. Thomas, deceased<br>c/o Robert R. Thomas, personal representative<br>3239 La Ree Way<br>Esther, AK 99725 | |

  /s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593