NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>BOB C. THOMAS;<br>ROBERT R. THOMAS, individually<br>and as personal representative<br>of the estate of Viola Ruth<br>Thomas; MICHAEL C. THOMAS;<br>FAIRBANKS NORTHSTAR BOROUGH;<br>MT. MCKINLEY BANK; DICK<br>BRICKLEY; and HOA BRICKLEY,<br><br>             Defendants. | Civil No. 4:06-cv-0003<br><br><br><br>UNITED STATES' STATEMENT IN LIEU<br>OF SCHEDULING AND PLANNING<br>CONFERENCE REPORT |

The United States of America, by and through its undersigned counsel, hereby submits this Statement in lieu of the required Scheduling and Planning Conference Report.  The reasons for the

- 1 -

filing of this statement are as follows:

On September 25, 2006, counsel for the United States sent a draft Scheduling and Planning Conference Report to each of the remaining defendants in this action, Bob C. Thomas, Robert R. Thomas, and Michael C. Thomas.[1]  The draft Report was mailed via First Class United States Mail and FedEx, and included a cover letter asking each defendant to contact counsel for the United States in order to arrange the meeting required by Fed. R. Civ. P. 26(f).

Counsel for the United States received no response to her letter from any of the defendants.  Accordingly, said counsel was unable to arrange a Rule 26(f) meeting and was unable to secure defendants' participation in the creation of a Scheduling and Planning Conference Report.  As such, the United States submits this Statement to provide the Court with its views on the scheduling and planning issues presented in this matter.

1.   **Meeting**. As set forth above, no meeting in accordance with F.R.Civ.P. 26(f) was held in this matter.

2.   **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

　　　_____ have been exchanged by the parties

---

[1] Fairbanks Northstar Borough is being dismissed as a defendant by stipulation filed concurrently with this Statement. Mt. McKinley Bank, Dick Brickley, and Hoa Brickley have defaulted.

  _X_  will be provided by the United States by Nov. 9, 2006

Proposed changes to disclosure requirements:  None

  ____  Preliminary witness lists have been exchanged by the parties

  _X_  will be provided by the United States by Nov. 9, 2006

3. **Contested Issues of Fact and Law.** Preliminarily, the United States expects the following issues of fact and/or law to be presented to the court at trial in this matter:

    This is a civil action to reduce federal tax assessments to judgment and to foreclose federal tax liens on real property. Thus, the two issues are (1) whether the taxpayers, Bob C. Thomas and Viola Ruth Thomas, deceased, are indebted to the United States for federal taxes in the amounts set forth in the complaint, and (2) whether the United States is entitled to foreclose its federal tax liens upon the real property that is the subject of this suit.

4.     **Discovery Plan.** The United States proposes to the court the following discovery plan.

 A. Discovery will be needed on the following issues:

Ownership of the various parcels of real property at issue as well as priority of liens attaching to those parcels.

B. All discovery commenced in time to be completed by March 1, 2007 ("discovery close date").

C.  Limitations on Discovery.

    1   Interrogatories

       _X_  No change from F.R.Civ.P. 33(a)

       Maximum of ____   by each party to any other party.

       Responses due in ____ days.

      2    Requests for Admissions.

          \_\_\_  No change from F.R.Civ.P. 36(a).

          _X_  Maximum of __50__ requests.

          \_\_\_  Responses due in ___ days.

      3    Depositions.

          _X_  No change from F.R.Civ.P. 36(a), (d).

          \_\_\_  Maximum of ___ depositions by each party.

          \_\_\_  Depositions not to exceed ___ hours unless agreed to by all parties.

D.    Reports from retained experts.

          _X_  Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

          \_\_\_  Reports due:

    From plaintiff (*insert date*)    From defendant (*insert date*)

E.    Supplementation of disclosures and discovery responses are to be made:

          \_\_\_  Periodically at 60-day intervals from the entry of scheduling and planning order.

          _X_  As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

          \_\_\_  45 days prior to the close of discovery.

          _X_  Not later than February 1, 2006.

5. **Pretrial Motions**.

   __X__  No change from D.Ak. LR 16.1(c).

   The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

   _____  Motions to amend pleadings or add parties to be filed not later than (*insert date*).

   _____  Motions under the discovery rules must be filed not later than (*insert date*).

   _____  Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

   A.    __X__  The United States does not request a conference with the court before the entry of the scheduling order.

         _____  The parties request a scheduling conference with the court on the following issue(s):

         (*Insert issues on which a conference is requested*)

   B.    Alternative Dispute Resolution.  [D.Ak. LR 16.2]

         __X__  This matter is not considered a candidate for court-annexed alternative dispute resolution.

         _____  The parties will file a request for alternative dispute resolution not later than (*insert date*).

              ____ Mediation    ____ Early Neutral Evaluation

   C.    The United States   ____ does   __X__ does not consent to trial before a magistrate judge.

   D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

         _____ All parties have complied    __X__ Compliance not required by any party

7. **Trial**.

   A.   The matter will be ready for trial:

   ____ 45 days after the discovery close date.

   _X_  not later than June 1, 2007.

   B.   This matter is expected to take   _2_   days to try.

   C.   Jury Demanded    Yes ____    No _X_

         Right to jury trial disputed? _N/A._   Yes ____   No ____

Dated:  October 26, 2006          NELSON P. COHEN
                                  United States Attorney


                                  /s/ Jennifer D. Auchterlonie
                                  JENNIFER D. AUCHTERLONIE
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  Post Office Box 683
                                  Ben Franklin Station
                                  Washington, D.C.  20044
                                  Telephone: (202) 514-9593

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, a copy of the foregoing UNITED STATES' STATEMENT IN LIEU OF SCHEDULING AND PLANNING CONFERENCE REPORT was served by regular U.S. mail on the following parties at the following addresses:

>	Bob C. Thomas
>	935 Aurora Drive
>	Fairbanks, AK 99709
>
>	Michael C. Thomas
>	1640 Eielson Street
>	Fairbanks, AK 99701
>
>	Robert R. Thomas
>	935 Aurora Dr., Apt. 4
>	Fairbanks, AK 99709
>
>	Viola R. Thomas, deceased
>	c/o Robert R. Thomas, personal representative
>	3239 La Ree Way
>	Esther, AK 99725

>							/s/ Jennifer D. Auchterlonie
>							JENNIFER D. AUCHTERLONIE
>							Trial Attorney, Tax Division
>							U.S. Department of Justice
>							Post Office Box 683
>							Ben Franklin Station
>							Washington, D.C.  20044
>							Telephone: (202) 514-9593