NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION FOR DISMISSAL OF |
| | ) DEFENDANT FAIRBANKS NORTHSTAR |
| BOB C. THOMAS; | ) BOROUGH |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff the

United States of America and defendant Fairbanks Northstar

Borough:

- 1 -

1.   On February 10, 2006, the United States brought this civil action to reduce to judgment the outstanding federal tax liabilities assessed against defendants Bob C. Thomas and Viola Ruth Thomas, deceased, and to foreclose federal tax liens upon certain parcels of real property (the subject property).

2.   The United States named Fairbanks Northstar Borough a party to this action pursuant to 26 U.S.C. § 7403(b), because it may claim an interest in the subject property.

3.   Fairbanks Northstar Borough has no interest in this litigation apart from ensuring that any and all liens it may have on the subject property for unpaid real property taxes or special assessments at the time of judicial sale be satisfied from the proceeds of sale prior to any distribution on the federal tax liens.

4.   The United States recognizes the applicability of 26 U.S.C. § 6323(b)(6) to this proceeding and will include in any proposed order of sale a provision that any and all liens Fairbanks Northstar Borough may have on the subject property for unpaid real property taxes or special assessments at the time of sale be satisfied from the proceeds of sale prior to any distribution on the federal tax liens.

5.   Fairbanks Northstar Borough will cooperate with counsel for the United States and timely respond to reasonable requests for information regarding the status of real property tax and

special assessment accounts with respect to the subject property.

    6.   In consideration of the foregoing, Fairbanks Northstar Borough's continued presence in this action is not needed for a complete adjudication of the relief sought by the United States, and Fairbanks Northstar Borough should be dismissed from this action without prejudice, each party to bear its costs, including any possible attorney's fees or other expenses of litigation.

    DATED this 26th day of October, 2006.

> NELSON P. COHEN
> United States Attorney
>
> /s/ Jennifer D. Auchterlonie
> JENNIFER D. AUCHTERLONIE
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 683
> Ben Franklin Station
> Washington, D.C.  20044
> Telephone: (202) 514-9593
> Jennifer.D.Auchterlonie@usdoj.gov
>
> Attorney for Plaintiff the United
> States of America

    DATED this 23rd day of October, 2006.

> /s/ Cynthia M. Klepaski
> CYNTHIA M. KLEPASKI
> Assistant Borough Attorney
> Fairbanks Northstar Borough
> Post Office Box 71267
> Fairbanks, AK 99701
> Telephone:  (907) 459-1318
> CynthiaKlepaski@co.fairbanks.ak.us
>
> Attorney for Defendant Fairbanks
> Northstar Borough

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, a copy of the foregoing STIPULATION FOR DISMISSAL OF DEFENDANT FAIRBANKS NORTHSTAR BOROUGH was served by regular U.S. mail on the following parties at the following addresses:

>   Bob C. Thomas
>   935 Aurora Drive
>   Fairbanks, AK 99709
>
>   Michael C. Thomas
>   1640 Eielson Street
>   Fairbanks, AK 99701
>
>   Robert R. Thomas
>   935 Aurora Dr., Apt. 4
>   Fairbanks, AK 99709
>
>   Viola R. Thomas, deceased
>   c/o Robert R. Thomas, personal representative
>   3239 La Ree Way
>   Esther, AK 99725

>                               /s/ Jennifer D. Auchterlonie
>                               JENNIFER D. AUCHTERLONIE
>                               Trial Attorney, Tax Division
>                               U.S. Department of Justice
>                               Post Office Box 683
>                               Ben Franklin Station
>                               Washington, D.C.  20044
>                               Telephone: (202) 514-9593