NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
|  | ) |
| v. | ) [PROPOSED] ORDER OF DISMISSAL OF |
|  | ) DEFENDANT FAIRBANKS NORTHSTAR |
| BOB C. THOMAS; | ) BOROUGH |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

This matter is before the Court on the stipulation of plaintiff the United States of America and defendant Fairbanks Northstar Borough (hereinafter, "the parties"). Pursuant to the

stipulation of the parties, it is hereby

ORDERED that defendant Fairbanks Northstar Borough is dismissed from this action without prejudice.  It is further

ORDERED that the parties shall each bear their own costs, including any possible attorney's fees or other expenses of litigation.

DATED this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, a copy of the foregoing [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT FAIRBANKS NORTHSTAR BOROUGH was served by regular U.S. mail on the following parties at the following addresses:

```
Bob C. Thomas
935 Aurora Drive
Fairbanks, AK 99709

Michael C. Thomas
1640 Eielson Street
Fairbanks, AK 99701

Robert R. Thomas
935 Aurora Dr., Apt. 4
Fairbanks, AK 99709

Viola R. Thomas, deceased
c/o Robert R. Thomas, personal representative
3239 La Ree Way
Esther, AK 99725
```

/s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593