NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | ) UNITED STATES' FINAL REVISED |
| | ) WITNESS LIST |
| BOB C. THOMAS; | ) |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

     The United States of America, by and through its undersigned

counsel, hereby submits the following final revised witness list

in accordance with the Court's Scheduling and Planning Order,

entered in this matter on November 8, 2006.

## Witness List

The United States of America may call as a witness at trial in this matter the following individuals:

    1.    Bob C. Thomas
         935 Aurora Drive
         Fairbanks, AK 99709

Telephone number is unknown.  Mr. Thomas is believed to have specific knowledge with respect to the federal tax liabilities at issue and ownership and transfers of the real property at issue.

    2.    Robert R. Thomas
         935 Aurora Dr., Apt. 4
         Fairbanks, AK 99709

Telephone number is unknown.  Mr. Thomas is believed to have specific knowledge of the probate of the Estate of Viola Ruth Thomas, and may also have specific knowledge regarding ownership and transfers of the real property at issue.

    3.    Michael C. Thomas
         1640 Eielson Street
         Fairbanks, AK 99701

Telephone number is unknown.  Mr. Thomas is believed to have general knowledge of the ownership and transfers of the real property at issue.

    4.    Employee
         Internal Revenue Service
         Contact through counsel for the United States

The United States anticipates calling an as-yet-unidentified employee of the Internal Revenue Service as necessary to

authenticate documents from the IRS administrative file in this matter.

    DATED this 1st day of February, 2007.

                                    NELSON P. COHEN
                                    United States Attorney

                                  <u>/s/ Jennifer D. Auchterlonie</u>
                                  JENNIFER D. AUCHTERLONIE
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  P.O. Box 683
                                  Ben Franklin Station
                                  Washington, D.C.  20044-0683

                                  Telephone: (202) 514-9593
                                  Facsimile: (202) 307-0054
                                  Email:
                                  <u>Jennifer.D.Auchterlonie@usdoj.gov</u>

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007, a copy of the foregoing UNITED STATES' FINAL REVISED WITNESS LIST was served by regular U.S. mail on the following parties at the following addresses:

>Bob C. Thomas
>935 Aurora Drive
>Fairbanks, AK 99709
>
>Michael C. Thomas
>1640 Eielson Street
>Fairbanks, AK 99701
>
>Robert R. Thomas
>935 Aurora Dr., Apt. 4
>Fairbanks, AK 99709
>
>Viola R. Thomas, deceased
>c/o Robert R. Thomas, personal representative
>3239 La Ree Way
>Esther, AK 99725

>/s/ Jennifer D. Auchterlonie
>JENNIFER D. AUCHTERLONIE
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 683
>Ben Franklin Station
>Washington, D.C.  20044
>Telephone: (202) 514-9593