NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | ) UNITED STATES' MOTION TO COMPEL |
| | ) |
| BOB C. THOMAS; | ) |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

CERTIFICATION OF ATTEMPT TO CONFER

The United States of America, by and through its undersigned

counsel, hereby certifies pursuant to Local Rule 37.1 that the

undersigned counsel attempted to confer with defendants Bob C. Thomas and Robert R. Thomas in an effort to secure their compliance in this matter without court action.  In that regard, the undersigned counsel sent each defendant a letter via FedEx on February 27, 2007, requesting that each defendant contact said counsel to discuss this matter.  Neither defendant responded to that letter; however, FedEx informed counsel for the United States that Robert R. Thomas could not be found at the address he has provided to the Court in this matter.  Because neither defendant has provided the Court or counsel with a telephone number, no other method of communication is possible.

## MOTION TO COMPEL

The United States of America, by and through its undersigned counsel, hereby moves the Court for an order compelling defendants Bob C. Thomas and Robert R. Thomas to respond to the discovery requests properly served upon them in this matter.  In support of its motion, the United States respectfully submits the following:

On January 17, 2007, the United States served via FedEx and First Class Mail separate sets of interrogatories and requests for production of documents upon each of the defendants Bob C. Thomas and Robert R. Thomas (collectively, the United States'

discovery requests).[1]  A true and correct copy of the United States' discovery requests is attached as Exhibit A.

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, responses to the United States' discovery requests were due to be served upon the United States within 30 days after service thereof.

As of this date, more than 30 days have passed since service of the United States' discovery requests, and the United States has not received any responses or objections to those requests from either Bob C. Thomas or Robert R. Thomas.

Defendants Bob C. Thomas and Robert R. Thomas are parties to this action, and as such are clearly required under Rules 33 and 34 of the Federal Rules of Civil Procedure to respond to the interrogatories and requests for production of documents served upon them by the United States.  Because defendants have not responded in any manner, the United States seeks intervention of the Court to compel defendants to respond to the United States' discovery requests.

---

[1] On the same date, the United States also served via FedEx and First Class Mail separate sets of requests for admission upon each of the defendants Bob C. Thomas and Robert R. Thomas. Because neither defendant served responses to those requests for admission within 30 days after service thereof, pursuant to Rule 36(a) of the Federal Rules of Civil Procedure, all of the requests are deemed admitted.  Thus, no motion to compel responses to the United States' requests for admission is necessary.

In the event that the Court grants United States' Motion to Compel, the United States respectfully requests that the Court extend the deadlines set forth in the Scheduling and Planning Order in this case (Dkt. #19) as appropriate, in order to provide the United States a reasonable time to review the defendants' responses and take any necessary follow-up discovery.  In this regard, the United States proposes that the following deadlines be extended in the following manner:

(1) that the deadline for discovery be extended by 60 days from the date of the Court's order granting United States' Motion to Compel;

(2) that the deadline for the filing of discovery motions, dispositive motions, and motions in limine be extended by 90 days from the date of such order; and

(3) that any other remaining deadlines set forth in the Scheduling and Planning Order be extended as the Court deems appropriate.

WHEREFORE, based on the foregoing, the United States respectfully requests that the Court:

(a) compel defendants Bob C. Thomas and Robert R. Thomas to respond to the interrogatories and the requests for production of documents served upon them; and

(b)  extend the deadlines in the Scheduling and Planning Order as appropriate.

DATED this 1st day of March, 2007.

                                NELSON P. COHEN
                                United States Attorney

                                <u>/s/ Jennifer D. Auchterlonie</u>
                                JENNIFER D. AUCHTERLONIE
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                P.O. Box 683
                                Ben Franklin Station
                                Washington, D.C.  20044-0683

                                Telephone: (202) 514-9593

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2007, a copy of the foregoing UNITED STATES' MOTION TO COMPEL was served by regular U.S. mail on the following parties at the following addresses:

```
Bob C. Thomas
935 Aurora Drive
Fairbanks, AK 99709

Michael C. Thomas
1640 Eielson Street
Fairbanks, AK 99701

Robert R. Thomas
935 Aurora Dr., Apt. 4
Fairbanks, AK 99709

Viola R. Thomas, deceased
c/o Robert R. Thomas, personal representative
3239 La Ree Way
Esther, AK 99725
```

/s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593