# EXHIBIT A

NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | ) UNITED STATES' FIRST SET OF |
| | ) INTERROGATORIES DIRECTED TO |
| BOB C. THOMAS; | ) DEFENDANT BOB C. THOMAS |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

As provided in Federal Rules of Civil Procedure (FRCP) 26
and 33, the United States requests that Bob C. Thomas answer the
following interrogatories under oath and serve a copy upon

- 1 -

counsel for the United States within thirty (30) days after service of these interrogatories.

If any of these interrogatories cannot be answered in full, please answer to the extent possible and specify the reason for your inability to answer the remainder. Please indicate when estimates, rather than exact information, have been used.

Any request for the name of a person, business, and/or entity is also a request for the current or last-known home and business addresses and home and business telephone numbers of the person or the person who represents the person, business, and/or entity.

As used herein, the term "resides" means to live, to remain or stay, to dwell permanently or continuously, to have a settled abode for a time, and/or to have one's residence or domicile.

As used herein, "you" or "your" refers to defendant Bob C. Thomas.

As used herein, the singular form of a word includes the plural form of the word and the plural form of a word includes the singular form of the word.

The United States, furthermore, notifies Bob C. Thomas that according to FRCP 26(e)(2) you have a duty to amend your responses to these interrogatories if you learn that a response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made

known to undersigned counsel during this discovery process or in writing.

1.    With respect to Requests No. 1-10 of the United States' First Set of Requests for Admission Directed to Defendant Bob C. Thomas, if your response to any of those requests is other than an unqualified admission, please state your correct federal income tax (Form 1040) liability for the tax period set forth in such request.

RESPONSE:

2.    With respect to Requests No. 11-34 of the United States' First Set of Requests for Admission Directed to Defendant Bob C. Thomas, if your response to any of those requests is other than an unqualified admission, please state your correct federal employment tax (Form 941) liability for Thomas Engineering for the tax period set forth in such request.

RESPONSE:

3.    With respect to Requests No. 35-37 of the United States' First Set of Requests for Admission Directed to Defendant Bob C. Thomas, if your response to any of those requests is other than an unqualified admission, please state your correct federal unemployment tax (Form 940) liability for Thomas Engineering for the tax period set forth in such request.

RESPONSE:

4.    With respect to Requests No. 38-40 of the United States' First Set of Requests for Admission Directed to Defendant Bob C. Thomas, if your response to any of those requests is other than an unqualified admission, please state the legal and factual basis for your response.

RESPONSE:

5.    Please identify all individuals who currently reside at the home located at 3239 La Ree Way, Esther, Alaska.

RESPONSE:

- 4 -

6.    Please describe the current condition of the home located at 3239 La Ree Way, Esther, Alaska, including, but not limited to, the current condition of the heating, cooling, plumbing, water, sewer, and electric systems of the home.

RESPONSE:

7. Please set forth the division of real property carried out upon your divorce from Viola Ruth Thomas as such division pertains to the real property sought to be foreclosed in this action.

RESPONSE:

8.    Please provide any legal defense you intend to assert in response to any claim asserted by the United States against

you in the Complaint previously filed in this action, clearly
stating which legal defense or defenses apply to which claim or
claims.

RESPONSE:

9.    Please explain the basis for asserting any legal
defense mentioned in Interrogatory #8.

RESPONSE:

10.    Please identify all individuals who have knowledge of
the facts on which you rely to support your claims and defenses
in this matter.    For each individual, please also identify the
subject matter of his or her knowledge.

RESPONSE:

VERIFICATION OF RESPONSES

I declare under penalty of perjury that the foregoing responses to the United States' First Set of Interrogatories Directed to Defendant Bob C. Thomas are true and correct.

Executed this _____ day of _____, 2007.

_____
Bob C. Thomas

DATED this 17th day of January, 2007.

NELSON P. COHEN
United States Attorney

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email:
Jennifer.D.Auchterlonie@usdoj.gov

-7-

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, a copy of the foregoing UNITED STATES' FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT BOB C. THOMAS was served by regular U.S. mail on the following party at the following address:

Bob C. Thomas
935 Aurora Drive
Fairbanks, AK 99709

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593

NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | )UNITED STATES' FIRST REQUEST FOR |
| | )PRODUCTION OF DOCUMENTS DIRECTED |
| BOB C. THOMAS; | )TO DEFENDANT BOB C. THOMAS |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

As provided in Federal Rules of Civil Procedure (FRCP) 26
and 34, the United States requests that Bob C. Thomas produce any
and all of the following specified documents for inspection and

- 1 -

copying on February 20, 2007, at 10:00 a.m., at the offices of
Nelson P. Cohen, United States Attorney for the District of
Alaska, located at 101 12th Avenue, Room 310, Fairbanks, Alaska
99701.

In lieu of the above schedule for production, Bob C. Thomas
may mail by first class mail, postage pre-paid, accurate and
complete copies of the requested documents to Jennifer D.
Auchterlonie, Trial Attorney, Tax Division, United States
Department of Justice, P.O. Box 683, Ben Franklin Station,
Washington, D.C. 20044, on or before the above-stated date for
production.

As used herein, the word "document" means any information
recorded by any means, whether in writing or otherwise, including
but not limited to any books, records, letters, memoranda,
notices, notes, scratch books, address books, statements of
account, ledgers, balance sheets, checks, drafts, orders,
receipts, bills, invoices, recordings, videotapes, magnetic
storage media, photographs, negatives, drawings, paintings,
sketches, blueprints, charts, graphs, maps, plats, or other
similar materials, by whatever means recorded.

As used herein, "you" or "your" refers to defendant Bob C.
Thomas.

As used herein, the singular form of a word includes the
plural form of the word and the plural form of a word includes

the singular form of the word.

If any document responsive to this request was, but no longer is, in your possession, custody or control, state:

    a.    how the document was disposed of;

    b.    the name, current address and telephone number of the person or entity currently having possession, custody or control over the document;

    c.    the date of disposition; and

    d.    the name, current address and telephone number of each person or entity authorizing the disposition or having knowledge of the disposition.

If any document is withheld under any claim of privilege, list each document and the nature of the privilege claimed to apply, as well as the name of the person making the determination that the privilege is properly applicable.  If a claimed privilege applies only to a portion of any document, that portion only should be withheld and the remainder of the document should be produced.  A "claim of privilege" includes, but is not limited to, any claim that a document either may or must be withheld from production by any statutes or regulations.  If a claim of privilege is asserted, cite each statute or regulation claimed to apply.

The United States, furthermore, notifies Bob C. Thomas that according to FRCP 26(e)(2) you have a duty to amend your

- 3 -

responses to this request for production of documents if you learn that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to undersigned counsel during this discovery process or in writing.

1.    Please provide any and all documents that may substantiate your response to each Interrogatory of the United States' First Set of Interrogatories Directed to Bob C. Thomas, clearly identifying each which document corresponds to which Interrogatory.

2.    Please provide any and all documents that may substantiate each and every response set forth in each numbered paragraph of the Answer that you filed in this matter.

3.    Please provide any and all documents on which you rely to support your claims and defenses in this matter.

4.    Please provide any photographic or documentary evidence that may show the current condition of the home located at 3239 La Ree Way, Esther, Alaska.

5.    Please provide a copy of the divorce decree issued upon the divorce of Bob C. Thomas and Viola Ruth Thomas, including any

///

///

///

///

- 4 -

property settlement agreements or other documents which set forth the division of the marital assets in that divorce.

DATED this 17th day of January, 2007.

NELSON P. COHEN
United States Attorney

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email:
Jennifer.D.Auchterlonie@usdoj.gov

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, a copy of the foregoing UNITED STATES' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT BOB C. THOMAS was served by regular U.S. mail on the following party at the following address:

> Bob C. Thomas
> 935 Aurora Drive
> Fairbanks, AK 99709

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593

- 6 -

NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>BOB C. THOMAS;<br>ROBERT R. THOMAS, individually<br>and as personal representative<br>of the estate of Viola Ruth<br>Thomas; MICHAEL C. THOMAS;<br>FAIRBANKS NORTHSTAR BOROUGH;<br>MT. MCKINLEY BANK; DICK<br>BRICKLEY; and HOA BRICKLEY,<br><br>            Defendants. | )<br>)Civil No. 4:06-cv-0003<br>)<br>)<br>)UNITED STATES' FIRST SET OF<br>)INTERROGATORIES DIRECTED TO<br>)DEFENDANT ROBERT R. THOMAS, AS<br>)PERSONAL REPRESENTATIVE OF THE<br>)ESTATE OF VIOLA RUTH THOMAS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

As provided in Federal Rules of Civil Procedure (FRCP) 26

and 33, the United States requests that Robert R. Thomas, as

personal representative of the estate of Viola Ruth Thomas,

- 1 -

answer the following interrogatories under oath and serve a copy upon counsel for the United States within thirty (30) days after service of these interrogatories.

If any of these interrogatories cannot be answered in full, please answer to the extent possible and specify the reason for your inability to answer the remainder.  Please indicate when estimates, rather than exact information, have been used.

Any request for the name of a person, business, and/or entity is also a request for the current or last-known home and business addresses and home and business telephone numbers of the person or the person who represents the person, business, and/or entity.

As used herein, the term "resides" means to live, to remain or stay, to dwell permanently or continuously, to have a settled abode for a time, and/or to have one's residence or domicile.

As used herein, "you" or "your" refers to defendant Robert R. Thomas.

As used herein, the singular form of a word includes the plural form of the word and the plural form of a word includes the singular form of the word.

The United States, furthermore, notifies Robert R. Thomas that according to FRCP 26(e)(2) you have a duty to amend your responses to these interrogatories if you learn that a response is in some material respect incomplete or incorrect and if the

additional or corrective information has not otherwise been made
known to undersigned counsel during this discovery process or in
writing.

1.   With respect to Requests No. 1-7 of the United States'
First Set of Requests for Admission Directed to Defendant Robert
R. Thomas as Personal Representative of the Estate of Viola Ruth
Thomas, if your response to any of those requests is other than
an unqualified admission, please state the correct federal income
tax (Form 1040) liabilities of Viola Ruth Thomas for the tax
period set forth in such request.

RESPONSE:

2.   Please identify all individuals who currently reside at
the home located at 3239 La Ree Way, Esther, Alaska.

RESPONSE:

3.   Please describe the current condition of the home
located at 3239 La Ree Way, Esther, Alaska, including, but not

-3-

limited to, the current condition of the heating, cooling, plumbing, water, sewer, and electric systems of the home.

RESPONSE:

4.    Please set forth the distribution of all property of the estate of Viola Ruth Thomas, and list all actions you have taken as personal representative of the estate of Viola Ruth Thomas, including all actions remaining to be taken by you to discharge your duties as personal representative.

RESPONSE:

5.    Please provide any legal defense you intend to assert in response to any claim asserted by the United States against you in the Complaint previously filed in this action, clearly stating which legal defense or defenses apply to which claim or claims.

RESPONSE:

- 4 -

6.    Please explain the basis for asserting any legal
defense mentioned in Interrogatory #5.

RESPONSE:

7.    Please identify all individuals who have knowledge of
the facts on which you rely to support your claims and defenses
in this matter.   For each individual, please also identify the
subject matter of his or her knowledge.

RESPONSE:

## VERIFICATION OF RESPONSES

I declare under penalty of perjury that the foregoing
responses to the United States' First Set of Interrogatories
Directed to Defendant Robert R. Thomas as Personal Representative

of the Estate of Viola Ruth Thomas are true and correct.

Executed this _____ day of _____, 2007.


                                   _____
                                   Robert R. Thomas
                                   Personal Representative
                                   Estate of Viola Ruth Thomas



DATED this 17th day of January, 2007.

                         NELSON P. COHEN
                         United States Attorney

                         _____
                         JENNIFER D. AUCHTERLONIE
                         Trial Attorney, Tax Division
                         U.S. Department of Justice
                         P.O. Box 683
                         Ben Franklin Station
                         Washington, D.C.  20044-0683

                         Telephone: (202) 514-9593
                         Facsimile: (202) 307-0054
                         Email:
                         Jennifer.D.Auchterlonie@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, a copy of the foregoing UNITED STATES' FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT ROBERT R. THOMAS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VIOLA RUTH THOMAS was served by regular U.S. mail on the following party at the following address:

        Robert R. Thomas
        935 Aurora Dr., Apt. 4
        Fairbanks, AK 99709


                              JENNIFER D. AUCHTERLONIE
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 683
                              Ben Franklin Station
                              Washington, D.C.  20044
                              Telephone: (202) 514-9593

- 7 -

NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>BOB C. THOMAS;<br>ROBERT R. THOMAS, individually<br>and as personal representative<br>of the estate of Viola Ruth<br>Thomas; MICHAEL C. THOMAS;<br>FAIRBANKS NORTHSTAR BOROUGH;<br>MT. MCKINLEY BANK; DICK<br>BRICKLEY; and HOA BRICKLEY,<br><br>              Defendants. | ) Civil No. 4:06-cv-0003<br>)<br>)<br>)<br>) UNITED STATES' FIRST REQUEST FOR<br>) PRODUCTION OF DOCUMENTS DIRECTED<br>) TO DEFENDANT ROBERT R. THOMAS,<br>) AS PERSONAL REPRESENTATIVE OF<br>) THE ESTATE OF VIOLA RUTH THOMAS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

As provided in Federal Rules of Civil Procedure (FRCP) 26
and 34, the United States requests that Robert R. Thomas, as
personal representative of the estate of Viola Ruth Thomas,

produce any and all of the following specified documents for inspection and copying on February 20, 2007, at 10:00 a.m., at the offices of Nelson P. Cohen, United States Attorney for the District of Alaska, located at 101 12th Avenue, Room 310, Fairbanks, Alaska  99701.

In lieu of the above schedule for production, Robert R. Thomas may mail by first class mail, postage pre-paid, accurate and complete copies of the requested documents to Jennifer D. Auchterlonie, Trial Attorney, Tax Division, United States Department of Justice, P.O. Box 683, Ben Franklin Station, Washington, D.C. 20044, on or before the above-stated date for production.

As used herein, the word "document" means any information recorded by any means, whether in writing or otherwise, including but not limited to any books, records, letters, memoranda, notices, notes, scratch books, address books, statements of account, ledgers, balance sheets, checks, drafts, orders, receipts, bills, invoices, recordings, videotapes, magnetic storage media, photographs, negatives, drawings, paintings, sketches, blueprints, charts, graphs, maps, plats, or other similar materials, by whatever means recorded.

As used herein, "you" or "your" refers to defendant Robert R. Thomas.

As used herein, the singular form of a word includes the plural form of the word and the plural form of a word includes the singular form of the word.

If any document responsive to this request was, but no longer is, in your possession, custody or control, state:

      a.    how the document was disposed of;

      b.    the name, current address and telephone number of the person or entity currently having possession, custody or control over the document;

      c.    the date of disposition; and

      d.    the name, current address and telephone number of each person or entity authorizing the disposition or having knowledge of the disposition.

If any document is withheld under any claim of privilege, list each document and the nature of the privilege claimed to apply, as well as the name of the person making the determination that the privilege is properly applicable. If a claimed privilege applies only to a portion of any document, that portion only should be withheld and the remainder of the document should be produced. A "claim of privilege" includes, but is not limited to, any claim that a document either may or must be withheld from production by any statutes or regulations. If a claim of privilege is asserted, cite each statute or regulation claimed to apply.

- 3 -

The United States, furthermore, notifies Robert R. Thomas that according to FRCP 26(e)(2) you have a duty to amend your responses to this request for production of documents if you learn that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to undersigned counsel during this discovery process or in writing.

1.   Please provide any and all documents that may substantiate your response to each Interrogatory of the United States' First Set of Interrogatories Directed to Robert R. Thomas, as Personal Representative of the Estate of Viola Ruth Thomas, clearly identifying each which document corresponds to which Interrogatory.

2.   Please provide any and all documents that may substantiate each and every response set forth in each numbered paragraph of the Answer that you filed in this matter.

3.   Please provide any and all documents on which you rely to support your claims and defenses in this matter.

4.   Please provide a copy all documents filed in the probate case of Viola Ruth Thomas, case #4FA-03-368PR.

5.   Please provide a copy of the divorce decree issued upon the divorce of Bob C. Thomas and Viola Ruth Thomas, including any property settlement agreements or other documents which set forth the division of the marital assets in that divorce.

- 4 -

6.    Please provide any photographic or documentary evidence that may show the current condition of the home located at 3239 La Ree Way, Esther, Alaska.

DATED this 17th day of January, 2007.

NELSON P. COHEN
United States Attorney

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email:
Jennifer.D.Auchterlonie@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, a copy of the foregoing UNITED STATES' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT ROBERT R. THOMAS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VIOLA RUTH THOMAS was served by regular U.S. mail on the following party at the following address:

Robert R. Thomas
935 Aurora Dr., Apt. 4
Fairbanks, AK 99709

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593

- 6 -