NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOB C. THOMAS;<br>ROBERT R. THOMAS, individually<br>and as personal representative<br>of the estate of Viola Ruth<br>Thomas; MICHAEL C. THOMAS;<br>FAIRBANKS NORTHSTAR BOROUGH;<br>MT. MCKINLEY BANK; DICK<br>BRICKLEY; and HOA BRICKLEY,<br><br>    Defendants. | Civil No. 4:06-cv-0003<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION TO COMPEL |

 This matter is before the Court on the United States' motion to compel responses to the interrogatories and requests for production of documents served upon defendants Bob C. Thomas and

-1-

Robert R. Thomas. Upon consideration of the motion, and responses thereto, and the record in this case, and for good cause shown, it is hereby

ORDERED that the United States' motion to compel is GRANTED. It is further

ORDERED that defendants Bob C. Thomas and Robert R. Thomas shall serve responses to the interrogatories and requests for production of documents upon the United States within 15 days of the date of this Order. It is further

ORDERED that the deadline for discovery set forth in the Scheduling and Planning Order (Dkt. #19) is extended by 60 days from the date of this Order. It is further

ORDERED that the deadline for the filing of discovery motions, dispositive motions, and motions in limine set forth in the Scheduling and Planning Order is extended by 90 days from the date of this Order.

IT IS SO ORDERED. The Clerk shall deliver copies of this Order to the parties at the addresses listed on their pleadings.

DATED this 28 day of March, 2007.

UNITED STATES DISTRICT JUDGE