NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | ) DECLARATION OF IRS REVENUE |
| | ) OFFICER NANCY E. JANKE |
| BOB C. THOMAS; | ) |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

   I, Nancy E. Janke, pursuant to 28 U.S.C. § 1746, hereby

declare that:

1.    I am a duly appointed Revenue Officer, employed by the Internal Revenue Service in its Small Business/Self Employed Division, with a post of duty in Fairbanks, Alaska.

2.    As a Revenue Officer, I have extensive knowledge of the tax collection practices and procedures of the Internal Revenue Service.

3.    I have personal knowledge of the matters set forth in this Declaration, and, if called upon to testify to said facts, could do so competently.

4.    My official duties include the calculation of interest on tax liabilities.  I have experience throughout my employment with the Internal Revenue Service ("IRS") in calculating interest on tax liabilities.  I am familiar with the proper use of the IRS computer interest calculation functions.  In particular, I am familiar with the proper use of the IRS computer command code "INTSTD" which provides a calculation of accrued interest and penalties, to any requested date, on unpaid tax assessments for a particular taxpayer.

5.    Attached hereto as Exhibit A is a true and correct copy of an "INTSTD" report for Bob C. Thomas and Viola R. Thomas for the tax period set forth below.  The "INTSTD" report provides the current unpaid balance of assessments, less all credits appearing on Internal Revenue Service records as of the date of printing, plus accruals of interest and delinquency penalty for failure to

pay tax for each tax period.  The report is summarized as follows, with accruals calculated through August 24, 2007:

| Type of Tax / Tax Form | Tax Year | Amount Assessed | Balance Due |
|---|---|---|---|
| Income - Form 1040 | 1991 | $2,441.24 | $55,307.16 |

6.    Attached hereto as Exhibit B is a true and correct copy of the "INTSTD" reports for Bob C. Thomas for the tax periods set forth below.  The "INTSTD" reports provide the current unpaid balance of assessments, less all credits appearing on Internal Revenue Service records as of the date of printing, plus accruals of interest and delinquency penalty for failure to pay tax for each tax period.  The reports are summarized as follows, with accruals calculated through August 24, 2007:

| Type of Tax / Tax Form | Tax Year | Amount Assessed | Balance Due |
|---|---|---|---|
| Income - Form 1040 | 1992 | $4,731.25 | $17,431.24 |
| Income - Form 1040 | 1993 | $2,981.95 | $7,619.91 |
| Income - Form 1040 | 1994 | $20,398.22 | $39,676.60 |
| Income - Form 1040 | 1995 | $15,785.42 | $30,217.22 |
| Income - Form 1040 | 1996 | $7,385.93 | $14,747.57 |
| Income - Form 1040 | 1997 | $5,319.79 | $11,160.98 |
| Income - Form 1040 | 1999 | $11,858.94 | $18,385.80 |
| Income - Form 1040 | 2000 | $1,995.24 | $3,300.36 |
| Income - Form 1040 | 2001 | $6,431.39 | $9,896.21 |
|  | **Total:** | **$76,888.13** | **$152,435.89** |

7.    Attached hereto as Exhibit C is a true and correct copy of the "INTSTD" reports for Viola R. Thomas for the tax periods

set forth below.  The "INTSTD" reports provide the current unpaid balance of assessments, less all credits appearing on Internal Revenue Service records as of the date of printing, plus accruals of interest and delinquency penalty for failure to pay tax for each tax period.  The reports are summarized as follows, with accruals calculated through August 24, 2007:

| Type of Tax / Tax Form | Tax Year | Amount Assessed | Balance Due |
|---|---|---|---|
| Income - Form 1040 | 1992 | $3,548.58 | $7,982.46 |
| Income - Form 1040 | 1993 | $6,529.68 | $15,135.64 |
| Income - Form 1040 | 1995 | $5,380.55 | $12,686.76 |
| Income - Form 1040 | 1996 | $2,793.00 | $6,362.86 |
| Income - Form 1040 | 1997 | $2,591.64 | $5,206.25 |
|  | **Total:** | **$20,843.45** | **$47,373.97** |

       8.    Attached hereto as Exhibit D is a true and correct copy of the "INTSTD" reports for Bob C. Thomas, Thomas Engineering, for the tax periods set forth below.  The "INTSTD" reports provide the current unpaid balance of assessments, less all credits appearing on Internal Revenue Service records as of the date of printing, plus accruals of interest and delinquency penalty for failure to pay tax for each tax period.  The reports are summarized as follows, with accruals calculated through August 24, 2007:

| Type of Tax / Tax Form | Tax Period (Year/Mo.) | Amount Assessed | Balance Due |
|---|---|---|---|
| Employment - Form 941 | 1992/09 | $4,580.05 | $11,440.28 |

| | | | |
|---|---|---:|---:|
| Employment - Form 941 | 1992/12 | $9,890.94 | $22,484.79 |
| Employment - Form 941 | 1993/03 | $597.56 | $1,360.23 |
| Employment - Form 941 | 1994/09 | $1,646.98 | $3,783.59 |
| Employment - Form 941 | 1996/03 | $11,290.96 | $24,853.52 |
| Employment - Form 941 | 1996/06 | $9,387.97 | $20,859.26 |
| Employment - Form 941 | 1996/09 | $7,375.36 | $16,543.90 |
| Employment - Form 941 | 1996/12 | $2,282.09 | $5,200.94 |
| Employment - Form 941 | 1997/03 | $4,539.22 | $9,019.26 |
| Employment - Form 941 | 1997/06 | $2,206.11 | $4,415.10 |
| Employment - Form 941 | 1997/09 | $5,022.63 | $10,122.14 |
| Employment - Form 941 | 1997/12 | $3,434.45 | $7,009.27 |
| Employment - Form 941 | 1998/12 | $3,615.08 | $5,666.93 |
| Employment - Form 941 | 1999/03 | $864.50 | $1,374.46 |
| Employment - Form 941 | 1999/06 | $3,988.15 | $6,439.82 |
| Employment - Form 941 | 1999/09 | $741.10 | $1,214.58 |
| Employment - Form 941 | 1999/12 | $1,562.05 | $2,561.20 |
| Employment - Form 941 | 2000/03 | $2,435.75 | $3,999.16 |
| Employment - Form 941 | 2000/06 | $1,084.52 | $1,815.38 |
| Employment - Form 941 | 2000/12 | $4,236.87 | $7,213.00 |
| Employment - Form 941 | 2001/06 | $336.75 | $482.38 |
| Employment - Form 941 | 2001/09 | $5,193.03 | $8,431.11 |
| Employment - Form 941 | 2001/12 | $700.44 | $940.18 |
| Employment - Form 941 | 2002/03 | $1,070.74 | $1,438.93 |
| Unemployment - Form 940 | 1996/12 | $.00 | $.39 |
| Unemployment - Form 940 | 1998/12 | $573.53 | $943.63 |
| Unemployment - Form 940 | 2001/12 | $.00 | $.05 |
| Civil Penalty - § 6721 | 1997/12 | $3,529.03 | $5,260.39 |
| Civil Penalty - § 6721 | 1998/12 | $1,550.00 | $2,187.77 |

| | | | |
|---|---|---|---|
| Civil Penalty - § 6721 | 1999/12 | $1,594.50 | $2,128.06 |
| | **Total:** | **$95,330.36** | **$189,189.70** |

9.   The above balances take into account the payment of $38,365.76 that the United States received from the taxpayers' voluntary sale of the gravel pit and 80 acres of land located at 740 Nordale Road, North Pole, Alaska, which the United States initially sought to foreclose in this action.  The payment from that sale was received and credited toward the outstanding joint income tax liability of Bob C. Thomas and Viola R. Thomas for their tax year 1991 on January 16, 2007.  The credit is reflected in the INTSTD for that year, Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of August, 2007.

s/ Nancy E. Janke  
NANCY E. JANKE  
IRS Revenue Officer

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2007, a copy of the foregoing DECLARATION OF IRS REVENUE OFFICER NANCY E. JANKE was served by regular U.S. mail on the following parties at the following addresses:

>Bob C. Thomas
>935 Aurora Drive
>Fairbanks, AK 99709
>
>Michael C. Thomas
>1640 Eielson Street
>Fairbanks, AK 99701
>
>Robert R. Thomas
>935 Aurora Dr., Apt. 4
>Fairbanks, AK 99709
>
>Viola R. Thomas, deceased
>c/o Robert R. Thomas, personal representative
>3239 La Ree Way
>Esther, AK 99725

>>s/Jennifer D. Auchterlonie
>>JENNIFER D. AUCHTERLONIE
>>Trial Attorney, Tax Division
>>U.S. Department of Justice
>>Post Office Box 683
>>Ben Franklin Station
>>Washington, D.C.  20044
>>Telephone: (202) 514-9593