# EXHIBIT A

Station Name: FAI002MA2813042 Date: 8/23/07 Time: 9:36:49 AM

INTST ███-6619                          2    PLN-NUM>     NM-CTRL>THOM
30 199112 08242007 THOM
        6,302.75  ASSESSED FTP
       16,507.83  ASSESSED INT
       20,369.34- TAX & PENALTY
        2,441.24  ASSESSED TOTAL
             .00  ACCRUED FTP
       52,865.92  ACCRUED INT
       52,865.92  TOTAL ACCRUALS
        6,302.75  TOTAL FTP
       69,373.75  TOTAL INT
       55,307.16  BALANCE DUE

COMPUTATION HOLD ON FTP
Employee #2627311516 Page 001 of 002   PAGE   002

Station Name: FAI002MA2813042 Date: 8/23/07 Time: 9:37:19 AM

INTSTD▓▓▓▓▓-6619    30 199112

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19920331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19920415 | 00000000 | .00 | 000000000 | .00 |
| 3000 | 19,794.00 | 19920415 | 00000000 | 19,794.00 | 000000000 | .00 |
| 3000 | 8,921.00 | 19920415 | 19920630 | 28,715.00 | 016748923 | 480.95 |
| 8% | .00 | 19920630 | 19920930 | 29,195.95 | 020310601 | 592.99 |
| 7% | .00 | 19920930 | 19921015 | 29,788.94 | 002872696 | 85.57 |
| 1600 | 2,876.85 | 19921015 | 00000000 | 32,751.36 | 000000000 | .00 |
| 1600 | 2,230.25 | 19921015 | 00000000 | 34,981.61 | 000000000 | .00 |
| 1601 | 788.40 | 19921015 | 19921231 | 35,770.01 | 014834320 | 530.62 |
| 7% | .00 | 19921231 | 19930331 | 36,300.63 | 017408410 | 631.94 |
| 7% | .00 | 19930331 | 19930630 | 36,932.57 | 017603529 | 650.14 |
| 7% | .00 | 19930630 | 19930930 | 37,582.71 | 017798686 | 668.92 |
| 7% | .00 | 19930930 | 19931231 | 38,251.63 | 017798686 | 680.83 |
| 7% | .00 | 19931231 | 19940331 | 38,932.46 | 017408410 | 677.75 |
| 7% | .00 | 19940331 | 19940415 | 39,610.21 | 002880577 | 114.10 |
| 3090 | 3,504.00- | 19940415 | 19940630 | 36,220.31 | 014680663 | 531.74 |
| 8% | .00 | 19940630 | 19940930 | 36,752.05 | 020366804 | 748.52 |
| 9% | .00 | 19940930 | 19941231 | 37,500.57 | 022941331 | 860.31 |
| 9% | .00 | 19941231 | 19950331 | 38,360.88 | 022437053 | 860.71 |

Employee #2627311516 Page 002 of 007   PAGE  003

INTSTD ▓▓▓▓-6619   30 199112

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 10% | .00 | 19950331 | 19950605 | 39,221.59 | 018244143 | 715.56 |
| 1610 | .00 | 19950605 | 00000000 | 39,937.15 | 000000000 | .00 |
| 1700 | 1,131.24 | 19950605 | 00000000 | 41,068.39 | 000000000 | .00 |
| 2700 | 3,760.86 | 19950605 | 19950630 | 44,829.25 | 006871881 | 308.06 |
| 9% | .00 | 19950630 | 19950930 | 45,137.31 | 022941331 | 1,035.51 |
| 9% | .00 | 19950930 | 19951231 | 46,172.82 | 022941331 | 1,059.27 |
| 9% | .00 | 19951231 | 19960331 | 47,232.09 | 022626480 | 1,068.70 |
| 8% | .00 | 19960331 | 19960630 | 48,300.79 | 020087632 | 970.25 |
| 9% | .00 | 19960630 | 19960930 | 49,271.04 | 022877946 | 1,127.22 |
| 9% | .00 | 19960930 | 19961231 | 50,398.26 | 022877946 | 1,153.01 |
| 9% | .00 | 19961231 | 19970102 | 51,551.27 | 000493211 | 25.43 |
| 9990 | 16,344.43- | 19970102 | 19970310 | 35,232.27 | 016655696 | 586.82 |
| 2700 | 732.09 | 19970310 | 00000000 | 36,551.18 | 000000000 | .00 |
| 3330 | 16,344.43 | 19970310 | 19970331 | 52,895.61 | 005190870 | 274.57 |
| 9% | .00 | 19970331 | 19970630 | 53,170.18 | 022689161 | 1,206.39 |
| 9% | .00 | 19970630 | 19970930 | 54,376.57 | 022941331 | 1,247.47 |
| 9% | .00 | 19970930 | 19971231 | 55,624.04 | 022941331 | 1,276.09 |
| 9% | .00 | 19971231 | 19980331 | 56,900.13 | 022437053 | 1,276.67 |
| 8% | .00 | 19980331 | 19980630 | 58,176.80 | 020143211 | 1,171.87 |

Employee #2627311516 Page 003 of 007   PAGE   004

Station Name: FAI002MA2813042 Date: 8/23/07 Time: 9:37:23 AM

INTSTD ▮▮▮▮-6619    30 199112

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19980630 | 19980930 | 59,348.67 | 020366804 | 1,208.74 |
| 8% | .00 | 19980930 | 19981231 | 60,557.41 | 020366804 | 1,233.36 |
| 7% | .00 | 19981231 | 19990331 | 61,790.77 | 017408410 | 1,075.68 |
| 8% | .00 | 19990331 | 19990630 | 62,866.45 | 020143211 | 1,266.33 |
| 8% | .00 | 19990630 | 19990930 | 64,132.78 | 020366804 | 1,306.18 |
| 8% | .00 | 19990930 | 19991231 | 65,438.96 | 020366804 | 1,332.78 |
| 8% | .00 | 19991231 | 20000331 | 66,771.74 | 020087632 | 1,341.29 |
| 9% | .00 | 20000331 | 20000630 | 68,113.03 | 022626480 | 1,541.16 |
| 9% | .00 | 20000630 | 20000930 | 69,654.19 | 022877946 | 1,593.54 |
| 9% | .00 | 20000930 | 20001231 | 71,247.73 | 022877946 | 1,630.00 |
| 9% | .00 | 20001231 | 20010331 | 72,877.73 | 022437053 | 1,635.16 |
| 8% | .00 | 20010331 | 20010630 | 74,512.89 | 020143211 | 1,500.93 |
| 7% | .00 | 20010630 | 20010930 | 76,013.82 | 017798686 | 1,352.95 |
| 7% | .00 | 20010930 | 20011231 | 77,366.77 | 017798686 | 1,377.03 |
| 6% | .00 | 20011231 | 20020331 | 78,743.80 | 014903267 | 1,173.54 |
| 6% | .00 | 20020331 | 20020630 | 79,917.34 | 015070101 | 1,204.36 |
| 6% | .00 | 20020630 | 20020930 | 81,121.70 | 015236961 | 1,236.05 |
| 6% | .00 | 20020930 | 20021231 | 82,357.75 | 015236961 | 1,254.88 |
| 5% | .00 | 20021231 | 20030331 | 83,612.63 | 012404225 | 1,037.15 |

Employee #2627311516 Page 004 of 007  PAGE  005

Station Name: FAI002MA2813042 Date: 8/23/07 Time: 9:37:25 AM

INTSTD ▮▮▮-6619   30 199112

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 5% | .00 | 20030331 | 20030630 | 84,649.78 | 012542910 | 1,061.75 |
| 5% | .00 | 20030630 | 20030922 | 85,711.53 | 011572511 | 991.90 |
| 2700 | 1,809.80 | 20030922 | 20030930 | 88,513.23 | 001096416 | 97.05 |
| 4% | .00 | 20030930 | 20031231 | 88,610.28 | 010132630 | 897.86 |
| 4% | .00 | 20031231 | 20040331 | 89,508.14 | 009994426 | 894.58 |
| 5% | .00 | 20040331 | 20040630 | 90,402.72 | 012508429 | 1,130.80 |
| 4% | .00 | 20040630 | 20040930 | 91,533.52 | 010104808 | 924.93 |
| 5% | .00 | 20040930 | 20041004 | 92,458.45 | 000546560 | 50.53 |
| 6700 | 11,455.32- | 20041004 | 20041124 | 81,053.66 | 006991061 | 566.65 |
| 6700 | 222.00- | 20041124 | 20041213 | 81,398.31 | 002598822 | 211.54 |
| 3600 | 60.00 | 20041213 | 20041222 | 81,669.85 | 001230180 | 100.47 |
| 6700 | 222.00- | 20041222 | 20041231 | 81,548.32 | 001230180 | 100.32 |
| 5% | .00 | 20041231 | 20050126 | 81,648.64 | 003567749 | 291.30 |
| 6700 | 226.50- | 20050126 | 20050223 | 81,713.44 | 003842718 | 314.00 |
| 6700 | 226.50- | 20050223 | 20050323 | 81,800.94 | 003842718 | 314.34 |
| 6700 | 226.50- | 20050323 | 20050329 | 81,888.78 | 000822199 | 67.33 |
| 6700 | 652.00- | 20050329 | 20050331 | 81,304.11 | 000273991 | 22.28 |
| 6% | .00 | 20050331 | 20050427 | 81,326.39 | 004447854 | 361.73 |
| 6700 | 226.50- | 20050427 | 20050525 | 81,461.62 | 004612969 | 375.78 |

Employee #2627311516 Page 005 of 007   PAGE   006

INTSTD ████ -6619   30 199112

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 6700 | 226.50- | 20050525 | 20050622 | 81,610.90 | 004612969 | 376.47 |
| 6700 | 226.50- | 20050622 | 20050630 | 81,760.87 | 001315825 | 107.58 |
| 6% | .00 | 20050630 | 20050727 | 81,868.45 | 004447854 | 364.14 |
| 6700 | 226.50- | 20050727 | 20050824 | 82,006.09 | 004612969 | 378.29 |
| 6700 | 226.50- | 20050824 | 20050930 | 82,157.88 | 006100223 | 501.18 |
| 7% | .00 | 20050930 | 20051231 | 82,659.06 | 017798686 | 1,471.22 |
| 7% | .00 | 20051231 | 20060331 | 84,130.28 | 017408410 | 1,464.57 |
| 7% | .00 | 20060331 | 20060515 | 85,594.85 | 008666649 | 741.82 |
| 3600 | 62.00 | 20060515 | 20060630 | 86,398.67 | 008860092 | 765.50 |
| 8% | .00 | 20060630 | 20060930 | 87,164.17 | 020366804 | 1,775.26 |
| 8% | .00 | 20060930 | 20061231 | 88,939.43 | 020366804 | 1,811.41 |
| 8% | .00 | 20061231 | 20070116 | 90,750.84 | 003512620 | 318.77 |
| 6700 | 38,365.76- | 20070116 | 20070331 | 52,703.85 | 016349617 | 861.69 |
| 8% | .00 | 20070331 | 20070630 | 53,565.54 | 020143211 | 1,078.98 |
| 8% | .00 | 20070630 | 20070824 | 54,644.52 | 012126410 | 662.64 |

Employee #2627311516 Page 006 of 007   PAGE   007

INTSTD ▓▓▓▓▓▓-6619    30 199112
COMPUTATION HOLD ON FTP


START DATE MISSING/FTP FROZEN BY MF

UNREVERSED TC 270 OR TC 271




Employee #2627311516 Page 007 of 007   PAGE   001