# EXHIBIT B

Case 4:06-cv-00003-RRB    Document 27-3    Filed 08/24/2007    Page 2 of 23
AUG-22-2007  13:44        IRS COLLECTION              907 271 6413    P.03
Page 1 of 22 for None

██████-6619
30 199212 08242007 THOM
            2,951.34   ASSESSED FTP
            3,993.19   ASSESSED INT
            2,213.28-  TAX & PENALTY
            4,731.25   ASSESSED TOTAL
                 .00   ACCRUED FTP
           12,699.99   ACCRUED INT
           12,699.99   TOTAL ACCRUALS
            2,951.34   TOTAL FTP
           16,693.18   TOTAL INT
           17,431.24   BALANCE DUE

Employee #2618411398 Page 001 of 006  PAGE  002

██████-6619   30 199212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 7%   | .00       | 19930331 | 00000000 | .00        | 000000000 | .00      |
| 1500 | 14,054.00 | 19930415 | 00000000 | 14,054.00  | 000000000 | .00      |
| 3000 | 3,761.00  | 19930415 | 19930630 | 17,815.00  | 014680663 | 261.54   |
| 7%   | .00       | 19930630 | 19930815 | 18,076.54  | 008860092 | 160.16   |
| 1600 | 940.25    | 19930815 | 00000000 | 19,176.95  | 000000000 | .00      |
| 1660 | 3,162.15  | 19930815 | 19930930 | 22,339.10  | 008860092 | 197.93   |
| 7%   | .00       | 19930930 | 19931231 | 22,537.03  | 017798686 | 401.13   |
| 7%   | .00       | 19931231 | 19940331 | 22,938.16  | 017408410 | 399.32   |
| 7%   | .00       | 19940331 | 19940630 | 23,337.48  | 017603529 | 410.82   |
| 8%   | .00       | 19940630 | 19940930 | 23,748.30  | 020366804 | 483.68   |
| 9%   | .00       | 19940930 | 19941231 | 24,231.98  | 022941331 | 555.91   |
| 9%   | .00       | 19941231 | 19950331 | 24,787.89  | 022437053 | 556.17   |
| 10%  | .00       | 19950331 | 19950612 | 25,344.06  | 020198545 | 511.91   |
| 1700 | 613.00    | 19950612 | 00000000 | 26,468.97  | 000000000 | .00      |
| 2760 | 1,827.02  | 19950612 | 19950630 | 28,295.99  | 004943008 | 139.87   |
| 9%   | .00       | 19950630 | 19950930 | 28,435.86  | 022941331 | 652.36   |
| 9%   | .00       | 19950930 | 19951231 | 29,088.22  | 022941331 | 667.32   |
| 9%   | .00       | 19951231 | 19960331 | 29,755.54  | 022626480 | 673.26   |
| 8%   | .00       | 19960331 | 19960630 | 30,428.80  | 020087632 | 611.24   |

Employee #2618411398 Page 002 of 006  PAGE  003

AUG-22-2007  13:44        IRS COLLECTION              907 271 6413    P.04
Page 2 of 22 for None

███-6619   30 199212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 9% | .00 | 19960630 | 19960930 | 31,040.04 | 022877946 | 710.13 |
| 9% | .00 | 19960930 | 19961001 | 31,750.17 | 000245902 | 7.81 |
| 6700 | 24,773.68- | 19961001 | 19961021 | 6,984.30 | 004929539 | 34.43 |
| 2760 | 1,124.32 | 19961021 | 19961231 | 8,143.05 | 017610132 | 143.40 |
| 9% | .00 | 19961231 | 19970102 | 8,286.45 | 000493211 | 4.09 |
| 9990 | 6,396.31- | 19970102 | 19970310 | 1,894.23 | 016655696 | 31.55 |
| 3330 | 6,396.31 | 19970310 | 19970331 | 8,322.09 | 005190870 | 43.20 |
| 9% | .00 | 19970331 | 19970630 | 8,365.29 | 022689161 | 189.80 |
| 9% | .00 | 19970630 | 19970930 | 8,555.09 | 022941331 | 196.27 |
| 9% | .00 | 19970930 | 19971231 | 8,751.36 | 022941331 | 200.77 |
| 9% | .00 | 19971231 | 19980331 | 8,952.13 | 022437053 | 200.86 |
| 8% | .00 | 19980331 | 19980630 | 9,152.99 | 020143211 | 184.37 |
| 8% | .00 | 19980630 | 19980930 | 9,337.36 | 020366804 | 190.17 |
| 8% | .00 | 19980930 | 19981231 | 9,527.53 | 020366804 | 194.05 |
| 7% | .00 | 19981231 | 19990331 | 9,721.58 | 017408410 | 169.24 |
| 8% | .00 | 19990331 | 19990630 | 9,890.82 | 020143211 | 199.23 |
| 8% | .00 | 19990630 | 19990930 | 10,090.05 | 020366804 | 205.50 |
| 8% | .00 | 19990930 | 19991231 | 10,295.55 | 020366804 | 209.69 |
| 8% | .00 | 19991231 | 20000331 | 10,505.24 | 020087632 | 211.03 |

Employee #2618411398 Page 003 of 006   PAGE   004

███-6619   30 199212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 9% | .00 | 20000331 | 20000630 | 10,716.27 | 022626480 | 242.47 |
| 9% | .00 | 20000630 | 20000930 | 10,958.74 | 022877946 | 250.71 |
| 9% | .00 | 20000930 | 20001231 | 11,209.45 | 022877946 | 256.45 |
| 9% | .00 | 20001231 | 20010331 | 11,465.90 | 022437053 | 257.26 |
| 8% | .00 | 20010331 | 20010630 | 11,723.16 | 020143211 | 236.14 |
| 7% | .00 | 20010630 | 20010930 | 11,959.30 | 017798686 | 212.86 |
| 7% | .00 | 20010930 | 20011231 | 12,172.16 | 017798686 | 216.65 |
| 6% | .00 | 20011231 | 20020331 | 12,388.81 | 014903267 | 184.63 |
| 6% | .00 | 20020331 | 20020630 | 12,573.44 | 015070101 | 189.48 |
| 6% | .00 | 20020630 | 20020930 | 12,762.92 | 015236961 | 194.47 |
| 6% | .00 | 20020930 | 20021231 | 12,957.39 | 015236961 | 197.43 |
| 5% | .00 | 20021231 | 20030331 | 13,154.82 | 012404225 | 163.18 |
| 5% | .00 | 20030331 | 20030630 | 13,318.00 | 012542910 | 167.05 |
| 5% | .485 | 20030630 | 20030915 | 13,485.05 | 010603041 | 142.98 |
| 3600 | 30.00 | 20030915 | 20030930 | 13,658.03 | 002056766 | 28.09 |
| 4% | .00 | 20030930 | 20031231 | 13,686.12 | 010132630 | 138.68 |
| 4% | .00 | 20031231 | 20040331 | 13,824.80 | 009994426 | 138.17 |
| 5% | .00 | 20040331 | 20040630 | 13,962.97 | 012508429 | 174.65 |
| 4% | .00 | 20040630 | 20040930 | 14,137.62 | 010104808 | 142.86 |

Employee #2618411398 Page 004 of 006   PAGE   005

Case 4:06-cv-00003-RRB   Document 27-3   Filed 08/24/2007   Page 4 of 23
AUG-22-2007  13:44        IRS COLLECTION                907 271 6413     P.05
Page 3 of 22 for None

███-6619  30 199212

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 5% | .00 | 20040930 | 20041231 | 14,280.48 | 012646750 | 180.60 |
| 5% | .00 | 20041231 | 20050331 | 14,461.08 | 012404225 | 179.38 |
| 6% | .00 | 20050331 | 20050630 | 14,640.46 | 015070101 | 220.63 |
| 6% | .00 | 20050630 | 20050930 | 14,861.09 | 015236961 | 226.44 |
| 7% | .00 | 20050930 | 20051231 | 15,087.53 | 017798686 | 268.54 |
| 7% | .00 | 20051231 | 20060331 | 15,356.07 | 017408410 | 267.32 |
| 7% | .00 | 20060331 | 20060630 | 15,623.39 | 017603529 | 275.03 |
| 8% | .00 | 20060630 | 20060930 | 15,898.42 | 020366804 | 323.80 |
| 8% | .00 | 20060930 | 20061231 | 16,222.22 | 020366804 | 330.39 |
| 8% | .00 | 20061231 | 20070331 | 16,552.61 | 019919667 | 329.72 |
| 8% | .00 | 20070331 | 20070630 | 16,882.33 | 020143211 | 340.06 |
| 8% | .00 | 20070630 | 20070824 | 17,222.39 | 012126410 | 208.85 |

Employee #2618411398 Page 005 of 006  PAGE  006

---

███-6619  30 199212
START DATE 19930415

## FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|---|---|---|---|---|---|---|---|
| 1500 | 19930415 | 14,054.00 | 19940115 | 14,054.00 | 09 | 4.50 | 632.43 |
| DFTF | 19940115 | .00 | | 14,054.00 | | | .00 |
| 1960 | 19950612 | 3,095.39 | | 14,054.00 | | | .00 |
| 1660 | 19950623 | 3,162.15 | | 14,054.00 | | | .00 |
| 1700 | 19950623 | 613.00 | | 14,054.00 | | | .00 |
| 2760 | 19950623 | 1,827.02 | 19961015 | 14,054.00 | 33 | 16.50 | 2,318.91 |
| 6700 | 19961001 | 24,773.68- | | 10,719.68- | | | .00 |
| 1960 | 19961021 | 897.80 | | 10,719.68- | | | .00 |
| 2760 | 19961101 | 1,124.32 | | 10,719.68- | | | .00 |
| 3000 | 19970320 | 3,761.00 | | 3,183.53- | | | .00 |
| 1600 | 19970321 | 940.25 | | 3,183.53- | | | .00 |
| 8888 | 20010823 | .00 | | 3,183.53- | | | .00 |
| 8888 | 20011005 | .00 | | 3,183.53- | | | .00 |

Employee #2618411398 Page 006 of 006  PAGE  001

■■■■-6619

30 199312 08242007 THOM
```
        289.84   ASSESSED FTP
        475.06   ASSESSED INT
      2,217.05   TAX & PENALTY
      2,981.95   ASSESSED TOTAL
        263.91   ACCRUED FTP
      4,374.05   ACCRUED INT
      4,637.96   TOTAL ACCRUALS
        553.75   TOTAL FTP
      4,849.11   TOTAL INT
      7,619.91   BALANCE DUE
```

Employee #2618411398 Page 001 of 006  PAGE  002

---

■■■■-6619   30 199312

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 7% | .00 | 19940331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 3,623.00 | 19940415 | 00000000 | 3,623.00 | 000000000 | .00 |
| 3010 | 1,408.00- | 19940415 | 19940630 | 2,215.00 | 014680663 | 32.52 |
| 8% | .00 | 19940630 | 19940930 | 2,247.52 | 020366804 | 45.77 |
| 9% | .00 | 19940930 | 19941017 | 2,293.29 | 004200060 | 9.63 |
| 1660 | 352.52 | 19941017 | 19941231 | 2,655.44 | 018662886 | 49.56 |
| 9% | .00 | 19941231 | 19950331 | 2,705.00 | 022437053 | 60.69 |
| 10% | .00 | 19950331 | 19950630 | 2,765.69 | 025241395 | 69.81 |
| 9% | .00 | 19950630 | 19950717 | 2,835.50 | 004200060 | 11.91 |
| 1610 | .00 | 19950717 | 00000000 | 2,847.41 | 000000000 | .00 |
| 1700 | 152.00 | 19950717 | 00000000 | 2,999.41 | 000000000 | .00 |
| 2760 | 289.84 | 19950717 | 19950930 | 3,289.25 | 018662886 | 61.39 |
| 9% | .00 | 19950930 | 19951231 | 3,350.64 | 022941331 | 76.87 |
| 9% | .00 | 19951231 | 19960331 | 3,427.51 | 022626480 | 77.55 |
| 8% | .00 | 19960331 | 19960630 | 3,505.06 | 020087632 | 70.41 |
| 9% | .00 | 19960630 | 19960930 | 3,575.47 | 022877946 | 81.80 |
| 9% | .00 | 19960930 | 19961111 | 3,657.27 | 010380103 | 37.96 |
| 3600 | 30.00 | 19961111 | 19961231 | 3,725.23 | 012369447 | 46.08 |
| 9% | .00 | 19961231 | 19970331 | 3,771.31 | 022437053 | 84.62 |

Employee #2618411398 Page 002 of 006  PAGE  003

■■■■-6619   30 199312

### INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 9% | .00 | 19970331 | 19970630 | 3,855.93 | 022689161 | 87.49 |
| 9% | .00 | 19970630 | 19970930 | 3,943.42 | 022941331 | 90.47 |
| 9% | .00 | 19970930 | 19971231 | 4,033.89 | 022941331 | 92.54 |
| 9% | .00 | 19971231 | 19980331 | 4,126.43 | 022437053 | 92.58 |
| 8% | .00 | 19980331 | 19980630 | 4,219.01 | 020143211 | 84.98 |
| 8% | .00 | 19980630 | 19980930 | 4,303.99 | 020366804 | 87.66 |
| 8% | .00 | 19980930 | 19981231 | 4,391.65 | 020366804 | 89.44 |
| 7% | .00 | 19981231 | 19990331 | 4,481.09 | 017408410 | 78.01 |
| 8% | .00 | 19990331 | 19990630 | 4,559.10 | 020143211 | 91.83 |
| 8% | .00 | 19990630 | 19990930 | 4,650.93 | 020366804 | 94.72 |
| 8% | .00 | 19990930 | 19991231 | 4,745.65 | 020366804 | 96.65 |
| 8% | .00 | 19991231 | 20000331 | 4,842.30 | 020087632 | 97.27 |
| 9% | .00 | 20000331 | 20000630 | 4,939.57 | 022626480 | 111.77 |
| 9% | .00 | 20000630 | 20000930 | 5,051.34 | 022877946 | 115.56 |
| 9% | .00 | 20000930 | 20001231 | 5,166.90 | 022877946 | 118.21 |
| 9% | .00 | 20001231 | 20010331 | 5,285.11 | 022437053 | 118.58 |
| 8% | .00 | 20010331 | 20010630 | 5,403.69 | 020143211 | 108.85 |
| 7% | .00 | 20010630 | 20010930 | 5,512.54 | 017798686 | 98.12 |
| 7% | .00 | 20010930 | 20011231 | 5,610.66 | 017798686 | 99.86 |

Employee #2618411398 Page 003 of 006   PAGE   004

---

■■■■-6619   30 199312

### INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 6% | .00 | 20011231 | 20020331 | 5,710.52 | 014903267 | 85.11 |
| 6% | .00 | 20020331 | 20020630 | 5,795.63 | 015070101 | 87.34 |
| 6% | .00 | 20020630 | 20020930 | 5,882.97 | 015236961 | 89.64 |
| 6% | .00 | 20020930 | 20021231 | 5,972.61 | 015236961 | 91.00 |
| 5% | .00 | 20021231 | 20030331 | 6,063.61 | 012404225 | 75.21 |
| 5% | .00 | 20030331 | 20030630 | 6,138.82 | 012542910 | 77.00 |
| 5% | .00 | 20030630 | 20030930 | 6,215.82 | 012681615 | 78.83 |
| 4% | .00 | 20030930 | 20031231 | 6,294.65 | 010132630 | 63.78 |
| 4% | .00 | 20031231 | 20040107 | 6,358.43 | 000765278 | 4.87 |
| 6700 | 310.77- | 20040107 | 20040331 | 6,052.53 | 009222090 | 55.82 |
| 5% | .00 | 20040331 | 20040630 | 6,108.35 | 012508429 | 76.41 |
| 4% | .00 | 20040630 | 20040930 | 6,184.76 | 010104808 | 62.50 |
| 5% | .00 | 20040930 | 20041027 | 6,247.26 | 003695083 | 23.08 |
| 7060 | 221.70- | 20041027 | 20041231 | 6,048.64 | 008918712 | 53.95 |
| 5% | .00 | 20041231 | 20050331 | 6,102.59 | 012404225 | 75.70 |
| 6% | .00 | 20050331 | 20050630 | 6,178.29 | 015070101 | 93.11 |
| 6% | .00 | 20050630 | 20050930 | 6,271.40 | 015236961 | 95.56 |
| 7% | .00 | 20050930 | 20051231 | 6,366.96 | 017798686 | 113.32 |
| 7% | .00 | 20051231 | 20060331 | 6,480.28 | 017408410 | 112.81 |

Employee #2618411398 Page 004 of 006   PAGE   005

██████-6619   30 199312

### INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 7% | .00 | 20060331 | 20060630 | 6,593.09 | 017603529 | 116.06 |
| 8% | .00 | 20060630 | 20060930 | 6,709.15 | 020366804 | 136.64 |
| 8% | .00 | 20060930 | 20061231 | 6,845.79 | 020366804 | 139.43 |
| 8% | .00 | 20061231 | 20070331 | 6,985.22 | 019919667 | 139.14 |
| 8% | .00 | 20070331 | 20070630 | 7,124.36 | 020143211 | 143.51 |
| 8% | .00 | 20070630 | 20070824 | 7,267.87 | 012126410 | 88.13 |

Employee #2618411398 Page 005 of 006  PAGE  006

---

██████-6619   30 199312
START DATE 19940415

### FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|----|-----------|
| 1500 | 19940415 | 3,623.00 | | 3,623.00 | | | .00 |
| 291D | 19940415 | 1,408.00- | 19941215 | 2,215.00 | 08 | 4.00 | 88.60 |
| DFTF | 19941117 | .00 | | 2,215.00 | | | .00 |
| 1960 | 19950717 | 475.06 | | 2,215.00 | | | .00 |
| 1660 | 19950728 | 352.52 | | 2,215.00 | | | .00 |
| 1700 | 19950728 | 152.00 | | 2,215.00 | | | .00 |
| 2760 | 19950728 | 289.84 | 19980615 | 2,215.00 | 42 | 21.00 | 465.15 |
| 8888 | 20010823 | .00 | | 2,215.00 | | | .00 |
| 8888 | 20011005 | .00 | 19980615 | 2,215.00 | 00 | .00 | .00 |
| 6700 | 20040107 | 310.77- | 19980615 | 1,904.23 | 00 | .00 | .00 |
| 7060 | 20041027 | 221.70- | 19980615 | 1,682.53 | 00 | .00 | .00 |

Employee #2618411398 Page 006 of 006  PAGE  001

Case 4:06-cv-00003-RRB    Document 27-3    Filed 08/24/2007    Page 8 of 23
AUG-22-2007  13:44        IRS COLLECTION              907 271 6413    P.09
Page 7 of 22 for None

█████-6619
30 199412 08242007 THOM
```
          2,873.25   ASSESSED FTP
          3,239.04   ASSESSED INT
         14,285.93   TAX & PENALTY
         20,398.22   ASSESSED TOTAL
               .00   ACCRUED FTP
         19,278.38   ACCRUED INT
         19,278.38   TOTAL ACCRUALS
          2,873.25   TOTAL FTP
         22,517.42   TOTAL INT
         39,676.60   BALANCE DUE
```

Employee #2618411398 Page 001 of 005  PAGE  002

█████-6619   30 199412

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 10% | .00 | 19950331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 11,493.00 | 19950415 | 19950630 | 11,493.00 | 021037295 | 241.78 |
| 9% | .00 | 19950630 | 19950930 | 11,734.78 | 022941331 | 269.21 |
| 9% | .00 | 19950930 | 19951015 | 12,003.99 | 003705021 | 44.48 |
| 1660 | 2,585.93 | 19951015 | 19951231 | 14,634.40 | 019165302 | 280.47 |
| 9% | .00 | 19951231 | 19960331 | 14,914.87 | 022626480 | 337.47 |
| 8% | .00 | 19960331 | 19960630 | 15,252.34 | 020087632 | 306.38 |
| 9% | .00 | 19960630 | 19960930 | 15,558.72 | 022877946 | 355.95 |
| 9% | .00 | 19960930 | 19961231 | 15,914.67 | 022877946 | 364.09 |
| 9% | .00 | 19961231 | 19970331 | 16,278.76 | 022437053 | 365.25 |
| 9% | .00 | 19970331 | 19970630 | 16,644.01 | 022689161 | 377.64 |
| 9% | .00 | 19970630 | 19970908 | 17,021.65 | 017407929 | 296.31 |
| 1700 | 127.00 | 19970908 | 00000000 | 17,444.96 | 000000000 | .00 |
| 2760 | 1,666.49 | 19970908 | 19970930 | 19,111.45 | 005438725 | 103.94 |
| 9% | .00 | 19970930 | 19971231 | 19,215.39 | 022941331 | 440.83 |
| 9% | .00 | 19971231 | 19980223 | 19,656.22 | 013402445 | 263.44 |
| 3600 | 30.00 | 19980223 | 19980331 | 19,949.66 | 008915123 | 177.85 |
| 8% | .00 | 19980331 | 19980630 | 20,127.51 | 020143211 | 405.43 |
| 8% | .00 | 19980630 | 19980930 | 20,532.94 | 020366804 | 418.19 |

Employee #2618411398 Page 002 of 005  PAGE  003

Case 4:06-cv-00003-RRB    Document 27-3    Filed 08/24/2007    Page 9 of 23
AUG-22-2007  13:45          IRS COLLECTION                907 271 6413    P.10
Page 8 of 22 for None

████-6619   30 199412

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8% | .00 | 19980930 | 19981231 | 20,951.13 | 020366804 | 426.71 |
| 7% | .00 | 19981231 | 19990331 | 21,377.84 | 017408410 | 372.15 |
| 8% | .00 | 19990331 | 19990630 | 21,749.99 | 020143211 | 438.11 |
| 8% | .00 | 19990630 | 19990930 | 22,188.10 | 020366804 | 451.90 |
| 8% | .00 | 19990930 | 19991231 | 22,640.00 | 020366804 | 461.10 |
| 8% | .00 | 19991231 | 20000331 | 23,101.10 | 020087632 | 464.05 |
| 9% | .00 | 20000331 | 20000630 | 23,565.15 | 022626480 | 533.20 |
| 9% | .00 | 20000630 | 20000930 | 24,098.35 | 022877946 | 551.32 |
| 9% | .00 | 20000930 | 20001231 | 24,649.67 | 022877946 | 563.93 |
| 9% | .00 | 20001231 | 20010331 | 25,213.60 | 022437053 | 565.72 |
| 8% | .00 | 20010331 | 20010630 | 25,779.32 | 020143211 | 519.28 |
| 7% | .00 | 20010630 | 20010930 | 26,298.60 | 017798686 | 468.08 |
| 7% | .00 | 20010930 | 20011231 | 26,766.68 | 017798686 | 476.41 |
| 6% | .00 | 20011231 | 20020331 | 27,243.09 | 014903267 | 406.01 |
| 6% | .00 | 20020331 | 20020630 | 27,649.10 | 015070101 | 416.67 |
| 6% | .00 | 20020630 | 20020930 | 28,065.77 | 015236961 | 427.64 |
| 6% | .00 | 20020930 | 20021231 | 28,493.41 | 015236961 | 434.15 |
| 5% | .00 | 20021231 | 20030331 | 28,927.56 | 012404225 | 358.82 |
| 5% | .00 | 20030331 | 20030630 | 29,286.38 | 012542910 | 367.34 |

Employee #2618411398 Page 003 of 005  PAGE   004

████-6619   30 199412

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 5% | .00 | 20030630 | 20030930 | 29,653.72 | 012681615 | 376.06 |
| 4% | .00 | 20030930 | 20031231 | 30,029.78 | 010132630 | 304.28 |
| 4% | .00 | 20031231 | 20040331 | 30,334.06 | 009994426 | 303.17 |
| 5% | .00 | 20040331 | 20040630 | 30,637.23 | 012508429 | 383.22 |
| 4% | .00 | 20040630 | 20040930 | 31,020.45 | 010104808 | 313.46 |
| 5% | .00 | 20040930 | 20041231 | 31,333.91 | 012646750 | 396.27 |
| 5% | .00 | 20041231 | 20050331 | 31,730.18 | 012404225 | 393.59 |
| 6% | .00 | 20050331 | 20050630 | 32,123.77 | 015070101 | 484.11 |
| 6% | .00 | 20050630 | 20050930 | 32,607.88 | 015236961 | 496.84 |
| 7% | .00 | 20050930 | 20051205 | 33,104.72 | 012736751 | 421.65 |
| 2760 | 1,206.76 | 20051205 | 20051231 | 34,733.13 | 004998273 | 173.61 |
| 7% | .00 | 20051231 | 20060331 | 34,906.74 | 017408410 | 607.67 |
| 7% | .00 | 20060331 | 20060630 | 35,514.41 | 017603529 | 625.18 |
| 8% | .00 | 20060630 | 20060930 | 36,139.59 | 020366804 | 736.05 |
| 8% | .00 | 20060930 | 20061231 | 36,875.64 | 020366804 | 751.04 |
| 8% | .00 | 20061231 | 20070101 | 37,626.68 | 000219178 | 8.25 |
| 3600 | 50.00 | 20070101 | 20070331 | 37,684.93 | 019696172 | 742.25 |
| 8% | .00 | 20070331 | 20070630 | 38,427.18 | 020143211 | 774.05 |
| 8% | .00 | 20070630 | 20070824 | 39,201.23 | 012126410 | 475.37 |

Employee #2618411398 Page 004 of 005  PAGE   005

███-6619   30 199412
START DATE 19950415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|-----|------|-----------|
| 1500 | 19950415 | 11,493.00 | 19960315 | 11,493.00 | 11 | 5.50 | 632.11 |
| DFTF | 19960315 | .00 | | 11,493.00 | | | .00 |
| 1960 | 19970908 | 3,239.04 | | 11,493.00 | | | .00 |
| 1660 | 19970919 | 2,585.93 | | 11,493.00 | | | .00 |
| 1700 | 19970919 | 127.00 | | 11,493.00 | | | .00 |
| 2760 | 19970919 | 1,666.49 | 19971015 | 11,493.00 | 19 | 9.50 | 1,091.83 |
| 8888 | 19971009 | .00 | | 11,493.00 | | | .00 |
| 8888 | 20010823 | .00 | | 11,493.00 | | | .00 |
| 8888 | 20011005 | .00 | | 11,493.00 | | | .00 |
| 2760 | 20051216 | 1,206.76 | 19980815 | 11,493.00 | 10 | 10.00 | 1,149.30 |

Employee #2618411398 Page 005 of 005   PAGE   001

---

███-6619
30 199512 08242007 THOM

| | |
|---|---|
| 2,343.50 | ASSESSED FTP |
| 1,446.77 | ASSESSED INT |
| 11,995.15 | TAX & PENALTY |
| 15,785.42 | ASSESSED TOTAL |
| .00 | ACCRUED FTP |
| 14,431.80 | ACCRUED INT |
| 14,431.80 | TOTAL ACCRUALS |
| 2,343.50 | TOTAL FTP |
| 15,878.57 | TOTAL INT |
| 30,217.22 | BALANCE DUE |

Employee #2618411398 Page 001 of 005   PAGE   002

Case 4:06-cv-00003-RRB    Document 27-3    Filed 08/24/2007    Page 11 of 23
AUG-22-2007  13:45          IRS COLLECTION                              907 271 6413    P.12
Page 10 of 22 for None

▮▮▮▮▮▮▮   30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19960331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 9,374.00 | 19960415 | 19960630 | 9,374.00 | 016748923 | 157.00 |
| 9% | .00 | 19960630 | 19960815 | 9,531.00 | 011374286 | 108.41 |
| 1660 | 2,109.15 | 19960815 | 19960930 | 11,748.56 | 011374286 | 133.63 |
| 9% | .00 | 19960930 | 19961231 | 11,882.19 | 022877946 | 271.84 |
| 9% | .00 | 19961231 | 19970331 | 12,154.03 | 022437053 | 272.70 |
| 9% | .00 | 19970331 | 19970630 | 12,426.73 | 022689161 | 281.95 |
| 9% | .00 | 19970630 | 19970908 | 12,708.68 | 017407929 | 221.23 |
| 1700 | 512.00 | 19970908 | 00000000 | 13,441.91 | 000000000 | .00 |
| 2760 | 796.79 | 19970908 | 19970930 | 14,238.70 | 005438725 | 77.44 |
| 9% | .00 | 19970930 | 19971231 | 14,316.14 | 022941331 | 328.43 |
| 9% | .00 | 19971231 | 19980331 | 14,644.57 | 022437053 | 328.58 |
| 8% | .00 | 19980331 | 19980630 | 14,973.15 | 020143211 | 301.61 |
| 8% | .00 | 19980630 | 19980930 | 15,274.76 | 020366804 | 311.10 |
| 8% | .00 | 19980930 | 19981231 | 15,585.86 | 020366804 | 317.43 |
| 7% | .00 | 19981231 | 19990331 | 15,903.29 | 017408410 | 276.85 |
| 8% | .00 | 19990331 | 19990630 | 16,180.14 | 020143211 | 325.92 |
| 8% | .00 | 19990630 | 19990930 | 16,506.06 | 020366804 | 336.18 |
| 8% | .00 | 19990930 | 19991231 | 16,842.24 | 020366804 | 343.02 |

Employee #2618411398 Page 002 of 005   PAGE   003

▮▮▮▮-6619   30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19991231 | 20000331 | 17,185.26 | 020087632 | 345.21 |
| 9% | .00 | 20000331 | 20000630 | 17,530.47 | 022626480 | 396.65 |
| 9% | .00 | 20000630 | 20000930 | 17,927.12 | 022877946 | 410.14 |
| 9% | .00 | 20000930 | 20001231 | 18,337.26 | 022877946 | 419.52 |
| 9% | .00 | 20001231 | 20010331 | 18,756.78 | 022437053 | 420.85 |
| 8% | .00 | 20010331 | 20010630 | 19,177.63 | 020143211 | 386.30 |
| 7% | .00 | 20010630 | 20010930 | 19,563.93 | 017798686 | 348.21 |
| 7% | .00 | 20010930 | 20011231 | 19,912.14 | 017798686 | 354.41 |
| 6% | .00 | 20011231 | 20020331 | 20,266.55 | 014903267 | 302.04 |
| 6% | .00 | 20020331 | 20020630 | 20,568.59 | 015070101 | 309.97 |
| 6% | .00 | 20020630 | 20020930 | 20,878.56 | 015236961 | 318.13 |
| 6% | .00 | 20020930 | 20021231 | 21,196.69 | 015236961 | 322.97 |
| 5% | .00 | 20021231 | 20030331 | 21,519.66 | 012404225 | 266.93 |
| 5% | .00 | 20030331 | 20030630 | 21,786.59 | 012542910 | 273.27 |
| 5% | .00 | 20030630 | 20030930 | 22,059.86 | 012681615 | 279.75 |
| 4% | .00 | 20030930 | 20031231 | 22,339.61 | 010132630 | 226.36 |
| 4% | .00 | 20031231 | 20040331 | 22,565.97 | 009994426 | 225.53 |
| 5% | .00 | 20040331 | 20040630 | 22,791.50 | 012508429 | 285.09 |
| 4% | .00 | 20040630 | 20040930 | 23,076.59 | 010104808 | 233.18 |

Employee #2618411398 Page 003 of 005   PAGE   004

AUG-22-2007   13:45          IRS COLLECTION                907 271 6413    P.13
Page 11 of 22 for None

███-6619   30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 5% | .00 | 20040930 | 20041231 | 23,309.77 | 012646750 | 294.79 |
| 5% | .00 | 20041231 | 20050331 | 23,604.56 | 012404225 | 292.80 |
| 6% | .00 | 20050331 | 20050630 | 23,897.36 | 015070101 | 360.14 |
| 6% | .00 | 20050630 | 20050930 | 24,257.50 | 015236961 | 369.61 |
| 7% | .00 | 20050930 | 20051205 | 24,627.11 | 012736751 | 313.67 |
| 2760 | 1,546.71 | 20051205 | 20051231 | 26,487.49 | 004998273 | 132.39 |
| 7% | .00 | 20051231 | 20060331 | 26,619.88 | 017408410 | 463.41 |
| 7% | .00 | 20060331 | 20060630 | 27,083.29 | 017603529 | 476.76 |
| 8% | .00 | 20060630 | 20060930 | 27,560.05 | 020366804 | 561.31 |
| 8% | .00 | 20060930 | 20061231 | 28,121.36 | 020366804 | 572.74 |
| 8% | .00 | 20061231 | 20070331 | 28,694.10 | 019919667 | 571.58 |
| 8% | .00 | 20070331 | 20070630 | 29,265.68 | 020143211 | 589.50 |
| 8% | .00 | 20070630 | 20070824 | 29,855.18 | 012126410 | 362.04 |

Employee #2618411398 Page 004 of 005  PAGE  005

███-6619   30 199512
START DATE 19960415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|----|-----------|
| 1500 | 19960415 | 9,374.00 | 19970115 | 9,374.00 | 09 | 4.50 | 421.83 |
| DFTF | 19970115 | .00 | | 9,374.00 | | | .00 |
| 1960 | 19970908 | 1,446.77 | | 9,374.00 | | | .00 |
| 1660 | 19970919 | 2,109.15 | | 9,374.00 | | | .00 |
| 1700 | 19970919 | 512.00 | | 9,374.00 | | | .00 |
| 2760 | 19970919 | 796.79 | 19971015 | 9,374.00 | 09 | 4.50 | 421.83 |
| 8888 | 19971009 | .00 | | 9,374.00 | | | .00 |
| 8888 | 20010823 | .00 | | 9,374.00 | | | .00 |
| 8888 | 20011005 | .00 | | 9,374.00 | | | .00 |
| 2760 | 20051216 | 1,546.71 | 19990215 | 9,374.00 | 16 | 16.00 | 1,499.84 |

Employee #2618411398 Page 005 of 005  PAGE  001

AUG-22-2007  13:45        IRS COLLECTION                        907 271 6413    P.14
Page 12 of 22 for None

█████-6619
30 199612 08242007 THOM
           351.26  ASSESSED FTP
           590.62  ASSESSED INT
       6,444.05  TAX & PENALTY
       7,385.93  ASSESSED TOTAL
           903.24  ACCRUED FTP
       6,458.40  ACCRUED INT
       7,361.64  TOTAL ACCRUALS
       1,254.50  TOTAL FTP
       7,049.02  TOTAL INT
     14,747.57  BALANCE DUE

Employee #2618411398 Page 001 of 005  PAGE  002

---

█████-6619   30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 9% | .00 | 19970331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 5,018.00 | 19970415 | 19970630 | 5,018.00 | 018914063 | 94.91 |
| 9% | .00 | 19970630 | 19970930 | 5,112.91 | 022941331 | 117.30 |
| 9% | .00 | 19970930 | 19971015 | 5,230.21 | 003705021 | 19.38 |
| 1660 | 1,129.05 | 19971015 | 19971231 | 6,378.64 | 019165302 | 122.25 |
| 9% | .00 | 19971231 | 19980331 | 6,500.89 | 022437053 | 145.86 |
| 8% | .00 | 19980331 | 19980601 | 6,646.75 | 013680282 | 90.93 |
| 1700 | 267.00 | 19980601 | 00000000 | 7,004.68 | 000000000 | .00 |
| 2760 | 351.26 | 19980601 | 19980630 | 7,355.94 | 006375707 | 46.90 |
| 8% | .00 | 19980630 | 19980921 | 7,402.84 | 018356229 | 135.89 |
| 3600 | 30.00 | 19980921 | 19980930 | 7,568.73 | 001974333 | 14.94 |
| 8% | .00 | 19980930 | 19981231 | 7,583.67 | 020366804 | 154.46 |
| 7% | .00 | 19981231 | 19990331 | 7,738.13 | 017408410 | 134.71 |
| 8% | .00 | 19990331 | 19990630 | 7,872.84 | 020143211 | 158.58 |
| 8% | .00 | 19990630 | 19990930 | 8,031.42 | 020366804 | 163.57 |
| 8% | .00 | 19990930 | 19991231 | 8,194.99 | 020366804 | 166.91 |
| 8% | .00 | 19991231 | 20000331 | 8,361.90 | 020087632 | 167.97 |
| 9% | .00 | 20000331 | 20000630 | 8,529.87 | 022626480 | 193.00 |
| 9% | .00 | 20000630 | 20000930 | 8,722.87 | 022877946 | 199.56 |

Employee #2618411398 Page 002 of 005  PAGE  003

█████-6619   30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 9% | .00 | 20000930 | 20001231 | 8,922.43 | 022877946 | 204.13 |
| 9% | .00 | 20001231 | 20010331 | 9,126.56 | 022437053 | 204.77 |
| 8% | .00 | 20010331 | 20010630 | 9,331.33 | 020143211 | 187.96 |
| 7% | .00 | 20010630 | 20010930 | 9,519.29 | 017798686 | 169.43 |
| 7% | .00 | 20010930 | 20011231 | 9,688.72 | 017798686 | 172.45 |
| 6% | .00 | 20011231 | 20020331 | 9,861.17 | 014903267 | 146.96 |
| 6% | .00 | 20020331 | 20020630 | 10,008.13 | 015070101 | 150.82 |
| 6% | .00 | 20020630 | 20020930 | 10,158.95 | 015236961 | 154.79 |
| 6% | .00 | 20020930 | 20021231 | 10,313.74 | 015236961 | 157.15 |
| 5% | .00 | 20021231 | 20030331 | 10,470.89 | 012404225 | 129.88 |
| 5% | .00 | 20030331 | 20030630 | 10,600.77 | 012542910 | 132.96 |
| 5% | .00 | 20030630 | 20030930 | 10,733.73 | 012681615 | 136.12 |
| 4% | .00 | 20030930 | 20031231 | 10,869.85 | 010132630 | 110.14 |
| 4% | .00 | 20031231 | 20040331 | 10,979.99 | 009994426 | 109.74 |
| 5% | .00 | 20040331 | 20040630 | 11,089.73 | 012508429 | 138.72 |
| 4% | .00 | 20040630 | 20040930 | 11,228.45 | 010104808 | 113.46 |
| 5% | .00 | 20040930 | 20041231 | 11,341.91 | 012646750 | 143.44 |
| 5% | .00 | 20041231 | 20050331 | 11,485.35 | 012404225 | 142.47 |
| 6% | .00 | 20050331 | 20050630 | 11,627.82 | 015070101 | 175.23 |

Employee #2618411398 Page 003 of 005   PAGE   004

█████-6619   30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 6% | .00 | 20050630 | 20050930 | 11,803.05 | 015236961 | 179.84 |
| 7% | .00 | 20050930 | 20051231 | 11,982.89 | 017798686 | 213.28 |
| 7% | .00 | 20051231 | 20060331 | 12,196.17 | 017408410 | 212.32 |
| 7% | .00 | 20060331 | 20060630 | 12,408.49 | 017603529 | 218.43 |
| 8% | .00 | 20060630 | 20060930 | 12,626.92 | 020366804 | 257.17 |
| 8% | .00 | 20060930 | 20061231 | 12,884.09 | 020366804 | 262.41 |
| 8% | .00 | 20061231 | 20070331 | 13,146.50 | 019919667 | 261.87 |
| 8% | .00 | 20070331 | 20070630 | 13,408.37 | 020143211 | 270.09 |
| 8% | .00 | 20070630 | 20070824 | 13,678.46 | 012126410 | 165.87 |

Employee #2618411398 Page 004 of 005   PAGE   005

AUG-22-2007  13:45        IRS COLLECTION            907 271 6413    P.16
**Page 14 of 22 for None**

███████-6619   30 199612
START DATE 19970415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|-----|------|-----------|
| 1500 | 19970415 | 5,018.00 | 19980315 | 5,018.00 | 11 | 5.50 | 275.99 |
| DFTF | 19980315 | .00 | | 5,018.00 | | | .00 |
| 1960 | 19980601 | 590.62 | | 5,018.00 | | | .00 |
| 1660 | 19980612 | 1,129.05 | | 5,018.00 | | | .00 |
| 1700 | 19980612 | 267.00 | | 5,018.00 | | | .00 |
| 2760 | 19980612 | 351.26 | 19980715 | 5,018.00 | 04 | 2.00 | 100.36 |
| 8888 | 19980702 | .00 | | 5,018.00 | | | .00 |
| 8888 | 20010823 | .00 | | 5,018.00 | | | .00 |
| 8888 | 20011005 | .00 | 20000115 | 5,018.00 | 18 | 17.50 | 878.15 |

Employee #2618411398 Page 005 of 005  PAGE  001

---

███████-6619
30 199712 08242007 THOM

|  |  |
|----:|---|
| 49.52 | ASSESSED FTP |
| 51.27 | ASSESSED INT |
| 5,219.00 | TAX & PENALTY |
| 5,319.79 | ASSESSED TOTAL |
| 1,188.48 | ACCRUED FTP |
| 4,652.71 | ACCRUED INT |
| 5,841.19 | TOTAL ACCRUALS |
| 1,238.00 | TOTAL FTP |
| 4,703.98 | TOTAL INT |
| 11,160.98 | BALANCE DUE |

Employee #2618411398 Page 001 of 005  PAGE  002

Case 4:06-cv-00003-RRB    Document 27-3    Filed 08/24/2007    Page 16 of 23
AUG-22-2007  13:45        IRS COLLECTION              907 271 6413    P.17
Page 15 of 22 for None

████-6619   30 199712

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19980331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 4,952.00 | 19980415 | 19980601 | 4,952.00 | 010353471 | 51.27 |
| 1700 | 267.00 | 19980601 | 00000000 | 5,270.27 | 000000000 | .00 |
| 2760 | 49.52 | 19980601 | 19980630 | 5,319.79 | 006375707 | 33.92 |
| 8% | .00 | 19980630 | 19980930 | 5,353.71 | 020366804 | 109.04 |
| 8% | .00 | 19980930 | 19981231 | 5,462.75 | 020366804 | 111.26 |
| 7% | .00 | 19981231 | 19990331 | 5,574.01 | 017408410 | 97.03 |
| 8% | .00 | 19990331 | 19990630 | 5,671.04 | 020143211 | 114.23 |
| 8% | .00 | 19990630 | 19990930 | 5,785.27 | 020366804 | 117.83 |
| 8% | .00 | 19990930 | 19991231 | 5,903.10 | 020366804 | 120.23 |
| 8% | .00 | 19991231 | 20000331 | 6,023.33 | 020087632 | 120.99 |
| 9% | .00 | 20000331 | 20000630 | 6,144.32 | 022626480 | 139.02 |
| 9% | .00 | 20000630 | 20000930 | 6,283.34 | 022877946 | 143.75 |
| 9% | .00 | 20000930 | 20001231 | 6,427.09 | 022877946 | 147.04 |
| 9% | .00 | 20001231 | 20010331 | 6,574.13 | 022437053 | 147.50 |
| 8% | .00 | 20010331 | 20010630 | 6,721.63 | 020143211 | 135.40 |
| 7% | .00 | 20010630 | 20010930 | 6,857.03 | 017798686 | 122.05 |
| 7% | .00 | 20010930 | 20011231 | 6,979.08 | 017798686 | 124.22 |
| 6% | .00 | 20011231 | 20020331 | 7,103.30 | 014903267 | 105.86 |

Employee #2618411398 Page 002 of 005   PAGE   003

████-6619   30 199712

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 6% | .00 | 20020331 | 20020630 | 7,209.16 | 015070101 | 108.64 |
| 6% | .00 | 20020630 | 20020930 | 7,317.80 | 015236961 | 111.50 |
| 6% | .00 | 20020930 | 20021231 | 7,429.30 | 015236961 | 113.20 |
| 5% | .00 | 20021231 | 20030331 | 7,542.50 | 012404225 | 93.56 |
| 5% | .00 | 20030331 | 20030630 | 7,636.06 | 012542910 | 95.78 |
| 5% | .00 | 20030630 | 20030930 | 7,731.84 | 012681615 | 98.05 |
| 4% | .00 | 20030930 | 20031231 | 7,829.89 | 010132630 | 79.34 |
| 5% | .00 | 20031231 | 20040331 | 7,909.23 | 009994426 | 79.05 |
| 5% | .00 | 20040331 | 20040630 | 7,988.28 | 012508429 | 99.92 |
| 4% | .00 | 20040630 | 20040930 | 8,088.20 | 010104808 | 81.73 |
| 5% | .00 | 20040930 | 20041231 | 8,169.93 | 012646750 | 103.32 |
| 5% | .00 | 20041231 | 20050331 | 8,273.25 | 012404225 | 102.62 |
| 6% | .00 | 20050331 | 20050630 | 8,375.87 | 015070101 | 126.23 |
| 6% | .00 | 20050630 | 20050930 | 8,502.10 | 015236961 | 129.55 |
| 7% | .00 | 20050930 | 20051231 | 8,631.65 | 017798686 | 153.63 |
| 7% | .00 | 20051231 | 20060331 | 8,785.28 | 017408410 | 152.94 |
| 7% | .00 | 20060331 | 20060630 | 8,938.22 | 017603529 | 157.34 |
| 8% | .00 | 20060630 | 20060930 | 9,095.56 | 020366804 | 185.25 |
| 8% | .00 | 20060930 | 20061231 | 9,280.81 | 020366804 | 189.02 |

Employee #2618411398 Page 003 of 005   PAGE   004

Case 4:06-cv-00003-RRB    Document 27-3    Filed 08/24/2007    Page 17 of 23
AUG-22-2007  13:46         IRS COLLECTION              907 271 6413    P.18
                    Page 16 of 22 for None

███████-6619    30 199712

### INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8%   | .00       | 20061231 | 20070331 | 9,469.83   | 019919667 | 188.64 |
| 8%   | .00       | 20070331 | 20070630 | 9,658.47   | 020143211 | 194.55 |
| 8%   | .00       | 20070630 | 20070824 | 9,853.02   | 012126410 | 119.48 |

Employee #2618411398 Page 004 of 005  PAGE  005

---

███████-6619    30 199712
START DATE 19980415

### FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|-----|-----------|
| 1500 | 19980415 | 4,952.00 |       | 4,952.00   |    |      | .00 |
| 1960 | 19980601 | 51.27    |       | 4,952.00   |    |      | .00 |
| 1700 | 19980612 | 267.00   |       | 4,952.00   |    |      | .00 |
| 2760 | 19980612 | 49.52    | 19980715 | 4,952.00 | 03 | 1.50 | 74.28 |
| 8888 | 19980702 | .00      |       | 4,952.00   |    |      | .00 |
| 8888 | 20010823 | .00      |       | 4,952.00   |    |      | .00 |
| 8888 | 20011005 | .00      | 20000715 | 4,952.00 | 24 | 23.50 | 1,163.72 |

Employee #2618411398 Page 005 of 005  PAGE  001

Case 4:06-cv-00003-RRB    Document 27-3    Filed 08/24/2007    Page 18 of 23
AUG-22-2007  13:46        IRS COLLECTION                907 271 6413    P.19
Page 17 of 22 for None

███-6619
30 199912 08242007 THOM
```
             684.93   ASSESSED FTP
           1,166.96   ASSESSED INT
          10,007.05   TAX & PENALTY
          11,858.94   ASSESSED TOTAL
           1,329.57   ACCRUED FTP
           5,197.29   ACCRUED INT
           6,526.86   TOTAL ACCRUALS
           2,014.50   TOTAL FTP
           6,364.25   TOTAL INT
          18,385.80   BALANCE DUE
```

Employee #2618411398 Page 001 of 004  PAGE  002

---

███-6619   30 199912

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 9%   | .00       | 20000331 | 00000000 | .00       | 000000000 | .00     |
| 1500 | 8,058.00  | 20000415 | 20000630 | 8,058.00  | 018861907 | 151.99  |
| 9%   | .00       | 20000630 | 20000815 | 8,209.99  | 011374286 | 93.38   |
| 1660 | 1,813.05  | 20000815 | 20000930 | 10,116.42 | 011374286 | 115.07  |
| 9%   | .00       | 20000930 | 20001012 | 10,231.49 | 002954814 | 30.23   |
| 6701 | 267.19-   | 20001012 | 00000000 | 9,994.53  | 000000000 | .00     |
| 6701 | 258.12-   | 20001012 | 00000000 | 9,736.41  | 000000000 | .00     |
| 6720 | 267.19    | 20001012 | 00000000 | 10,003.60 | 000000000 | .00     |
| 6720 | 258.12    | 20001012 | 20001231 | 10,261.72 | 019864436 | 203.84  |
| 9%   | .00       | 20001231 | 20010331 | 10,465.56 | 022437053 | 234.82  |
| 8%   | .00       | 20010331 | 20010630 | 10,700.38 | 020143211 | 215.54  |
| 7%   | .00       | 20010630 | 20010827 | 10,915.92 | 011184303 | 122.09  |
| 1700 | 136.00    | 20010827 | 00000000 | 11,174.01 | 000000000 | .00     |
| 2760 | 684.93    | 20010827 | 20010930 | 11,858.94 | 006541224 | 77.57   |
| 7%   | .00       | 20010930 | 20011231 | 11,936.51 | 017798686 | 212.45  |
| 6%   | .00       | 20011231 | 20020331 | 12,148.96 | 014903267 | 181.06  |
| 6%   | .00       | 20020331 | 20020630 | 12,330.02 | 015070101 | 185.81  |
| 6%   | .00       | 20020630 | 20020930 | 12,515.83 | 015236961 | 190.70  |
| 6%   | .00       | 20020930 | 20021231 | 12,706.53 | 015236961 | 193.61  |

Employee #2618411398 Page 002 of 004  PAGE  003

Case 4:06-cv-00003-RRB    Document 27-3    Filed 08/24/2007    Page 19 of 23
AUG-22-2007  13:46        IRS COLLECTION                    907 271 6413    P.20
Page 18 of 22 for None

██████-6619   30 199912

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 5% | .00 | 20021231 | 20030331 | 12,900.14 | 012404225 | 160.02 |
| 5% | .00 | 20030331 | 20030630 | 13,060.16 | 012542910 | 163.81 |
| 5% | .00 | 20030630 | 20030930 | 13,223.97 | 012681615 | 167.70 |
| 4% | .00 | 20030930 | 20031231 | 13,391.67 | 010132630 | 135.69 |
| 4% | .00 | 20031231 | 20040331 | 13,527.36 | 009994426 | 135.20 |
| 5% | .00 | 20040331 | 20040630 | 13,662.56 | 012508429 | 170.90 |
| 4% | .00 | 20040630 | 20040930 | 13,833.46 | 010104808 | 139.78 |
| 5% | .00 | 20040930 | 20041231 | 13,973.24 | 012646750 | 176.72 |
| 5% | .00 | 20041231 | 20050331 | 14,149.96 | 012404225 | 175.52 |
| 6% | .00 | 20050331 | 20050630 | 14,325.48 | 015070101 | 215.89 |
| 6% | .00 | 20050630 | 20050930 | 14,541.37 | 015236961 | 221.57 |
| 7% | .00 | 20050930 | 20051231 | 14,762.94 | 017798686 | 262.76 |
| 7% | .00 | 20051231 | 20060331 | 15,025.70 | 017408410 | 261.57 |
| 7% | .00 | 20060331 | 20060630 | 15,287.27 | 017603529 | 269.11 |
| 8% | .00 | 20060630 | 20060930 | 15,556.38 | 020366804 | 316.83 |
| 8% | .00 | 20060930 | 20061231 | 15,873.21 | 020366804 | 323.29 |
| 8% | .00 | 20061231 | 20070331 | 16,196.50 | 019919667 | 322.63 |
| 8% | .00 | 20070331 | 20070630 | 16,519.13 | 020143211 | 332.75 |
| 8% | .00 | 20070630 | 20070824 | 16,851.88 | 012126410 | 204.35 |

Employee #2618411398 Page 003 of 004  PAGE  004

---

██████-6619   30 199912
START DATE 20000415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|-----|-----|-----------|
| 1500 | 20000415 | 8,058.00 | 20001015 | 8,058.00 | 06 | 3.00 | 241.74 |
| 6701 | 20001012 | 267.19- | 20001015 | 7,790.81 | 00 | .00 | .00 |
| 6701 | 20001012 | 258.12- | 20001015 | 7,532.69 | 00 | .00 | .00 |
| 6720 | 20001012 | 267.19 | 20001015 | 7,799.88 | 00 | .00 | .00 |
| 6720 | 20001012 | 258.12 | 20010115 | 8,058.00 | 03 | 1.50 | 120.87 |
| DFTF | 20010115 | .00 | | 8,058.00 | | | .00 |
| 1960 | 20010827 | 1,166.96 | | 8,058.00 | | | .00 |
| 1660 | 20010907 | 1,813.05 | | 8,058.00 | | | .00 |
| 1700 | 20010907 | 136.00 | | 8,058.00 | | | .00 |
| 2760 | 20010907 | 684.93 | 20011015 | 8,058.00 | 09 | 4.50 | 362.61 |
| 8888 | 20011005 | .00 | | 8,058.00 | | | .00 |
| 8888 | 20011018 | .00 | 20030215 | 8,058.00 | 16 | 16.00 | 1,289.28 |

Employee #2618411398 Page 004 of 004  PAGE  001

Case 4:06-cv-00003-RRB    Document 27-3    Filed 08/24/2007    Page 20 of 23
AUG-22-2007  13:46        IRS COLLECTION                907 271 6413    P.21
Page 19 of 22 for None

██████-6619
30 200012 08242007 THOM
        47.42   ASSESSED FTP
        50.82   ASSESSED INT
     1,897.00   TAX & PENALTY
     1,995.24   ASSESSED TOTAL
       426.83   ACCRUED FTP
       878.29   ACCRUED INT
     1,305.12   TOTAL ACCRUALS
       474.25   TOTAL FTP
       929.11   TOTAL INT
     3,300.36   BALANCE DUE

Employee #2618411398 Page 001 of 004   PAGE  002

---

██████-6619   30 200012

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8%   | .00       | 20010331 | 00000000 | .00       | 000000000 | .00       |
| 1500 | 1,897.00  | 20010415 | 20010630 | 1,897.00  | 016795189 | 31.86     |
| 7%   | .00       | 20010630 | 20010820 | 1,928.86  | 009827864 | 18.96     |
| 2760 | 47.42     | 20010820 | 20010930 | 1,995.24  | 007893249 | 15.75     |
| 7%   | .00       | 20010930 | 20011231 | 2,010.99  | 017798686 | 35.79     |
| 6%   | .00       | 20011231 | 20020331 | 2,046.78  | 014903267 | 30.50     |
| 6%   | .00       | 20020331 | 20020630 | 2,077.28  | 015070101 | 31.30     |
| 6%   | .00       | 20020630 | 20020930 | 2,108.58  | 015236961 | 32.13     |
| 6%   | .00       | 20020930 | 20021231 | 2,140.71  | 015236961 | 32.62     |
| 5%   | .00       | 20021231 | 20030331 | 2,173.33  | 012404225 | 26.96     |
| 5%   | .00       | 20030331 | 20030630 | 2,200.29  | 012542910 | 27.60     |
| 5%   | .00       | 20030630 | 20030930 | 2,227.89  | 012681615 | 28.25     |
| 4%   | .00       | 20030930 | 20031231 | 2,256.14  | 010132630 | 22.86     |
| 4%   | .00       | 20031231 | 20040331 | 2,279.00  | 009994426 | 22.78     |
| 5%   | .00       | 20040331 | 20040630 | 2,301.78  | 012508429 | 28.79     |
| 4%   | .00       | 20040630 | 20040930 | 2,330.57  | 010104808 | 23.55     |
| 5%   | .00       | 20040930 | 20041231 | 2,354.12  | 012646750 | 29.77     |
| 5%   | .00       | 20041231 | 20050331 | 2,383.89  | 012404225 | 29.57     |
| 6%   | .00       | 20050331 | 20050630 | 2,413.46  | 015070101 | 36.37     |

Employee #2618411398 Page 002 of 004   PAGE  003

████-6619   30 200012

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 6% | .00 | 20050630 | 20050930 | 2,449.83 | 015236961 | 37.33 |
| 7% | .00 | 20050930 | 20051231 | 2,487.16 | 017798686 | 44.27 |
| 7% | .00 | 20051231 | 20060331 | 2,531.43 | 017408410 | 44.07 |
| 7% | .00 | 20060331 | 20060630 | 2,575.50 | 017603529 | 45.34 |
| 8% | .00 | 20060630 | 20060930 | 2,620.84 | 020366804 | 53.38 |
| 8% | .00 | 20060930 | 20061231 | 2,674.22 | 020366804 | 54.47 |
| 8% | .00 | 20061231 | 20070331 | 2,728.69 | 019919667 | 54.35 |
| 8% | .00 | 20070331 | 20070630 | 2,783.04 | 020143211 | 56.06 |
| 8% | .00 | 20070630 | 20070824 | 2,839.10 | 012126410 | 34.43 |

Employee #2618411398 Page 003 of 004  PAGE  004

████-6619   30 200012
START DATE 20010415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|-----|-----------|
| 1500 | 20010415 | 1,897.00 | | 1,897.00 | | | .00 |
| 1960 | 20010820 | 50.82 | | 1,897.00 | | | .00 |
| 2760 | 20010831 | 47.42 | 20011015 | 1,897.00 | 06 | 3.00 | 56.91 |
| 8888 | 20011005 | .00 | | 1,897.00 | | | .00 |
| 8888 | 20011018 | .00 | 20030815 | 1,897.00 | 22 | 22.00 | 417.34 |

Employee #2618411398 Page 004 of 004  PAGE  001

```
          ████-6619
30 200112 08242007 THOM
              173.55  ASSESSED FTP
              163.95  ASSESSED INT
            6,093.89  TAX & PENALTY
            6,431.39  ASSESSED TOTAL
            1,264.46  ACCRUED FTP
            2,200.36  ACCRUED INT
            3,464.82  TOTAL ACCRUALS
            1,438.01  TOTAL FTP
            2,364.31  TOTAL INT
            9,896.21  BALANCE DUE
```

Employee #2618411398 Page 001 of 004  PAGE  002

---

```
      ████-6619   30 200112
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 6% | .00 | 20020331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 5,785.00 | 20020415 | 00000000 | 5,785.00 | 000000000 | .00 |
| 2910 | 32.95- | 20020415 | 20020630 | 5,752.05 | 012570476 | 72.31 |
| 6% | .00 | 20020630 | 20020815 | 5,824.36 | 007589679 | 44.21 |
| 1660 | 258.84 | 20020815 | 20020930 | 6,127.41 | 007589679 | 46.51 |
| 6% | .00 | 20020930 | 00000000 | 6,173.92 | 000000000 | .00 |
| 1700 | 83.00 | 20020930 | 00000000 | 6,256.92 | 000000000 | .00 |
| 2760 | 173.55 | 20020930 | 20021216 | 6,430.47 | 012736926 | 81.90 |
| 1670 | .00 | 20021216 | 20021231 | 6,512.37 | 002468593 | 16.08 |
| 5% | .00 | 20021231 | 20030331 | 6,528.45 | 012404225 | 80.98 |
| 5% | .00 | 20030331 | 20030630 | 6,609.43 | 012542910 | 82.90 |
| 5% | .00 | 20030630 | 20030930 | 6,692.33 | 012681615 | 84.87 |
| 4% | .00 | 20030930 | 20031231 | 6,777.20 | 010132630 | 68.67 |
| 4% | .00 | 20031231 | 20040331 | 6,845.87 | 009994426 | 68.42 |
| 5% | .00 | 20040331 | 20040630 | 6,914.29 | 012508429 | 86.49 |
| 4% | .00 | 20040630 | 20040930 | 7,000.78 | 010104808 | 70.74 |
| 5% | .00 | 20040930 | 20041231 | 7,071.52 | 012646750 | 89.43 |
| 5% | .00 | 20041231 | 20050331 | 7,160.95 | 012404225 | 88.83 |
| 6% | .00 | 20050331 | 20050630 | 7,249.78 | 015070101 | 109.25 |

Employee #2618411398 Page 002 of 004  PAGE  003

Case 4:06-cv-00003-RRB    Document 27-3    Filed 08/24/2007    Page 23 of 23
AUG-22-2007  13:46          IRS COLLECTION              907 271 6413    P.24
Page 22 of 22 for None

███-6619   30 200112

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 6% | .00 | 20050630 | 20050930 | 7,359.03 | 015236961 | 112.13 |
| 7% | .00 | 20050930 | 20051231 | 7,471.16 | 017798686 | 132.98 |
| 7% | .00 | 20051231 | 20060331 | 7,604.14 | 017408410 | 132.38 |
| 7% | .00 | 20060331 | 20060630 | 7,736.52 | 017603529 | 136.19 |
| 8% | .00 | 20060630 | 20060930 | 7,872.71 | 020366804 | 160.34 |
| 8% | .00 | 20060930 | 20061231 | 8,033.05 | 020366804 | 163.61 |
| 8% | .00 | 20061231 | 20070331 | 8,196.66 | 019919667 | 163.27 |
| 8% | .00 | 20070331 | 20070630 | 8,359.93 | 020143211 | 168.40 |
| 8% | .00 | 20070630 | 20070824 | 8,528.33 | 012126410 | 103.42 |

Employee #2618411398 Page 003 of 004  PAGE  004

███-6619 · 30 200112
START DATE 20020415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|----|-----------|
| 1500 | 20020415 | 5,785.00 | | 5,785.00 | | | .00 |
| 291D | 20020415 | 32.95- | 20020915 | 5,752.05 | 05 | 2.50 | 143.80 |
| DFTF | 20020915 | .00 | | 5,752.05 | | | .00 |
| 1960 | 20020930 | 163.95 | | 5,752.05 | | | .00 |
| 1660 | 20021011 | 258.84 | | 5,752.05 | | | .00 |
| 1700 | 20021011 | 83.00 | | 5,752.05 | | | .00 |
| 2760 | 20021011 | 173.55 | 20021115 | 5,752.05 | 02 | 1.00 | 57.52 |
| 8888 | 20021031 | .00 | | 5,752.05 | | | .00 |
| 8888 | 20030807 | .00 | 20040915 | 5,752.05 | 22 | 21.50 | 1,236.69 |

Employee #2618411398 Page 004 of 004  PAGE  001