# EXHIBIT C

```
          ▉▉▉▉-1628                    2    PLN-NUM>      NM-CTRL>THOM
30 199212 08242007 THOM
                .00  ASSESSED FTP
             913.48  ASSESSED INT
           2,635.10  TAX & PENALTY
           3,548.58  ASSESSED TOTAL
             512.10  ACCRUED FTP
           3,921.78  ACCRUED INT
           4,433.88  TOTAL ACCRUALS
             512.10  TOTAL FTP
           4,835.26  TOTAL INT
           7,982.46  BALANCE DUE
```

Employee #2618411398 Page 001 of 006   PAGE   002

▉▉▉▉-1628   30 199212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 7% | .00 | 19930331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19930415 | 00000000 | .00 | 000000000 | .00 |
| 3000 | 2,081.00 | 19930415 | 19930630 | 2,081.00 | 014680663 | 30.55 |
| 7% | .00 | 19930630 | 19930930 | 2,111.55 | 017798686 | 37.58 |
| 7% | .00 | 19930930 | 19931015 | 2,149.13 | 002880577 | 6.19 |
| 1600 | 520.25 | 19931015 | 19931231 | 2,675.57 | 014875259 | 39.80 |
| 7% | .00 | 19931231 | 19940331 | 2,715.37 | 017408410 | 47.27 |
| 7% | .00 | 19940331 | 19940630 | 2,762.64 | 017603529 | 48.63 |
| 8% | .00 | 19940630 | 19940930 | 2,811.27 | 020366804 | 57.26 |
| 9% | .00 | 19940930 | 19941231 | 2,868.53 | 022941331 | 65.81 |
| 9% | .00 | 19941231 | 19950331 | 2,934.34 | 022437053 | 65.84 |
| 10% | .00 | 19950331 | 19950630 | 3,000.18 | 025241395 | 75.73 |
| 9% | .00 | 19950630 | 19950930 | 3,075.91 | 022941331 | 70.57 |
| 9% | .00 | 19950930 | 19951231 | 3,146.48 | 022941331 | 72.18 |
| 9% | .00 | 19951231 | 19960331 | 3,218.66 | 022626480 | 72.83 |
| 8% | .00 | 19960331 | 19960630 | 3,291.49 | 020087632 | 66.12 |
| 9% | .00 | 19960630 | 19960930 | 3,357.61 | 022877946 | 76.82 |
| 9% | .00 | 19960930 | 19961231 | 3,434.43 | 022877946 | 78.57 |
| 9% | .00 | 19961231 | 19970102 | 3,513.00 | 000493211 | 1.73 |

Employee #2618411398 Page 002 of 006   PAGE   003

███-1628   30 199212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9990 | 3,514.73- | 19970102 | 00000000 | .00 | 000000000 | .00 |
| 3330 | 3,514.73 | 19970106 | 19970331 | 3,514.73 | 020925711 | 73.55 |
| 9% | .00 | 19970331 | 19970630 | 3,588.28 | 022689161 | 81.42 |
| 9% | .00 | 19970630 | 19970930 | 3,669.70 | 022941331 | 84.19 |
| 9% | .00 | 19970930 | 19971231 | 3,753.89 | 022941331 | 86.12 |
| 9% | .00 | 19971231 | 19980106 | 3,840.01 | 001480364 | 5.68 |
| 6700 | 58.15- | 19980106 | 19980316 | 3,787.54 | 017157123 | 64.98 |
| 3600 | 30.00 | 19980316 | 19980331 | 3,882.52 | 003705021 | 14.38 |
| 8% | .00 | 19980331 | 19980630 | 3,896.90 | 020143211 | 78.50 |
| 8% | .00 | 19980630 | 19980930 | 3,975.40 | 020366804 | 80.97 |
| 8% | .00 | 19980930 | 19981231 | 4,056.37 | 020366804 | 82.62 |
| 7% | .00 | 19981231 | 19990331 | 4,138.99 | 017408410 | 72.05 |
| 8% | .00 | 19990331 | 19990630 | 4,211.04 | 020143211 | 84.82 |
| 8% | .00 | 19990630 | 19990930 | 4,295.86 | 020366804 | 87.49 |
| 8% | .00 | 19990930 | 19991231 | 4,383.35 | 020366804 | 89.27 |
| 8% | .00 | 19991231 | 20000331 | 4,472.62 | 020087632 | 89.84 |
| 9% | .00 | 20000331 | 20000630 | 4,562.46 | 022626480 | 103.23 |
| 9% | .00 | 20000630 | 20000930 | 4,665.69 | 022877946 | 106.74 |
| 9% | .00 | 20000930 | 20001231 | 4,772.43 | 022877946 | 109.18 |

Employee #2618411398 Page 003 of 006   PAGE 004

███-1628   30 199212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9% | .00 | 20001231 | 20010331 | 4,881.61 | 022437053 | 109.53 |
| 8% | .00 | 20010331 | 20010630 | 4,991.14 | 020143211 | 100.54 |
| 7% | .00 | 20010630 | 20010930 | 5,091.68 | 017798686 | 90.63 |
| 7% | .00 | 20010930 | 20011231 | 5,182.31 | 017798686 | 92.24 |
| 6% | .00 | 20011231 | 20020331 | 5,274.55 | 014903267 | 78.61 |
| 6% | .00 | 20020331 | 20020630 | 5,353.16 | 015070101 | 80.67 |
| 6% | .00 | 20020630 | 20020930 | 5,433.83 | 015236961 | 82.80 |
| 6% | .00 | 20020930 | 20021231 | 5,516.63 | 015236961 | 84.06 |
| 5% | .00 | 20021231 | 20030331 | 5,600.69 | 012404225 | 69.47 |
| 5% | .00 | 20030331 | 20030630 | 5,670.16 | 012542910 | 71.12 |
| 5% | .00 | 20030630 | 20030930 | 5,741.28 | 012681615 | 72.81 |
| 4% | .00 | 20030930 | 20031231 | 5,814.09 | 010132630 | 58.91 |
| 4% | .00 | 20031231 | 20040331 | 5,873.00 | 009994426 | 58.70 |
| 5% | .00 | 20040331 | 20040630 | 5,931.70 | 012508429 | 74.20 |
| 4% | .00 | 20040630 | 20040930 | 6,005.90 | 010104808 | 60.69 |
| 5% | .00 | 20040930 | 20041231 | 6,066.59 | 012646750 | 76.72 |
| 5% | .00 | 20041231 | 20050331 | 6,143.31 | 012404225 | 76.20 |
| 6% | .00 | 20050331 | 20050630 | 6,219.51 | 015070101 | 93.73 |
| 6% | .00 | 20050630 | 20050930 | 6,313.24 | 015236961 | 96.19 |

Employee #2618411398 Page 004 of 006   PAGE 005

▮-1628   30 199212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 7% | .00 | 20050930 | 20051231 | 6,409.43 | 017798686 | 114.08 |
| 7% | .00 | 20051231 | 20060331 | 6,523.51 | 017408410 | 113.56 |
| 7% | .00 | 20060331 | 20060630 | 6,637.07 | 017603529 | 116.84 |
| 8% | .00 | 20060630 | 20060930 | 6,753.91 | 020366804 | 137.56 |
| 8% | .00 | 20060930 | 20061231 | 6,891.47 | 020366804 | 140.36 |
| 8% | .00 | 20061231 | 20070101 | 7,031.83 | 000219178 | 1.54 |
| 3600 | 62.00 | 20070101 | 20070331 | 7,095.37 | 019696172 | 139.75 |
| 8% | .00 | 20070331 | 20070630 | 7,235.12 | 020143211 | 145.74 |
| 8% | .00 | 20070630 | 20070824 | 7,380.86 | 012126410 | 89.50 |

Employee #2618411398 Page 005 of 006   PAGE  006

---

▮-1628   30 199212
START DATE 19941013

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|---|---|---|---|---|---|---|---|
| 1500 | 19930415 | .00 | | .00 | | | .00 |
| DFTF | 19940315 | .00 | | .00 | | | .00 |
| 9120 | 19941003 | .00 | | .00 | | | .00 |
| 3360 | 19970117 | 913.48 | | .00 | | | .00 |
| 3000 | 19970127 | 2,081.00 | | 2,081.00 | | | .00 |
| 1600 | 19970128 | 520.25 | 19970327 | 2,081.00 | 02 | 1.00 | 20.81 |
| 8888 | 19970327 | .00 | 19980127 | 2,081.00 | 10 | 10.00 | 208.10 |
| 6700 | 19980106 | 58.15- | 19990327 | 2,022.85 | 14 | 14.00 | 283.19 |

Employee #2618411398 Page 006 of 006   PAGE  001

```
          ▮▮▮▮-1628                         2    PLN-NUM>      NM-CTRL>THOM
30 199312 08242007 THOM
              21.28    ASSESSED FTP
           1,407.40    ASSESSED INT
           5,101.00    TAX & PENALTY
           6,529.68    ASSESSED TOTAL
           1,275.24    ACCRUED FTP
           7,330.72    ACCRUED INT
           8,605.96    TOTAL ACCRUALS
           1,296.52    TOTAL FTP
           8,738.12    TOTAL INT
          15,135.64    BALANCE DUE
```

Employee #2618411398 Page 001 of 006   PAGE   002

```
          ▮▮▮▮-1628    30 199312

INTEREST COMPUTATION TABLE
CODE      TRANS-AMT       DATE      TO-DT    INT-PRINCIPAL       FACTOR     INTEREST-AMT
 7%            .00      19940331  00000000            .00      000000000             .00
1500         851.00     19940415  00000000         851.00      000000000             .00
3000       5,145.00     19940415  19940630       5,996.00      014680663           88.03
 8%            .00      19940630  19940907       6,084.03      015236541           92.70
6100        931.00-     19940907  19940930       5,245.73      005053268           26.51
 9%            .00      19940930  19941024       5,272.24      005934619           31.29
1700          36.00     19941024  00000000       5,339.53      000000000             .00
2760          21.27     19941024  19941231       5,360.80      016906379           90.63
 9%            .00      19941231  19950331       5,451.43      022437053          122.31
10%            .00      19950331  19950630       5,573.74      025241395          140.69
 9%            .00      19950630  19950930       5,714.43      022941331          131.10
 9%            .00      19950930  19951231       5,845.53      022941331          134.10
 9%            .00      19951231  19960331       5,979.63      022626480          135.30
 8%            .00      19960331  19960630       6,114.93      020087632          122.83
 9%            .00      19960630  19960930       6,237.76      022877946          142.71
 9%            .00      19960930  19961231       6,380.47      022877946          145.97
 9%            .00      19961231  19970102       6,526.44      000493211            3.22
9990       6,526.10-    19970102  19970106           3.56      000986666             .00
2760           .01      19970106  00000000           3.57      000000000             .00
```

Employee #2618411398 Page 002 of 006   PAGE   003

▆-1628   30 199312

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 3330 | 6,526.10 | 19970106 | 19970331 | 6,529.67 | 020925711 | 136.64 |
| 9% | .00 | 19970331 | 19970630 | 6,666.31 | 022689161 | 151.25 |
| 9% | .00 | 19970630 | 19970930 | 6,817.56 | 022941331 | 156.40 |
| 9% | .00 | 19970930 | 19971231 | 6,973.96 | 022941331 | 159.99 |
| 9% | .00 | 19971231 | 19980331 | 7,133.95 | 022437053 | 160.06 |
| 8% | .00 | 19980331 | 19980630 | 7,294.01 | 020143211 | 146.92 |
| 8% | .00 | 19980630 | 19980930 | 7,440.93 | 020366804 | 151.55 |
| 8% | .00 | 19980930 | 19981231 | 7,592.48 | 020366804 | 154.63 |
| 7% | .00 | 19981231 | 19990331 | 7,747.11 | 017408410 | 134.86 |
| 8% | .00 | 19990331 | 19990630 | 7,881.97 | 020143211 | 158.77 |
| 8% | .00 | 19990630 | 19990930 | 8,040.74 | 020366804 | 163.76 |
| 8% | .00 | 19990930 | 19991231 | 8,204.50 | 020366804 | 167.10 |
| 8% | .00 | 19991231 | 20000331 | 8,371.60 | 020087632 | 168.17 |
| 9% | .00 | 20000331 | 20000630 | 8,539.77 | 022626480 | 193.22 |
| 9% | .00 | 20000630 | 20000930 | 8,732.99 | 022877946 | 199.79 |
| 9% | .00 | 20000930 | 20001231 | 8,932.78 | 022877946 | 204.36 |
| 9% | .00 | 20001231 | 20010331 | 9,137.14 | 022437053 | 205.01 |
| 8% | .00 | 20010331 | 20010630 | 9,342.15 | 020143211 | 188.18 |
| 7% | .00 | 20010630 | 20010930 | 9,530.33 | 017798686 | 169.63 |

Employee #2618411398  Page 003 of 006   PAGE 004

▆-1628   30 199312

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 7% | .00 | 20010930 | 20011231 | 9,699.96 | 017798686 | 172.65 |
| 6% | .00 | 20011231 | 20020331 | 9,872.61 | 014903267 | 147.13 |
| 6% | .00 | 20020331 | 20020630 | 10,019.74 | 015070101 | 151.00 |
| 6% | .00 | 20020630 | 20020930 | 10,170.74 | 015236961 | 154.97 |
| 6% | .00 | 20020930 | 20021231 | 10,325.71 | 015236961 | 157.33 |
| 5% | .00 | 20021231 | 20030331 | 10,483.04 | 012404225 | 130.03 |
| 5% | .00 | 20030331 | 20030630 | 10,613.07 | 012542910 | 133.12 |
| 5% | .00 | 20030630 | 20030930 | 10,746.19 | 012681615 | 136.28 |
| 4% | .00 | 20030930 | 20031231 | 10,882.47 | 010132630 | 110.27 |
| 4% | .00 | 20031231 | 20040331 | 10,992.74 | 009994426 | 109.87 |
| 5% | .00 | 20040331 | 20040630 | 11,102.61 | 012508429 | 138.88 |
| 4% | .00 | 20040630 | 20040930 | 11,241.49 | 010104808 | 113.59 |
| 5% | .00 | 20040930 | 20041231 | 11,355.08 | 012646750 | 143.60 |
| 5% | .00 | 20041231 | 20050331 | 11,498.68 | 012404225 | 142.63 |
| 6% | .00 | 20050331 | 20050630 | 11,641.31 | 015070101 | 175.44 |
| 6% | .00 | 20050630 | 20050930 | 11,816.75 | 015236961 | 180.05 |
| 7% | .00 | 20050930 | 20051231 | 11,996.80 | 017798686 | 213.53 |
| 7% | .00 | 20051231 | 20060331 | 12,210.33 | 017408410 | 212.56 |
| 7% | .00 | 20060331 | 20060630 | 12,422.89 | 017603529 | 218.69 |

Employee #2618411398  Page 004 of 006   PAGE 005

███-1628   30 199312

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 20060630 | 20060930 | 12,641.58 | 020366804 | 257.47 |
| 8% | .00 | 20060930 | 20061231 | 12,899.05 | 020366804 | 262.71 |
| 8% | .00 | 20061231 | 20070331 | 13,161.76 | 019919667 | 262.18 |
| 8% | .00 | 20070331 | 20070630 | 13,423.94 | 020143211 | 270.40 |
| 8% | .00 | 20070630 | 20070824 | 13,694.34 | 012126410 | 166.06 |

Employee #2618411398 Page 005 of 006   PAGE   006

---

███-1628   30 199312
START DATE 19940415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|---|---|---|---|---|---|---|---|
| 1500 | 19940415 | 851.00 | 19940915 | 851.00 | 05 | 2.50 | 21.27 |
| 6100 | 19940907 | 931.00- | | 80.00- | | | .00 |
| 1960 | 19941024 | 22.73 | | 80.00- | | | .00 |
| 9120 | 19941024 | .00 | | 80.00- | | | .00 |
| 1700 | 19941104 | 36.00 | | 80.00- | | | .00 |
| 2760 | 19941104 | 21.27 | | 80.00- | | | .00 |
| 2760 | 19970117 | .01 | | 80.00- | | | .00 |
| 3360 | 19970117 | 1,384.67 | | 80.00- | | | .00 |
| 3000 | 19970127 | 5,145.00 | 19970327 | 5,101.00 | 02 | 1.00 | 51.01 |
| 8888 | 19970327 | .00 | 19990327 | 5,101.00 | 24 | 24.00 | 1,224.24 |

Employee #2618411398 Page 006 of 006   PAGE   001

```
        ▓▓▓▓▓▓-1628
      30 199412  08242007 THOM              2     PLN-NUM>      NM-CTRL>THOM
               61.50   ASSESSED FTP
               74.58   ASSESSED INT
              136.08-  TAX & PENALTY
                 .00   ASSESSED TOTAL
                 .00   ACCRUED FTP
                 .00   ACCRUED INT
                 .00   TOTAL ACCRUALS
               61.50   TOTAL FTP
               74.58   TOTAL INT
                 .00   BALANCE DUE
```

COMPUTATION HOLD ON INTEREST/FTP
Employee #2618411398 Page 001 of 003   PAGE   002

```
        ▓▓▓▓▓▓-1628   30 199412
```
COMPUTATION HOLD ON INTEREST

UNREVERSED TC 604/608

Employee #2618411398 Page 002 of 003   PAGE   003

█-1628    30 199412
COMPUTATION HOLD ON FTP

UNREVERSED TC 604/608

Employee #2618411398 Page 003 of 003   PAGE 001

█-1628
30 199512 08242007 THOM                         2    PLN-NUM>      NM-CTRL>THOM
       141.84  ASSESSED FTP
       180.71  ASSESSED INT
     5,058.00  TAX & PENALTY
     5,380.55  ASSESSED TOTAL
     1,040.16  ACCRUED FTP
     6,266.05  ACCRUED INT
     7,306.21  TOTAL ACCRUALS
     1,182.00  TOTAL FTP
     6,446.76  TOTAL INT
    12,686.76  BALANCE DUE

Employee #2618411398 Page 001 of 005   PAGE 002

███-1628   30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19960331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 4,728.00 | 19960415 | 19960630 | 4,728.00 | 016748923 | 79.19 |
| 9% | .00 | 19960630 | 19960923 | 4,807.19 | 021118985 | 101.52 |
| 1700 | 258.00 | 19960923 | 00000000 | 5,166.71 | 000000000 | .00 |
| 2760 | 141.84 | 19960923 | 19960930 | 5,308.55 | 001722582 | 9.14 |
| 9% | .00 | 19960930 | 19961231 | 5,317.69 | 022877946 | 121.66 |
| 9% | .00 | 19961231 | 19970331 | 5,439.35 | 022437053 | 122.04 |
| 9% | .00 | 19970331 | 19970630 | 5,561.39 | 022689161 | 126.18 |
| 9% | .00 | 19970630 | 19970930 | 5,687.57 | 022941331 | 130.48 |
| 9% | .00 | 19970930 | 19971231 | 5,818.05 | 022941331 | 133.47 |
| 9% | .00 | 19971231 | 19980331 | 5,951.52 | 022437053 | 133.53 |
| 8% | .00 | 19980331 | 19980630 | 6,085.05 | 020143211 | 122.57 |
| 8% | .00 | 19980630 | 19980930 | 6,207.62 | 020366804 | 126.43 |
| 8% | .00 | 19980930 | 19981231 | 6,334.05 | 020366804 | 129.00 |
| 7% | .00 | 19981231 | 19990331 | 6,463.05 | 017408410 | 112.51 |
| 8% | .00 | 19990331 | 19990630 | 6,575.56 | 020143211 | 132.45 |
| 8% | .00 | 19990630 | 19990930 | 6,708.01 | 020366804 | 136.62 |
| 8% | .00 | 19990930 | 19991231 | 6,844.63 | 020366804 | 139.40 |
| 8% | .00 | 19991231 | 20000331 | 6,984.03 | 020087632 | 140.29 |

Employee #2618411398 Page 002 of 005   PAGE 003

███-1628   30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9% | .00 | 20000331 | 20000630 | 7,124.32 | 022626480 | 161.20 |
| 9% | .00 | 20000630 | 20000930 | 7,285.52 | 022877946 | 166.68 |
| 9% | .00 | 20000930 | 20001231 | 7,452.20 | 022877946 | 170.49 |
| 9% | .00 | 20001231 | 20010331 | 7,622.69 | 022437053 | 171.03 |
| 8% | .00 | 20010331 | 20010630 | 7,793.72 | 020143211 | 156.99 |
| 7% | .00 | 20010630 | 20010930 | 7,950.71 | 017798686 | 141.51 |
| 7% | .00 | 20010930 | 20011231 | 8,092.22 | 017798686 | 144.03 |
| 6% | .00 | 20011231 | 00000000 | 8,236.25 | 000000000 | .00 |
| 3600 | 10.00 | 20011231 | 20020331 | 8,246.25 | 014903267 | 122.90 |
| 6% | .00 | 20020331 | 20020630 | 8,369.15 | 015070101 | 126.12 |
| 6% | .00 | 20020630 | 20020930 | 8,495.27 | 015236961 | 129.44 |
| 6% | .00 | 20020930 | 20021231 | 8,624.71 | 015236961 | 131.41 |
| 5% | .00 | 20021231 | 20030331 | 8,756.12 | 012404225 | 108.61 |
| 5% | .00 | 20030331 | 20030630 | 8,864.73 | 012542910 | 111.19 |
| 5% | .00 | 20030630 | 20030930 | 8,975.92 | 012681615 | 113.83 |
| 4% | .00 | 20030930 | 20031231 | 9,089.75 | 010132630 | 92.10 |
| 4% | .00 | 20031231 | 20040331 | 9,181.85 | 009994426 | 91.77 |
| 5% | .00 | 20040331 | 20040630 | 9,273.62 | 012508429 | 116.00 |
| 4% | .00 | 20040630 | 20040930 | 9,389.62 | 010104808 | 94.88 |

Employee #2618411398 Page 003 of 005   PAGE 004

███-1628    30 199512

INTEREST COMPUTATION TABLE
| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 5% | .00 | 20040930 | 20041231 | 9,484.50 | 012646750 | 119.95 |
| 5% | .00 | 20041231 | 20050331 | 9,604.45 | 012404225 | 119.14 |
| 6% | .00 | 20050331 | 20050630 | 9,723.59 | 015070101 | 146.54 |
| 6% | .00 | 20050630 | 20050930 | 9,870.13 | 015236961 | 150.39 |
| 7% | .00 | 20050930 | 20051231 | 10,020.52 | 017798686 | 178.35 |
| 7% | .00 | 20051231 | 20060220 | 10,198.87 | 009827864 | 100.23 |
| 3600 | 50.00 | 20060220 | 20060331 | 10,349.10 | 007506771 | 77.69 |
| 7% | .00 | 20060331 | 20060515 | 10,426.79 | 008666649 | 90.37 |
| 3600 | 12.00 | 20060515 | 20060630 | 10,529.16 | 008860092 | 93.29 |
| 8% | .00 | 20060630 | 20060930 | 10,622.45 | 020366804 | 216.35 |
| 8% | .00 | 20060930 | 20061231 | 10,838.80 | 020366804 | 220.75 |
| 8% | .00 | 20061231 | 20070331 | 11,059.55 | 019919667 | 220.30 |
| 8% | .00 | 20070331 | 20070630 | 11,279.85 | 020143211 | 227.21 |
| 8% | .00 | 20070630 | 20070824 | 11,507.06 | 012126410 | 139.54 |

Employee #2618411398 Page 004 of 005   PAGE   005

---

███-1628    30 199512
START DATE 19960415

FTP COMPUTATION TABLE
| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|---|---|---|---|---|---|---|---|
| 1500 | 19960415 | 4,728.00 | | 4,728.00 | | | .00 |
| 1960 | 19960923 | 180.71 | | 4,728.00 | | | .00 |
| 1700 | 19961004 | 258.00 | | 4,728.00 | | | .00 |
| 2760 | 19961004 | 141.84 | 19961115 | 4,728.00 | 07 | 3.50 | 165.48 |
| 8888 | 19961024 | .00 | 19980915 | 4,728.00 | 22 | 21.50 | 1,016.52 |

Employee #2618411398 Page 005 of 005   PAGE   001

```
        ▓▓▓▓-1628                              2    PLN-NUM>      NM-CTRL>THOM
30 199612 08242007 THOM
           26.06   ASSESSED FTP
           21.94   ASSESSED INT
        2,745.00   TAX & PENALTY
        2,793.00   ASSESSED TOTAL
          625.44   ACCRUED FTP
        2,944.42   ACCRUED INT
        3,569.86   TOTAL ACCRUALS
          651.50   TOTAL FTP
        2,966.36   TOTAL INT
        6,362.86   BALANCE DUE
```

Employee #2618411398 Page 001 of 005  PAGE  002

▓▓▓▓-1628   30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9% | .00 | 19970331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 2,606.00 | 19970415 | 19970519 | 2,606.00 | 008417760 | 21.94 |
| 1700 | 139.00 | 19970519 | 00000000 | 2,766.94 | 000000000 | .00 |
| 2760 | 26.06 | 19970519 | 19970630 | 2,793.00 | 010408685 | 29.07 |
| 9% | .00 | 19970630 | 19970930 | 2,822.07 | 022941331 | 64.74 |
| 9% | .00 | 19970930 | 19971231 | 2,886.81 | 022941331 | 66.23 |
| 9% | .00 | 19971231 | 19980331 | 2,953.04 | 022437053 | 66.26 |
| 8% | .00 | 19980331 | 19980630 | 3,019.30 | 020143211 | 60.82 |
| 8% | .00 | 19980630 | 19980930 | 3,080.12 | 020366804 | 62.73 |
| 8% | .00 | 19980930 | 19981231 | 3,142.85 | 020366804 | 64.01 |
| 7% | .00 | 19981231 | 19990331 | 3,206.86 | 017408410 | 55.83 |
| 8% | .00 | 19990331 | 19990630 | 3,262.69 | 020143211 | 65.72 |
| 8% | .00 | 19990630 | 19990930 | 3,328.41 | 020366804 | 67.79 |
| 8% | .00 | 19990930 | 19991231 | 3,396.20 | 020366804 | 69.17 |
| 9% | .00 | 19991231 | 20000331 | 3,465.37 | 020087632 | 69.61 |
| 9% | .00 | 20000331 | 20000630 | 3,534.98 | 022626480 | 79.98 |
| 9% | .00 | 20000630 | 20000930 | 3,614.96 | 022877946 | 82.70 |
| 9% | .00 | 20000930 | 20001231 | 3,697.66 | 022877946 | 84.59 |
| 9% | .00 | 20001231 | 20010331 | 3,782.25 | 022437053 | 84.86 |

Employee #2618411398 Page 002 of 005  PAGE  003

███████-1628   30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 20010331 | 20010630 | 3,867.11 | 020143211 | 77.90 |
| 7% | .00 | 20010630 | 20010930 | 3,945.01 | 017798686 | 70.22 |
| 7% | .00 | 20010930 | 20011231 | 4,015.23 | 017798686 | 71.47 |
| 6% | .00 | 20011231 | 20020331 | 4,086.70 | 014903267 | 60.91 |
| 6% | .00 | 20020331 | 20020630 | 4,147.61 | 015070101 | 62.50 |
| 6% | .00 | 20020630 | 20020930 | 4,210.11 | 015236961 | 64.15 |
| 6% | .00 | 20020930 | 20021231 | 4,274.26 | 015236961 | 65.13 |
| 5% | .00 | 20021231 | 20030331 | 4,339.39 | 012404225 | 53.83 |
| 5% | .00 | 20030331 | 20030630 | 4,393.22 | 012542910 | 55.10 |
| 5% | .00 | 20030630 | 20030930 | 4,448.32 | 012681615 | 56.41 |
| 4% | .00 | 20030930 | 20031231 | 4,504.73 | 010132630 | 45.64 |
| 4% | .00 | 20031231 | 20040331 | 4,550.37 | 009994426 | 45.48 |
| 5% | .00 | 20040331 | 20040630 | 4,595.85 | 012508429 | 57.49 |
| 4% | .00 | 20040630 | 20040930 | 4,653.34 | 010104808 | 47.02 |
| 5% | .00 | 20040930 | 20041231 | 4,700.36 | 012646750 | 59.44 |
| 5% | .00 | 20041231 | 20050331 | 4,759.80 | 012404225 | 59.04 |
| 6% | .00 | 20050331 | 20050630 | 4,818.84 | 015070101 | 72.62 |
| 6% | .00 | 20050630 | 20050930 | 4,891.46 | 015236961 | 74.53 |
| 7% | .00 | 20050930 | 20051231 | 4,965.99 | 017798686 | 88.39 |

Employee #2618411398 Page 003 of 005   PAGE 004

███████-1628   30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 7% | .00 | 20051231 | 20060331 | 5,054.38 | 017408410 | 87.99 |
| 7% | .00 | 20060331 | 20060630 | 5,142.37 | 017603529 | 90.52 |
| 8% | .00 | 20060630 | 20060930 | 5,232.89 | 020366804 | 106.58 |
| 8% | .00 | 20060930 | 20061231 | 5,339.47 | 020366804 | 108.75 |
| 8% | .00 | 20061231 | 20070331 | 5,448.22 | 019919667 | 108.53 |
| 8% | .00 | 20070331 | 20070630 | 5,556.75 | 020143211 | 111.93 |
| 8% | .00 | 20070630 | 20070824 | 5,668.68 | 012126410 | 68.74 |

Employee #2618411398 Page 004 of 005   PAGE 005

```
███-1628    30 199612
START DATE 19970415

FTP COMPUTATION TABLE
CODE    DATE         TRANS-AMT     TO-DT        FTP-PRINCIPAL  MO  PCT      PNLTY-AMT
1500  19970415       2,606.00                    2,606.00                         .00
1960  19970519          21.94                    2,606.00                         .00
1700  19970530         139.00                    2,606.00                         .00
2760  19970530          26.06    19970715        2,606.00      03  1.50         39.09
8888  19970703            .00    19990715        2,606.00      24 23.50        612.41
```

Employee #2618411398 Page 005 of 005   PAGE   001

```
███-1628
30 199712 08242007 THOM                          2     PLN-NUM>        NM-CTRL>THOM
           66.48  ASSESSED FTP
           90.44  ASSESSED INT
        2,434.72  TAX & PENALTY
        2,591.64  ASSESSED TOTAL
          487.52  ACCRUED FTP
        2,127.09  ACCRUED INT
        2,614.61  TOTAL ACCRUALS
          554.00  TOTAL FTP
        2,217.53  TOTAL INT
        5,206.25  BALANCE DUE
```

Employee #2618411398 Page 001 of 005   PAGE   002

███-1628    30 199712

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19980331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 2,216.00 | 19980415 | 19980630 | 2,216.00 | 016795189 | 37.22 |
| 8% | .00 | 19980630 | 19980815 | 2,253.22 | 010132072 | 22.83 |
| 1660 | 99.72 | 19980815 | 19980930 | 2,375.77 | 010132072 | 24.07 |
| 8% | .00 | 19980930 | 19981012 | 2,399.84 | 002633310 | 6.32 |
| 1700 | 119.00 | 19981012 | 00000000 | 2,525.16 | 000000000 | .00 |
| 2760 | 66.48 | 19981012 | 19981231 | 2,591.64 | 017686919 | 45.84 |
| 7% | .00 | 19981231 | 19990331 | 2,637.48 | 017408410 | 45.91 |
| 8% | .00 | 19990331 | 19990630 | 2,683.39 | 020143211 | 54.05 |
| 8% | .00 | 19990630 | 19990930 | 2,737.44 | 020366804 | 55.75 |
| 8% | .00 | 19990930 | 19991231 | 2,793.19 | 020366804 | 56.89 |
| 8% | .00 | 19991231 | 20000331 | 2,850.08 | 020087632 | 57.25 |
| 9% | .00 | 20000331 | 20000630 | 2,907.33 | 022626480 | 65.78 |
| 9% | .00 | 20000630 | 20000930 | 2,973.11 | 022877946 | 68.02 |
| 9% | .00 | 20000930 | 20001231 | 3,041.13 | 022877946 | 69.57 |
| 9% | .00 | 20001231 | 20010331 | 3,110.70 | 022437053 | 69.79 |
| 8% | .00 | 20010331 | 20010630 | 3,180.49 | 020143211 | 64.07 |
| 7% | .00 | 20010630 | 20010930 | 3,244.56 | 017798686 | 57.75 |
| 7% | .00 | 20010930 | 20011231 | 3,302.31 | 017798686 | 58.78 |

Employee #2618411398 Page 002 of 005   PAGE 003

---

███-1628    30 199712

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 6% | .00 | 20011231 | 20020331 | 3,361.09 | 014903267 | 50.09 |
| 6% | .00 | 20020331 | 20020630 | 3,411.18 | 015070101 | 51.41 |
| 6% | .00 | 20020630 | 20020930 | 3,462.59 | 015236961 | 52.76 |
| 6% | .00 | 20020930 | 20021231 | 3,515.35 | 015236961 | 53.56 |
| 5% | .00 | 20021231 | 20030331 | 3,568.91 | 012404225 | 44.27 |
| 5% | .00 | 20030331 | 20030630 | 3,613.18 | 012542910 | 45.32 |
| 5% | .00 | 20030630 | 20030930 | 3,658.50 | 012681615 | 46.40 |
| 4% | .00 | 20030930 | 20031231 | 3,704.90 | 010132630 | 37.54 |
| 4% | .00 | 20031231 | 20040331 | 3,742.44 | 009994426 | 37.40 |
| 5% | .00 | 20040331 | 20040630 | 3,779.84 | 012508429 | 47.28 |
| 4% | .00 | 20040630 | 20040930 | 3,827.12 | 010104808 | 38.67 |
| 5% | .00 | 20040930 | 20041231 | 3,865.79 | 012646750 | 48.89 |
| 5% | .00 | 20041231 | 20050331 | 3,914.68 | 012404225 | 48.56 |
| 6% | .00 | 20050331 | 20050630 | 3,963.24 | 015070101 | 59.73 |
| 6% | .00 | 20050630 | 20050930 | 4,022.97 | 015236961 | 61.30 |
| 7% | .00 | 20050930 | 20051231 | 4,084.27 | 017798686 | 72.69 |
| 7% | .00 | 20051231 | 20060331 | 4,156.96 | 017408410 | 72.37 |
| 7% | .00 | 20060331 | 20060630 | 4,229.33 | 017603529 | 74.45 |
| 8% | .00 | 20060630 | 20060930 | 4,303.78 | 020366804 | 87.65 |

Employee #2618411398 Page 003 of 005   PAGE 004

███-1628   30 199712

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 20060930 | 20061231 | 4,391.43 | 020366804 | 89.44 |
| 8% | .00 | 20061231 | 20070331 | 4,480.87 | 019919667 | 89.26 |
| 8% | .00 | 20070331 | 20070630 | 4,570.13 | 020143211 | 92.06 |
| 8% | .00 | 20070630 | 20070824 | 4,662.19 | 012126410 | 56.54 |

Employee #2618411398 Page 004 of 005   PAGE 005

---

███-1628   30 199712
START DATE 19980415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|---|---|---|---|---|---|---|---|
| 1500 | 19980415 | 2,216.00 | 19980915 | 2,216.00 | 05 | 2.50 | 55.40 |
| DFTF | 19980915 | .00 |  | 2,216.00 |  |  | .00 |
| 1960 | 19981012 | 90.44 |  | 2,216.00 |  |  | .00 |
| 1660 | 19981023 | 99.72 |  | 2,216.00 |  |  | .00 |
| 1700 | 19981023 | 119.00 |  | 2,216.00 |  |  | .00 |
| 2760 | 19981023 | 66.48 | 19981115 | 2,216.00 | 02 | 1.00 | 22.16 |
| 8888 | 19981112 | .00 | 20000915 | 2,216.00 | 22 | 21.50 | 476.44 |

Employee #2618411398 Page 005 of 005   PAGE 001