NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | )DECLARATION OF |
| | )JENNIFER D. AUCHTERLONIE |
| BOB C. THOMAS; | ) |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

        I, Jennifer D. Auchterlonie, pursuant to 28 U.S.C. § 1746,

hereby declare that:

        1.   I am a trial attorney with United States Department of

Justice, Tax Division, located in Washington, D.C.  I have been

assigned to the above-captioned matter and am in possession of the Department of Justice files and the Internal Revenue Service's files concerning this matter.  I submit this Declaration in support of the United States' Motion for Summary Judgment, and to place certain evidence before the Court.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. & Viola R. Thomas (Form 4340) for the tax period December 31, 1991. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayers' social security number have been redacted.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas (Form 4340) for the tax period December 31, 1992.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas (Form 4340) for the tax period December 31, 1993.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

5.    Attached hereto as Exhibit 4 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas (Form 4340) for the tax period December 31, 1994.  Pursuant to

Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

6.   Attached hereto as Exhibit 5 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas (Form 4340) for the tax period December 31, 1995.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

7.   Attached hereto as Exhibit 6 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas (Form 4340) for the tax period December 31, 1996.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

8.   Attached hereto as Exhibit 7 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas (Form 4340) for the tax period December 31, 1997.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

9.   Attached hereto as Exhibit 8 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas (Form 4340) for the tax period December 31, 1999.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

10.  Attached hereto as Exhibit 9 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas

(Form 4340) for the tax period December 31, 2000.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

11.  Attached hereto as Exhibit 10 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas (Form 4340) for the tax period December 31, 2001. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

12.  Attached hereto as Exhibit 11 is a true and correct copy of the Certificate of Assessments and Payments for Viola R. Thomas (Form 4340) for the tax period December 31, 1992. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

13.  Attached hereto as Exhibit 12 is a true and correct copy of the Certificate of Assessments and Payments for Viola R. Thomas (Form 4340) for the tax period December 31, 1993. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

14.  Exhibit 13 has been removed.

15.  Attached hereto as Exhibit 14 is a true and correct copy of the Certificate of Assessments and Payments for Viola R. Thomas (Form 4340) for the tax period December 31, 1995. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

-4-

16.  Attached hereto as Exhibit 15 is a true and correct copy of the Certificate of Assessments and Payments for Viola R. Thomas (Form 4340) for the tax period December 31, 1996. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

17.  Attached hereto as Exhibit 16 is a true and correct copy of the Certificate of Assessments and Payments for Viola R. Thomas (Form 4340) for the tax period December 31, 1997. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

18.  Attached hereto as Exhibit 17 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the annual tax period December 31, 1996.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

19.  Attached hereto as Exhibit 18 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the annual tax period December 31, 1998.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

20.  Attached hereto as Exhibit 19 is a true and correct copy of the Certificate of Assessments and Payments for Bob C.

Thomas, Thomas Engineering (Form 4340) for the annual tax period December 31, 2001. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

21. Attached hereto as Exhibit 20 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period September 30, 1992. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

22. Attached hereto as Exhibit 21 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period December 31, 1992. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

23. Attached hereto as Exhibit 22 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period March 31, 1993. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

24. Attached hereto as Exhibit 23 is a true and correct copy of he Certificate of Assessments and Payments for Bob C.

-6-

Thomas, Thomas Engineering (Form 4340) for the quarterly tax period September 30, 1994. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

25. Attached hereto as Exhibit 24 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period March 31, 1996. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

26. Attached hereto as Exhibit 25 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period June 30, 1996. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

27. Attached hereto as Exhibit 26 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period September 30, 1996. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

28. Attached hereto as Exhibit 27 is a true and correct copy of the Certificate of Assessments and Payments for Bob C.

Thomas, Thomas Engineering (Form 4340) for the quarterly tax period December 31, 1996.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

29.  Attached hereto as Exhibit 28 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period March 31, 1997.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

30.  Attached hereto as Exhibit 29 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period June 30, 1997.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

31.  Attached hereto as Exhibit 30 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period September 30, 1997.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

32.  Attached hereto as Exhibit 31 is a true and correct copy of the Certificate of Assessments and Payments for Bob C.

-8-

Thomas, Thomas Engineering (Form 4340) for the quarterly tax
period December 31, 1997.  Pursuant to Local Rule 5.2.1, all but
the last 4 digits of the taxpayer's identification number have
been redacted.

33.  Attached hereto as Exhibit 32 is a true and correct
copy of the Certificate of Assessments and Payments for Bob C.
Thomas, Thomas Engineering (Form 4340) for the quarterly tax
period December 31, 1998.  Pursuant to Local Rule 5.2.1, all but
the last 4 digits of the taxpayer's identification number have
been redacted.

34.  Attached hereto as Exhibit 33 is a true and correct
copy of the Certificate of Assessments and Payments for Bob C.
Thomas, Thomas Engineering (Form 4340) for the quarterly tax
period March 31, 1999.  Pursuant to Local Rule 5.2.1, all but the
last 4 digits of the taxpayer's identification number have been
redacted.

35.  Attached hereto as Exhibit 34 is a true and correct
copy of the Certificate of Assessments and Payments for Bob C.
Thomas, Thomas Engineering (Form 4340) for the quarterly tax
period June 30, 1999.  Pursuant to Local Rule 5.2.1, all but the
last 4 digits of the taxpayer's identification number have been
redacted.

36.  Attached hereto as Exhibit 35 is a true and correct
copy of the Certificate of Assessments and Payments for Bob C.

Thomas, Thomas Engineering (Form 4340) for the quarterly tax period September 30, 1999.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

37.  Attached hereto as Exhibit 36 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period December 31, 1999.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

38.  Attached hereto as Exhibit 37 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period March 31, 2000.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

39.  Attached hereto as Exhibit 38 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period June 30, 2000.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

40.  Attached hereto as Exhibit 39 is a true and correct copy of the Certificate of Assessments and Payments for Bob C.

-10-

Thomas, Thomas Engineering (Form 4340) for the quarterly tax period December 31, 2000. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

41. Attached hereto as Exhibit 40 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period June 30, 2001. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

42. Attached hereto as Exhibit 41 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period September 30, 2001. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

43. Attached hereto as Exhibit 42 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the quarterly tax period December 31, 2001. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

44. Attached hereto as Exhibit 43 is a true and correct copy of the Certificate of Assessments and Payments for Bob C.

Thomas, Thomas Engineering (Form 4340) for the quarterly tax period March 31, 2002.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

45.  Attached hereto as Exhibit 44 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the tax period December 31, 1997.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

46.  Attached hereto as Exhibit 45 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the tax period December 31, 1998.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

47.  Attached hereto as Exhibit 46 is a true and correct copy of the Certificate of Assessments and Payments for Bob C. Thomas, Thomas Engineering (Form 4340) for the tax period December 31, 1999.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

48.  Attached hereto as Exhibit 47 is a true and correct copy of the Statutory Warranty Deed and Deed of Trust with

respect to the subject property that was recorded with the Fairbanks Recording District on or about July 19, 1980. Due to the age of the document, this is the best available copy.

49. Attached hereto as Exhibit 48 is a true and correct copy of the Fairbanks Northstar Borough Property Summary with respect to the subject party, maintained on the Bourough's website at

http://co.fairbanks.ak.us/property/propacctsum.aspx?idx=273201.

50. Attached hereto as Exhibit 49 is a true and correct facsimile copy of the Notice of Federal Tax Lien for Bob C. And Viola R. Thomas recorded with the Fairbanks Recording District on or about August 14, 1997. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayers' social security numbers have been redacted.

51. Attached hereto as Exhibit 50 is a true and correct copy of the Notice of Federal Tax Lien for Bob C. Thomas recorded with the Fairbanks Recording District on or about October 23, 1996. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

52. Attached hereto as Exhibit 51 is a true and correct copy of the Notice of Federal Tax Lien for Bob C. Thomas recorded with the Fairbanks Recording District on or about February 5, 1998. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

53.  Attached hereto as Exhibit 52 is a true and correct copy of the Notice of Federal Tax Lien for Bob C. Thomas recorded with the Fairbanks Recording District on or about September 1, 1998. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

54.  Attached hereto as Exhibit 53 is a true and correct copy of the Notice of Federal Tax Lien for Bob C. Thomas recorded with the Fairbanks Recording District on or about August 29, 2003.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

55.  Attached hereto as Exhibit 54 is a true and correct copy of the Notice of Federal Tax Lien for Viola R. Thomas recorded with the Fairbanks Recording District on or about November 14, 1996.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

56.  Attached hereto as Exhibit 55 is a true and correct copy of the Notice of Federal Tax Lien for Viola R. Thomas recorded with the Fairbanks Recording District on or about February 24, 1998.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

57.  Attached hereto as Exhibit 56 is a true and correct copy of the Notice of Federal Tax Lien for Bob C. Thomas and

-14-

Thomas Engineering, recorded with the Fairbanks Recording District on or about August 14, 1997.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

58.  Attached hereto as Exhibit 57 is a true and correct copy of the Notice of Federal Tax Lien for Bob C. Thomas and Thomas Engineering, recorded with the Fairbanks Recording District on or about September 22, 1998. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's identification number have been redacted.

59.  Attached hereto as Exhibit 58 is a true and correct copy of the Notice of Federal Tax Lien for Bob C. Thomas recorded with the Fairbanks Recording District on or about April 19, 2001. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

60.  Attached hereto as Exhibit 59 is a true and correct copy of the Notice of Federal Tax Lien for Bob C. Thomas recorded with the Fairbanks Recording District on or about June 10, 2002. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

61.  Attached hereto as Exhibit 60 is a true and correct copy of the Notice of Federal Tax Lien for Bob C. Thomas recorded with the Fairbanks Recording District on or about November 7,

2002.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

62.  Attached hereto as Exhibit 61 is a true and correct copy of the United States' First Set of Requests for Admission Directed to Defendant Robert R. Thomas, as Personal Representative of the Estate of Viola Ruth Thomas dated January 17, 2007.

63.  Attached hereto as Exhibit 62 is a true and correct copy of the United States' First Set of Request for Admission Directed to Defendant Bob C. Thomas dated January 17, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of August, 2007.


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2007, a copy of the foregoing DECLARATION OF JENNIFER D. AUCHTERLONIE was served by regular U.S. mail on the following parties at the following addresses:

Bob C. Thomas
935 Aurora Drive
Fairbanks, AK 99709

Michael C. Thomas
1640 Eielson Street
Fairbanks, AK 99701

Robert R. Thomas
935 Aurora Dr., Apt. 4
Fairbanks, AK 99709

Viola R. Thomas, deceased
c/o Robert R. Thomas, personal representative
3239 La Ree Way
Esther, AK 99725

/s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593