# EXHIBIT 1

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. & Viola R. Thomas, SSN: ▆▆▆-6619 and Spouse SSN: ▆▆▆-1628, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1991, consisting of seven pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C & VIOLA R THOMAS                      EIN/SSN:         -6619
                                                             -1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1991
                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                    75,176.00

             TAXABLE INCOME
                    56,880.00

             SELF EMPLOYMENT TAX
                    12,740.00

06-04-1993   SUBSTITUTE FOR RETURN                            0.00       07-05-1993
             29210-156-08107-3

04-15-1992   EXTENSION OF TIME TO FILE
             EXT. DATE   08-15-1992

08-26-1992   EXTENSION OF TIME TO FILE
             EXT. DATE   10-15-1992

05-04-1995   ASSESSMENT STATUTE EXPIR
             DATE EXTEND TO 04-14-1998

04-14-1995   AMENDED RETURN FILED
             92277-525-07227-5

             FAILURE TO PAY TAX              3,760.86                    06-05-1995
             PENALTY
             199521

             ESTIMATED TAX PENALTY           1,131.24                    06-05-1995
             199521

             LATE FILING PENALTY             3,665.25                    06-05-1995
             199521

             ADDITIONAL TAX ASSESSED        19,794.00                    06-05-1995
             BY EXAMINATION
             29247-531-10134-5   199521

06-05-1995   ASSESSMENT STATUTE EXPIR
             DATE EXTEND TO 04-14-1998

FORM 4340    (REV. 01-2002)                 PAGE    1
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C & VIOLA R THOMAS                    EIN/SSN:       -6619
                                                         -1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1991

                                      ASSESSMENT,    PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                      (REVERSAL)    (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------

           INTEREST ASSESSED                         6,422.57      06-05-1995
           199521

05-22-1995 RECEIVED POA/TIA

           FAILURE TO PAY TAX                          732.09      03-10-1997
           PENALTY
           199709

           LATE FILING PENALTY                       2,230.25      03-10-1997
           199709

           ADDITIONAL TAX ASSESSED                   8,921.00      03-10-1997
           BY EXAMINATION
           AGREED AUDIT DEFICIENCY
           PRIOR TO 30 OR 60 DAY
           LETTER
           29247-445-00252-7   199709

03-10-1997 PRIOR TAX ABATED BY                       3,504.00-
           EXAMINATION
           AGREED AUDIT DEFICIENCY
           PRIOR TO 30 OR 60 DAY
           LETTER
           29247-445-00252-7

           INTEREST ASSESSED                        10,085.26      03-10-1997
           199709

08-08-1997 FEDERAL TAX LIEN

06-05-1995 LATE FILING PENALTY                         788.40-
           ABATED

FORM 4340  (REV. 01-2002)                  PAGE    2
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C & VIOLA R THOMAS                       EIN/SSN:         -6619
                                                              -1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1991

                                         ASSESSMENT,    PAYMENT,     ASSESSMENT
  DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                         (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------
             LATE FILING PENALTY                          788.40     06-05-1995
             199521

             ADDITIONAL TAX ASSESSED                        0.00     08-17-1998
             29254-610-18315-8   199831

10-13-1998   OFFER IN COMPROMISE
             PENDING

09-01-1999   OFFER IN COMPROMISE
             REJECTED

01-17-2000   REMOVED POA/TIA

02-28-2000   RECEIVED POA/TIA

08-20-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

08-27-2001   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

09-25-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)                  PAGE    3
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C & VIOLA R THOMAS              EIN/SSN:    ███  -6619
                                                     -1628

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1991

                                       ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE (23C,
                                       (REVERSAL)    (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

09-27-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

10-08-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

09-28-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

11-30-2001  FEDERAL TAX LIEN

11-14-2001  LEGAL SUIT PENDING

04-08-2002  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

06-29-2002  LEGAL SUIT NO LONGER
            PENDING

12-09-2002  COLLECTION STATUTE
            EXTENSION TO 10-23-2007

FORM 4340   (REV. 01-2002)              PAGE     4
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------
BOB C & VIOLA R THOMAS                    EIN/SSN:        ▮-6619
                                                          ▮-1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1991

                                          ASSESSMENT,    PAYMENT,     ASSESSMENT
                                          OTHER DEBITS   CREDIT       DATE (23C,
  DATE       EXPLANATION OF TRANSACTION   (REVERSAL)     (REVERSAL)   RAC 006 )
----------------------------------------------------------------------------

03-14-2003   REMOVED POA/TIA

06-30-2003   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

             FAILURE TO PAY TAX                          1,809.80     09-22-2003
             PENALTY
             200337

             ADDITIONAL TAX ASSESSED                     0.00         09-22-2003
             89254-645-55001-3   200337

06-28-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

07-05-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

08-09-2004   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

08-09-2004   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

FORM 4340   (REV. 01-2002)                PAGE     5
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C & VIOLA R THOMAS                    EIN/SSN:        -6619
                                                          -1628

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1991

                                       ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT      DATE (23C,
                                       (REVERSAL)     (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
10-04-2004  SUBSEQUENT PAYMENT                         11,455.32
            LEVY

12-06-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

11-19-2004  FEDERAL TAX LIEN

12-13-2004  FEES AND COLLECTION COSTS     60.00

11-24-2004  SUBSEQUENT PAYMENT                            222.00

12-22-2004  SUBSEQUENT PAYMENT                            222.00

06-05-1995  Statutory Notice of Balance Due

03-10-1997  Statutory Notice of Balance Due

08-13-2001  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)              PAGE     6
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

BOB C & VIOLA R THOMAS                          EIN/SSN:    ███ -6619
                                                            ███ -1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1991
--------------------------------------------------------------------------------

BALANCE           43,209.00

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:       Linda L. Drake
TITLE:            Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340   (REV. 01-2002)                        PAGE     7
```