# EXHIBIT 2



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, SSN: ▮▮▮-▮▮-6619, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1992, consisting of five pages————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                              Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN:       -6619



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1992
                                         ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT       DATE (23C,
                                         (REVERSAL)       (REVERSAL)   RAC 006 )
---------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                    52,269.00

             TAXABLE INCOME
                    40,189.00

             SELF EMPLOYMENT TAX
                     9,354.00

04-14-1995   RETURN FILED & TAX ASSESSED    14,054.00                  06-12-1995
             29221-134-76902-5   199522

04-15-1993   EXTENSION OF TIME TO FILE
             EXT. DATE   08-15-1993

05-22-1995   RECEIVED POA/TIA

             ESTIMATED TAX PENALTY             613.00                  06-12-1995
             199522

             LATE FILING PENALTY            3,162.15                   06-12-1995
             199522

             FAILURE TO PAY TAX             1,827.02                   06-12-1995
             PENALTY
             199522

             INTEREST ASSESSED              3,095.39                   06-12-1995
             199522

10-01-1996   SUBSEQUENT PAYMENT                            24,773.68

             INTEREST ASSESSED                897.80                   10-21-1996
             199641

             FAILURE TO PAY TAX             1,124.32                   10-21-1996
             PENALTY
             199641

FORM 4340   (REV. 01-2002)                   PAGE   1
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN: ▓▓▓▓▓▓-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1992

                                       ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                        (REVERSAL)   (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------
            LATE FILING PENALTY                         940.25    03-10-1997
            199709

            ADDITIONAL TAX ASSESSED                   3,761.00    03-10-1997
            BY EXAMINATION
            AGREED AUDIT DEFICIENCY
            PRIOR TO 30 OR 60 DAY
            LETTER
            29247-445-90030-7   199709

03-10-1997  RENUMBERED RETURN
            29247-445-90030-7

10-13-1998  OFFER IN COMPROMISE
            PENDING

09-01-1999  OFFER IN COMPROMISE
            REJECTED

01-17-2000  REMOVED POA/TIA

02-28-2000  RECEIVED POA/TIA

08-20-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-27-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

FORM 4340  (REV. 01-2002)                  PAGE     2
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:  ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1992

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                         (REVERSAL)      (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
09-25-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

09-27-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

10-08-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

11-14-2001   LEGAL SUIT PENDING

04-08-2002   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

06-29-2002   LEGAL SUIT NO LONGER
             PENDING

12-09-2002   COLLECTION STATUTE
             EXTENSION TO 10-23-2007

03-14-2003   REMOVED POA/TIA

06-30-2003   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                        PAGE      3
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

BOB C THOMAS                              EIN/SSN: ███████-6619



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1992

                                     ASSESSMENT,      PAYMENT,      ASSESSMENT
  DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT       DATE (23C,
                                     (REVERSAL)     (REVERSAL)     RAC 006 )
---------------------------------------------------------------------------

08-22-2003  FEDERAL TAX LIEN

09-15-2003  FEES AND COLLECTION COSTS                    30.00

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-09-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

08-09-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

06-12-1995  Statutory Notice of Balance Due

07-17-1995  Notice of Balance Due

08-21-1995  Notice of Balance Due

08-13-2001  Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                   PAGE     4
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

BOB C THOMAS                                    EIN/SSN: ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1992
-----------------------------------------------------------------------------

BALANCE         4,731.25

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:          Linda L. Drake
TITLE:               Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:    SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340   (REV. 01-2002)                          PAGE     5
```