# EXHIBIT 3

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, SSN: ███-6619, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1993, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*(signature)*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                      Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN:  ▓▓▓▓▓-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1993
                                        ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                        (REVERSAL)      (REVERSAL)   RAC 006 )
---------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                  38,394.00-

            SELF EMPLOYMENT TAX
                   2,215.00

05-15-1995  RETURN FILED & TAX ASSESSED                 3,623.00     07-17-1995
            29221-168-15213-5   199527

04-15-1994  EXTENSION OF TIME TO FILE
            EXT. DATE   08-15-1994

09-09-1994  EXTENSION OF TIME TO FILE
            EXT. DATE   10-17-1994

05-22-1995  RECEIVED POA/TIA

            ESTIMATED TAX PENALTY                        152.00      07-17-1995
            199527

            LATE FILING PENALTY                          815.18      07-17-1995
            199527

            FAILURE TO PAY TAX                           289.84      07-17-1995
            PENALTY
            199527

            INTEREST ASSESSED                            475.06      07-17-1995
            199527

10-18-1996  FEDERAL TAX LIEN

11-11-1996  FEES AND COLLECTION COSTS                     30.00

07-17-1995  LATE FILING PENALTY                          462.66-
            ABATED

FORM 4340   (REV. 01-2002)               PAGE    1
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN: ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993


                                           ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION     OTHER DEBITS     CREDIT        DATE (23C,
                                           (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
03-10-1997  PRIOR TAX ABATED BY                             1,408.00-
            EXAMINATION
            AGREED AUDIT DEFICIENCY
            PRIOR TO 30 OR 60 DAY
            LETTER
            29247-445-90031-7

03-10-1997  RENUMBERED RETURN
            29247-445-90031-7

10-13-1998  OFFER IN COMPROMISE
            PENDING

09-01-1999  OFFER IN COMPROMISE
            REJECTED

01-17-2000  REMOVED POA/TIA

02-28-2000  RECEIVED POA/TIA

08-20-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-27-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)                 PAGE     2
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN:  ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993

                                       ASSESSMENT,      PAYMENT,       ASSESSMENT
    DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT         DATE (23C,
                                         (REVERSAL)     (REVERSAL)      RAC 006 )
-------------------------------------------------------------------------------
09-27-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

10-08-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

11-14-2001  LEGAL SUIT PENDING

04-08-2002  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

06-29-2002  LEGAL SUIT NO LONGER
            PENDING

12-09-2002  COLLECTION STATUTE
            EXTENSION TO 03-01-2006

03-14-2003  REMOVED POA/TIA

06-30-2003  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

01-07-2004  SUBSEQUENT PAYMENT                                310.77
            LEVY

FORM 4340   (REV. 01-2002)                     PAGE      3
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ▆▆▆▆▆-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993


                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)      (REVERSAL)     RAC 006 )
--------------------------------------------------------------------------------
06-28-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

07-05-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

08-09-2004   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

08-09-2004   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

11-19-2004   FEDERAL TAX LIEN

10-27-2004   OVERPAID CREDIT APPLIED                       221.70
             1040        199012

06-05-1995   Taxpayer Deliquency Notice

07-17-1995   Statutory Notice of Balance Due

08-21-1995   Notice of Balance Due

08-13-2001   Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                 PAGE     4
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN: ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993
------------------------------------------------------------------------------

BALANCE         2,981.95

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:     Linda L. Drake
TITLE:          Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:   SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005
FORM 4340   (REV. 01-2002)                    PAGE    5
```