# EXHIBIT 4



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, SSN: ▮▮▮-▮▮-6619, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1994, consisting of five pages————————.

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                               EIN/SSN: ███-██-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1994

                                       ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                       (REVERSAL)       (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
           ADJUSTED GROSS INCOME
                  29,492.00

           TAXABLE INCOME
                  11,293.00

           SELF EMPLOYMENT TAX
                   9,802.00

07-23-1997 RETURN FILED & TAX ASSESSED                  11,493.00     09-08-1997
           29221-221-16215-7   199735

04-15-1995 EXTENSION OF TIME TO FILE
           EXT. DATE   08-15-1995

05-22-1995 RECEIVED POA/TIA

08-15-1995 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-1995

           ESTIMATED TAX PENALTY                           127.00     09-08-1997
           199735

           LATE FILING PENALTY                           2,585.93     09-08-1997
           199735

           FAILURE TO PAY TAX                            1,666.49     09-08-1997
           PENALTY
           199735

           INTEREST ASSESSED                             3,239.04     09-08-1997
           199735

02-03-1998 FEDERAL TAX LIEN

02-23-1998 FEES AND COLLECTION COSTS                        30.00

10-13-1998 OFFER IN COMPROMISE
           PENDING

FORM 4340  (REV. 01-2002)              PAGE   1
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1994

                                       ASSESSMENT,       PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT         DATE (23C,
                                       (REVERSAL)       (REVERSAL)      RAC 006 )
-----------------------------------------------------------------------------------

09-01-1999   OFFER IN COMPROMISE
             REJECTED

01-17-2000   REMOVED POA/TIA

02-28-2000   RECEIVED POA/TIA

08-20-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

08-27-2001   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

09-25-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

09-27-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

10-08-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

11-14-2001   LEGAL SUIT PENDING

04-08-2002   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

FORM 4340   (REV. 01-2002)              PAGE     2
```

Case 4:06-cv-00003-RRB     Document 28-5     Filed 08/24/2007     Page 5 of 7

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN:     ■■■-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994


                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------
06-29-2002   LEGAL SUIT NO LONGER
             PENDING

12-09-2002   COLLECTION STATUTE
             EXTENSION TO 04-22-2008

03-14-2003   REMOVED POA/TIA

06-30-2003   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

06-28-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

07-05-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

08-09-2004   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

08-09-2004   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

03-25-1996   Taxpayer Deliquency Notice

09-08-1997   Statutory Notice of Balance Due


FORM 4340   (REV. 01-2002)                        PAGE      3
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN: ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1994

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE          EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                         (REVERSAL)      (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
09-29-1997 Statutory Notice of Intent to Levy

08-13-2001 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE     4
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994
-------------------------------------------------------------------------------

BALANCE            19,141.46

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:        Linda L. Drake
TITLE:             Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005
FORM 4340  (REV. 01-2002)                       PAGE     5
```