# EXHIBIT 5

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, SSN: ▮▮▮-▮▮-6619, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1995, consisting of four pages_____

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                         Form **2866** (Rev. 09-1997)

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:  ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

                                      ASSESSMENT,    PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT       DATE (23C,
                                      (REVERSAL)    (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                  101,547.00-

             SELF EMPLOYMENT TAX
                    9,374.00

07-23-1997   RETURN FILED & TAX ASSESSED           9,374.00        09-08-1997
             29221-221-17106-7  199735

04-15-1996   EXTENSION OF TIME TO FILE
             EXT. DATE   08-15-1996

             ESTIMATED TAX PENALTY                   512.00        09-08-1997
             199735

             LATE FILING PENALTY                   2,109.15        09-08-1997
             199735

             FAILURE TO PAY TAX                      796.79        09-08-1997
             PENALTY
             199735

             INTEREST ASSESSED                     1,446.77        09-08-1997
             199735

02-03-1998   FEDERAL TAX LIEN

10-13-1998   OFFER IN COMPROMISE
             PENDING

07-13-1999   RENUMBERED RETURN
             29247-595-60065-9

09-01-1999   OFFER IN COMPROMISE
             REJECTED

08-20-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

FORM 4340    (REV. 01-2002)              PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                                      EIN/SSN: ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995


                                       ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT       DATE (23C,
                                       (REVERSAL)       (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------
08-27-2001 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

09-25-2001 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

09-27-2001 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

10-08-2001 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

11-14-2001 LEGAL SUIT PENDING

04-08-2002 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

06-29-2002 LEGAL SUIT NO LONGER
           PENDING

12-09-2002 COLLECTION STATUTE
           EXTENSION TO 04-22-2008

06-30-2003 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                         PAGE     2
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN: ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

                                   ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT        DATE (23C,
                                   (REVERSAL)      (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------
06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-09-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

08-09-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

09-08-1997  Statutory Notice of Balance Due

09-29-1997  Statutory Notice of Intent to Levy

08-13-2001  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                PAGE     3
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                                     EIN/SSN: ███-██-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995
------------------------------------------------------------------------------

BALANCE           14,238.71

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:      Linda L. Drake
TITLE:           Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/10/2005
FORM 4340  (REV. 01-2002)                       PAGE    4
```