# EXHIBIT 6

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, SSN: ███-6619, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1996, consisting of four pages ─────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                              Form **2866** (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN:      -6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996
                                         ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT       DATE (23C,
                                         (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                  57,714.00-

            SELF EMPLOYMENT TAX
                  5,018.00

04-15-1998  RETURN FILED & TAX ASSESSED                 5,018.00     06-01-1998
            29221-122-16201-8   199820

04-15-1997  EXTENSION OF TIME TO FILE
            EXT. DATE   08-15-1997

08-15-1997  EXTENSION OF TIME TO FILE
            EXT. DATE   10-15-1997

            ESTIMATED TAX PENALTY                       267.00       06-01-1998
            199820

            LATE FILING PENALTY                         1,129.05     06-01-1998
            199820

            FAILURE TO PAY TAX                          351.26       06-01-1998
            PENALTY
            199820

            INTEREST ASSESSED                           590.62       06-01-1998
            199820

08-28-1998  FEDERAL TAX LIEN

09-21-1998  FEES AND COLLECTION COSTS                   30.00

10-13-1998  OFFER IN COMPROMISE
            PENDING

09-01-1999  OFFER IN COMPROMISE
            REJECTED

FORM 4340   (REV. 01-2002)                 PAGE    1
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN: ███-██-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996


                                     ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT        DATE (23C,
                                     (REVERSAL)       (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------

08-20-2001 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

08-27-2001 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

09-25-2001 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

09-27-2001 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

10-08-2001 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

11-14-2001 LEGAL SUIT PENDING

04-08-2002 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

06-29-2002 LEGAL SUIT NO LONGER
           PENDING

12-09-2002 COLLECTION STATUTE
           EXTENSION TO 01-14-2009

FORM 4340  (REV. 01-2002)                PAGE     2
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                                       EIN/SSN:     -6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1996

                                          ASSESSMENT,       PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS      CREDIT         DATE (23C,
                                          (REVERSAL)        (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------
06-30-2003  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-09-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

08-09-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

06-01-1998  Statutory Notice of Balance Due

06-22-1998  Statutory Notice of Intent to Levy

08-13-2001  Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                         PAGE     3
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ▇▇▇-▇▇-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1996
--------------------------------------------------------------------------------

BALANCE            7,385.93

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:         Linda L. Drake
TITLE:              Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:   SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/10/2005
FORM 4340   (REV. 01-2002)                          PAGE     4
```