# EXHIBIT 8

# United States  of America

**Department of the Treasury
Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, SSN: ▉▉▉-6619, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1999, consisting of four pages————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:  ████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999
                                         ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                         (REVERSAL)      (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                      15,335.00

             TAXABLE INCOME
                       1,547.00

             SELF EMPLOYMENT TAX
                       7,827.00

07-05-2001   RETURN FILED & TAX ASSESSED      8,058.00                 08-27-2001
             29221-202-36002-1   200133

04-15-2000   EXTENSION OF TIME TO FILE
             EXT. DATE   08-15-2000

10-12-2000   SUBSEQUENT PAYMENT                              267.19

10-12-2000   SUBSEQUENT PAYMENT                              258.12

10-12-2000   SUBSEQUENT PAYMENT                             (267.19)
             CORRECTED
             940        199512
             92-0092838

10-12-2000   SUBSEQUENT PAYMENT                             (258.12)
             CORRECTED
             940        199712
             92-0092838

             ESTIMATED TAX PENALTY             136.00                  08-27-2001
             200133

             LATE FILING PENALTY             1,813.05                  08-27-2001
             200133

             FAILURE TO PAY TAX                684.93                  08-27-2001
             PENALTY
             200133

             INTEREST ASSESSED              1,166.96                   08-27-2001
             200133

FORM 4340    (REV. 01-2002)              PAGE    1
```

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ███-██-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999


                                          ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE          EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                           (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

09-25-2001    INTENT TO LEVY COLLECTION
              DUE PROCESS NOTICE
              LEVY NOTICE ISSUED

12-03-2001    MODULE IN FEDERAL PAYMENT
              LEVY PROGRAM

11-14-2001    LEGAL SUIT PENDING

04-08-2002    MODULE REVERSED OUT OF
              FEDERAL PAYMENT LEVY
              PROGRAM

06-29-2002    LEGAL SUIT NO LONGER
              PENDING

04-21-2003    RENUMBERED RETURN
              29247-513-60424-3

06-30-2003    MODULE BLOCKED OR
              RELEASED FROM FEDERAL
              PAYMENT LEVY PROGRAM

08-22-2003    FEDERAL TAX LIEN

06-28-2004    REVERSAL OF MODULE
              BLOCKED FROM FEDERAL
              PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                      PAGE     2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1999

                                     ASSESSMENT,        PAYMENT,        ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT          DATE (23C,
                                     (REVERSAL)         (REVERSAL)      RAC 006 )
---------------------------------------------------------------------------------
07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-09-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

08-09-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

03-12-2001  Taxpayer Deliquency Notice

05-07-2001  Taxpayer Deliquency Notice

08-27-2001  Statutory Notice of Balance Due

10-08-2001  Statutory Notice of Intent to Levy

FORM 4340   (REV. 01-2002)               PAGE    3
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ███-██-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999
-------------------------------------------------------------------------------

BALANCE           11,858.94

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME: _____Linda L. Drake_____
TITLE: _____Supervisor Accounting Technician, Ogden SB/SE Submission Processing_____
DELEGATION ORDER: ___SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/10/2005
FORM 4340   (REV. 01-2002)                        PAGE     4
```