# EXHIBIT 9

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, SSN: ▓▓▓-6619, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2000, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                           Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                                 EIN/SSN:  ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000

                                      ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT        DATE (23C,
                                      (REVERSAL)     (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------
            RETURN PREPARER TIN:
            475481789

            ADJUSTED GROSS INCOME
                    4,205.00-

            SELF EMPLOYMENT TAX
                    1,897.00

07-05-2001  RETURN FILED & TAX ASSESSED                1,897.00     08-20-2001
            29221-202-00916-1   200132

04-12-2001  EXTENSION OF TIME TO FILE
            EXT. DATE   08-15-2001

            FAILURE TO PAY TAX                         47.42        08-20-2001
            PENALTY
            200132

            INTEREST ASSESSED                          50.82        08-20-2001
            200132

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

12-03-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

11-14-2001  LEGAL SUIT PENDING

04-08-2002  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

06-29-2002  LEGAL SUIT NO LONGER
            PENDING

06-30-2003  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)             PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------
BOB C THOMAS                                  EIN/SSN: ████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000


                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT         DATE (23C,
                                         (REVERSAL)      (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------------
08-22-2003  FEDERAL TAX LIEN

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-09-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

08-09-2004  FINAL NOTICE BEFORE LEVY
            ON SOCIAL SECURITY
            BENEFITS GENERATED AND
            MAILED

08-20-2001  Statutory Notice of Balance Due

10-08-2001  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)               PAGE      2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ▉▉▉-▉▉-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  2000
-----------------------------------------------------------------------------

BALANCE            1,995.24

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:       Linda L. Drake
TITLE:            Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005
FORM 4340  (REV. 01-2002)                           PAGE    3
```