# EXHIBIT 10

Case 4:06-cv-00003-RRB    Document 28-11    Filed 08/24/2007    Page 1 of 5



United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, SSN: ▮▮▮-6619, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2001, consisting of three pages────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                                     EIN/SSN: ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  2001
                                            ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION      OTHER DEBITS     CREDIT        DATE (23C,
                                            (REVERSAL)     (REVERSAL)     RAC 006 )
--------------------------------------------------------------------------------
           ADJUSTED GROSS INCOME
                  13,980.00

           TAXABLE INCOME
                     659.00

           SELF EMPLOYMENT TAX
                   5,686.00

08-26-2002 RETURN FILED & TAX ASSESSED         5,785.00                   09-30-2002
           89221-250-12636-2   200238

04-15-2002 EXTENSION OF TIME TO FILE
           EXT. DATE  08-15-2002

           ESTIMATED TAX PENALTY                  83.00                   09-30-2002
           200238

           LATE FILING PENALTY                   260.32                   09-30-2002
           200238

           FAILURE TO PAY TAX                    173.55                   09-30-2002
           PENALTY
           200238

           INTEREST ASSESSED                     163.95                   09-30-2002
           200238

12-16-2002 PRIOR TAX ABATED                       32.95-
           89254-999-05099-2

12-16-2002 LATE FILING PENALTY                     1.48-
           ABATED

06-30-2003 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

07-28-2003 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)                    PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN:  ███████-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2001

                                     ASSESSMENT,     PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT         DATE (23C,
                                     (REVERSAL)      (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------
08-22-2003 FEDERAL TAX LIEN

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

07-05-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

08-09-2004 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

08-09-2004 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

09-30-2002 Statutory Notice of Balance Due

10-21-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                        PAGE     2
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                                      EIN/SSN: ███-██-6619


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC   2001
------------------------------------------------------------------------------

BALANCE             6,431.39

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L Drake]
PRINT NAME:          Linda L. Drake
TITLE:               Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:    SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005
FORM 4340   (REV. 01-2002)                        PAGE     3
```