# EXHIBIT 11

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Viola R. Thomas, SSN: ▮▮▮-▮▮-1628, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1992, consisting of three pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                             Form **2866** (Rev. 09-1997)

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

VIOLA R THOMAS                               EIN/SSN: ████████-1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1992
                                            ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION     OTHER DEBITS   CREDIT       DATE (23C,
                                            (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------

             ADJUSTED GROSS INCOME
                  19,785.00

             TAXABLE INCOME
                  13,885.00

09-07-1994   RETURN FILED & TAX ASSESSED                   0.00         10-03-1994
             29221-246-24232-4

04-15-1993   EXTENSION OF TIME TO FILE
             EXT. DATE   08-15-1993

09-16-1993   EXTENSION OF TIME TO FILE
             EXT. DATE   10-15-1993

05-22-1995   RECEIVED POA/TIA

10-24-1996   UPDATED POA/TIA

             LATE FILING PENALTY            520.25                       01-06-1997
             199652

             ADDITIONAL TAX ASSESSED        2,081.00                     01-06-1997
             BY EXAMINATION
             AGREED AUDIT DEFICIENCY
             PRIOR TO 30 OR 60 DAY
             LETTER
             29247-754-90067-6   199652

01-06-1997   RENUMBERED RETURN
             29247-754-90067-6

             INTEREST ASSESSED              913.48                       01-06-1997
             199652

01-06-1998   SUBSEQUENT PAYMENT                            58.15
             LEVY

02-20-1998   FEDERAL TAX LIEN

FORM 4340   (REV. 01-2002)                   PAGE    1
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
VIOLA R THOMAS                              EIN/SSN:  ███████-1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1992

                                   ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS CREDIT       DATE (23C,
                                   (REVERSAL)       (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------
03-16-1998  FEES AND COLLECTION COSTS                 30.00

01-17-2000  REMOVED POA/TIA

01-17-2000  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-28-2000  RECEIVED POA/TIA

06-26-2000  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

11-30-2001  FEDERAL TAX LIEN

01-06-1997  Statutory Notice of Balance Due

02-10-1997  Notice of Balance Due

03-17-1997  Statutory Notice of Intent to Levy

FORM 4340   (REV. 01-2002)                  PAGE    2
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

VIOLA R THOMAS                                       EIN/SSN: ███████-1628



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1992
------------------------------------------------------------------------------

BALANCE          3,486.58
------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME: _____Linda L. Drake_____
TITLE:  _____Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: _____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/10/2005

FORM 4340  (REV. 01-2002)                     PAGE    3
```