# EXHIBIT 12

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Viola R. Thomas, SSN: ▮▮▮▮-1628, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1993, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------
VIOLA R THOMAS                          EIN/SSN:     ▓▓▓▓▓-1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993

                                     ASSESSMENT,     PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT      DATE (23C,
                                     (REVERSAL)     (REVERSAL)   RAC 006 )
----------------------------------------------------------------------------
           ADJUSTED GROSS INCOME
                38,168.00

           TAXABLE INCOME
                31,656.00

09-07-1994 RETURN FILED & TAX ASSESSED                851.00      10-24-1994
           29211-250-26425-4    199441

04-15-1994 EXTENSION OF TIME TO FILE
           EXT. DATE    08-15-1994

09-07-1994 PAYMENT WITH RETURN                                    931.00

09-09-1994 EXTENSION OF TIME TO FILE
           EXT. DATE    10-17-1994

           ESTIMATED TAX PENALTY                       36.00      10-24-1994
           199441

           INTEREST ASSESSED                           22.73      10-24-1994
           199441

           FAILURE TO PAY TAX                          21.27      10-24-1994
           PENALTY
           199441

05-22-1995 RECEIVED POA/TIA

10-24-1996 UPDATED POA/TIA

           ADDITIONAL TAX ASSESSED                  5,145.00      01-06-1997
           BY EXAMINATION
           AGREED AUDIT DEFICIENCY
           PRIOR TO 30 OR 60 DAY
           LETTER
           29247-754-90068-6    199652

01-06-1997 RENUMBERED RETURN
           29247-754-90068-6

FORM 4340  (REV. 01-2002)                   PAGE    1
```

Note: The "PAYMENT WITH RETURN" 931.00 appears in the PAYMENT, CREDIT (REVERSAL) column.

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
VIOLA R THOMAS                              EIN/SSN: ████-1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1993

                                       ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                       (REVERSAL)      (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
           INTEREST ASSESSED                           1,384.67      01-06-1997
           199652

           FAILURE TO PAY TAX                          0.01          01-06-1997
           PENALTY
           199652

02-20-1998 FEDERAL TAX LIEN

01-17-2000 REMOVED POA/TIA

01-17-2000 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-28-2000 RECEIVED POA/TIA

06-26-2000 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

11-30-2001 FEDERAL TAX LIEN

01-06-1997 Statutory Notice of Balance Due

02-10-1997 Notice of Balance Due

03-17-1997 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    2
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

VIOLA R THOMAS                              EIN/SSN: ████-1628



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993
------------------------------------------------------------------------------------


BALANCE         6,529.68

------------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:      Linda L. Drake
TITLE:           Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340   (REV. 01-2002)                          PAGE      3
```