# EXHIBIT 14



United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Viola R. Thomas, SSN: ▬▬-1628, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1995, consisting of two pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                                 Form **2866** (Rev. 09-1997)

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
VIOLA R THOMAS                           EIN/SSN: ███████-1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1995
                                        ASSESSMENT,     PAYMENT,     ASSESSMENT
                                        OTHER DEBITS    CREDIT       DATE (23C,
DATE        EXPLANATION OF TRANSACTION  (REVERSAL)      (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                  34,109.00

            TAXABLE INCOME
                  27,709.00

08-19-1996  RETURN FILED & TAX ASSESSED                 4,728.00     09-23-1996
            29221-239-48018-6   199637

04-15-1996  EXTENSION OF TIME TO FILE
            EXT. DATE    08-15-1996

            ESTIMATED TAX PENALTY                       258.00       09-23-1996
            199637

            FAILURE TO PAY TAX                          141.84       09-23-1996
            PENALTY
            199637

            INTEREST ASSESSED                           180.71       09-23-1996
            199637

10-24-1996  RECEIVED POA/TIA

11-08-1996  FEDERAL TAX LIEN

01-17-2000  REMOVED POA/TIA

02-28-2000  RECEIVED POA/TIA

11-30-2001  FEDERAL TAX LIEN

12-31-2001  FEES AND COLLECTION COSTS                   10.00

09-23-1996  Statutory Notice of Balance Due

10-14-1996  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)              PAGE    1
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
VIOLA R THOMAS                                 EIN/SSN: ▮▮▮▮▮-1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1995
------------------------------------------------------------------------------

BALANCE         5,318.55

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:    Linda L. Drake
TITLE:         Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:   SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

           ACCOUNT STATUS DATE 01/10/2005
FORM 4340   (REV. 01-2002)                   PAGE    2
```