# EXHIBIT 15



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Viola R. Thomas, SSN: ▮▮▮-▮▮-1628, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1996, consisting of two pages————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
VIOLA R THOMAS                              EIN/SSN: ███████-1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996

                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                 29,308.00

            TAXABLE INCOME
                 17,373.00

04-15-1997  RETURN FILED & TAX ASSESSED                     2,606.00      05-19-1997
            29221-112-64235-7   199719

            ESTIMATED TAX PENALTY                             139.00      05-19-1997
            199719

            FAILURE TO PAY TAX                                 26.06      05-19-1997
            PENALTY
            199719

            INTEREST ASSESSED                                  21.94      05-19-1997
            199719

02-20-1998  FEDERAL TAX LIEN

01-05-1999  RECEIVED POA/TIA

01-17-2000  REMOVED POA/TIA

01-17-2000  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-28-2000  RECEIVED POA/TIA

06-26-2000  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

11-30-2001  FEDERAL TAX LIEN

05-19-1997  Statutory Notice of Balance Due

06-23-1997  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                  PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

VIOLA R THOMAS                                EIN/SSN:  ▓▓▓▓-1628



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996
-------------------------------------------------------------------------------


BALANCE           2,793.00


-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:       Linda L. Drake
TITLE:            Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340   (REV. 01-2002)                       PAGE     2
```