# EXHIBIT 16



United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Viola R. Thomas, SSN: ▮▮▮-▮▮-1628, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1997, consisting of three pages————————,

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
VIOLA R THOMAS                              EIN/SSN:      ███-1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997

                                    ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                    (REVERSAL)       (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                  25,772.00

            TAXABLE INCOME
                  14,793.00

09-14-1998  RETURN FILED & TAX ASSESSED                 2,216.00     10-12-1998
            29221-255-49402-8    199839

04-15-1998  EXTENSION OF TIME TO FILE
            EXT. DATE   08-15-1998

            ESTIMATED TAX PENALTY                         119.00     10-12-1998
            199839

            LATE FILING PENALTY                            99.72     10-12-1998
            199839

            FAILURE TO PAY TAX                             66.48     10-12-1998
            PENALTY
            199839

            INTEREST ASSESSED                              90.44     10-12-1998
            199839

01-05-1999  RECEIVED POA/TIA

01-17-2000  REMOVED POA/TIA

01-17-2000  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-28-2000  RECEIVED POA/TIA

06-26-2000  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340    (REV. 01-2002)              PAGE     1
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
VIOLA R THOMAS                             EIN/SSN: ███████-1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997

                                       ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                       (REVERSAL)      (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------
11-30-2001 FEDERAL TAX LIEN

10-12-1998 Statutory Notice of Balance Due

11-02-1998 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE    2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
VIOLA R THOMAS                              EIN/SSN:   ███████-1628


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997
---------------------------------------------------------------------------------

BALANCE          2,591.64

---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
---------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
                                 Linda L. Drake
PRINT NAME: _____
                 Supervisor Accounting Technician, Ogden SB/SE Submission Processing
TITLE: _____
                 SW Delegation Order 198
DELEGATION ORDER: _____


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340  (REV. 01-2002)              PAGE     3
```