# EXHIBIT 17

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▅▅▅2838, for Employer's Annual Federal Unemployment Tax Return (Form 940), for tax period December 31, 1996, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                       Form **2866** (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:  ████ 2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S ANNUAL FEDERAL UNEMPLOYMENT TAX RETURN
FORM: 940         TAX PERIOD: DEC  1996

                                         ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                         (REVERSAL)     (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------
02-27-1997   RETURN FILED                               224.00       03-31-1997
             29840-060-01615-7   199712

             LATE FILING PENALTY                         10.08       01-31-1997
             199712

             FAILURE TO PAY TAX                           2.24       03-31-1997
             PENALTY
             199712

             INTEREST ASSESSED                            3.43       03-31-1997
             199712

08-08-1997   FEDERAL TAX LIEN

10-13-1998   OFFER IN COMPROMISE
             PENDING

08-31-1998   DUPLICATE RETURN
             29838-276-00591-8

             ADDITIONAL TAX ASSESSED                      0.00       12-14-1998
             29854-728-15040-8   199848

09-01-1999   OFFER IN COMPROMISE
             REJECTED

08-20-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

FORM 4340   (REV. 01-2002)                PAGE     1
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ███████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S ANNUAL FEDERAL UNEMPLOYMENT TAX RETURN
FORM: 940          TAX PERIOD: DEC  1996

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
  DATE      EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
08-27-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

10-08-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

11-14-2001  LEGAL SUIT PENDING

12-24-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

06-29-2002  LEGAL SUIT NO LONGER
            PENDING

10-28-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-09-2002  COLLECTION STATUTE
            EXTENSION TO 11-13-2007

FORM 4340   (REV. 01-2002)                       PAGE     2
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN:  ███████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S ANNUAL FEDERAL UNEMPLOYMENT TAX RETURN
FORM: 940        TAX PERIOD: DEC  1996

                                          ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                          (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------

01-19-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

02-02-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

03-31-1997   Statutory Notice of Balance Due

05-05-1997   Statutory Notice of Intent to Levy

08-13-2001   Statutory Notice of Intent to Levy

09-02-2002   Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                         PAGE    3
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
BOB C THOMAS                                 EIN/SSN: ████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S ANNUAL FEDERAL UNEMPLOYMENT TAX RETURN
FORM: 940          TAX PERIOD: DEC  1996
-----------------------------------------------------------------------------

BALANCE            239.75

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:        Linda L. Drake

TITLE:             Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340   (REV. 01-2002)                   PAGE     4
```