# EXHIBIT 18

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▮▮▮▮2838, for Employer's Annual Federal Unemployment Tax Return (Form 940), for tax period December 31, 1998, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                                 Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:      2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S ANNUAL FEDERAL UNEMPLOYMENT TAX RETURN
FORM: 940         TAX PERIOD: DEC  1998

                                    ASSESSMENT,      PAYMENT,       ASSESSMENT
 DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT        DATE (23C,
                                    (REVERSAL)      (REVERSAL)      RAC 006 )
-------------------------------------------------------------------------------
 12-06-2000  RETURN FILED                                434.00      01-29-2001
             29840-365-00115-0   200103

 12-06-2000  SUBSEQUENT PAYMENT                           93.80

             LATE FILING PENALTY          97.65                      01-29-2001
             200103

             FAILURE TO PAY TAX           10.79                      01-29-2001
             PENALTY
             200103

             INTEREST ASSESSED            94.89                      01-29-2001
             200103

 12-06-2000  PAYMENT WITH RETURN                          93.80
             940         199812
             92-0092838

 12-06-2000  SUBSEQUENT PAYMENT                          (93.80)
             CORRECTED
             940         199812
             92-0092838

 08-20-2001  MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

 09-25-2001  INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

 FORM 4340   (REV. 01-2002)              PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:        2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S ANNUAL FEDERAL UNEMPLOYMENT TAX RETURN
FORM: 940          TAX PERIOD: DEC  1998

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
11-14-2001   LEGAL SUIT PENDING

12-24-2001   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

06-29-2002   LEGAL SUIT NO LONGER
             PENDING

10-28-2002   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

10-18-2002   FEDERAL TAX LIEN

11-18-2002   FEES AND COLLECTION COSTS                    30.00

01-19-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

02-02-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

01-29-2001   Statutory Notice of Balance Due

05-14-2001   Statutory Notice of Intent to Levy

09-02-2002   Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                   PAGE     2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ████2838
THOMAS ENGINEERING



TYPE OF TAX: EMPLOYER'S ANNUAL FEDERAL UNEMPLOYMENT TAX RETURN
FORM: 940         TAX PERIOD: DEC  1998
---------------------------------------------------------------------------------

BALANCE           573.53


---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
---------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:      Linda L. Drake
TITLE:           Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340    (REV. 01-2002)                        PAGE      3
```