# EXHIBIT 19

Case 4:06-cv-00003-RRB   Document 28-19   Filed 08/24/2007   Page 1 of 4

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▮▮▮▮2838, for Employer's Annual Federal Unemployment Tax Return (Form 940), for tax period December 31, 2001, consisting of two pages ————————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN: ████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S ANNUAL FEDERAL UNEMPLOYMENT TAX RETURN
FORM: 940          TAX PERIOD: DEC  2001

                                      ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT     DATE (23C,
                                      (REVERSAL)    (REVERSAL)   RAC 006 )
---------------------------------------------------------------------------
08-14-2002  RETURN FILED                              112.00     09-23-2002
            29838-236-03008-2   200237

08-14-2002  PAYMENT WITH RETURN                       112.00

            LATE FILING PENALTY        25.20                     09-23-2002
            200237

            FAILURE TO PAY TAX          3.92                     09-23-2002
            PENALTY
            200237

            INTEREST ASSESSED           4.66                     09-23-2002
            200237

07-26-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

08-03-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

09-23-2002  Statutory Notice of Balance Due

10-14-2002  Statutory Notice of Intent to Levy

12-09-2002  Annual Notice of Balance Due


FORM 4340   (REV. 01-2002)               PAGE      1
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S ANNUAL FEDERAL UNEMPLOYMENT TAX RETURN
FORM: 940         TAX PERIOD: DEC  2001
---------------------------------------------------------------------------------

BALANCE              33.78

---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
---------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:       Linda L. Drake
TITLE:            Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340   (REV. 01-2002)                          PAGE    2
```