# EXHIBIT 20

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▆▆▆2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period September 30, 1992, consisting of six pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                           Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN:        2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1992

                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT         DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
----------------------------------------------------------------------------------
10-31-1992  RETURN FILED                                 36,334.37      11-30-1992
            29141-298-78823-2  199247

07-16-1992  FEDERAL TAX DEPOSIT                           5,280.13

07-16-1992  FEDERAL TAX DEPOSIT                           3,856.18

07-16-1992  FEDERAL TAX DEPOSIT                             901.85

07-30-1992  FEDERAL TAX DEPOSIT                           2,376.06

07-30-1992  FEDERAL TAX DEPOSIT                             347.08

07-30-1992  FEDERAL TAX DEPOSIT                           1,484.06

08-14-1992  FEDERAL TAX DEPOSIT                           4,799.00

08-14-1992  FEDERAL TAX DEPOSIT                           1,122.34

08-14-1992  FEDERAL TAX DEPOSIT                           5,985.60

09-16-1992  FEDERAL TAX DEPOSIT                           4,231.85

09-16-1992  FEDERAL TAX DEPOSIT                           4,960.47

09-16-1992  FEDERAL TAX DEPOSIT                             989.70

            FEDERAL TAX DEPOSIT              210.36                     11-30-1992
            PENALTY
            199247

FORM 4340   (REV. 01-2002)              PAGE      1
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN:         2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1992


                                          ASSESSMENT,      PAYMENT,     ASSESSMENT
  DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT      DATE (23C,
                                           (REVERSAL)     (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

11-30-1992  FEDERAL TAX DEPOSIT
            PENALTY ABATED                                  210.36-

            ADDITIONAL TAX ASSESSED
            29154-749-15466-2   199252                        0.00      01-04-1993

01-04-1993  UNDERPAYMENT CLEARED                              0.05

02-20-1996  ASSESSMENT STATUTE EXPIR
            DATE EXTEND TO 06-30-1997

02-23-1996  ASSESSMENT STATUTE EXPIR
            DATE EXTEND TO 06-30-1997

03-08-1996  RECEIVED POA/TIA

01-13-1997  REMOVED POA/TIA

01-13-1997  RECEIVED POA/TIA

            FEDERAL TAX DEPOSIT
            PENALTY                                          82.70      02-24-1997
            199707

            ADDITIONAL TAX ASSESSED                       3,816.08      02-24-1997
            BY EXAMINATION
            AGREED AUDIT DEFICIENCY
            PRIOR TO 30 OR 60 DAY
            LETTER
            29147-434-90003-7   199707

FORM 4340   (REV. 01-2002)                   PAGE    2
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN:        2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1992


                                        ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                        (REVERSAL)     (REVERSAL)  RAC 006 )
---------------------------------------------------------------------------------
02-24-1997  RENUMBERED RETURN
            29147-434-90003-7

            INTEREST ASSESSED                          1,614.16    02-24-1997
            199707

08-08-1997  FEDERAL TAX LIEN

10-13-1998  OFFER IN COMPROMISE
            PENDING

09-01-1999  OFFER IN COMPROMISE
            REJECTED

08-20-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-27-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

09-27-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

FORM 4340  (REV. 01-2002)               PAGE      3
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                                      EIN/SSN:      █████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: SEPT 1992

                                       ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT       DATE (23C,
                                       (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------

10-08-2001  MODULE IN FEDERAL PAYMENT
              LEVY PROGRAM

11-14-2001  LEGAL SUIT PENDING

12-24-2001  MODULE REVERSED OUT OF
              FEDERAL PAYMENT LEVY
              PROGRAM

06-29-2002  LEGAL SUIT NO LONGER
              PENDING

10-28-2002  MODULE BLOCKED OR
              RELEASED FROM FEDERAL
              PAYMENT LEVY PROGRAM

12-09-2002  COLLECTION STATUTE
              EXTENSION TO 10-09-2007

10-20-2003  OVERPAID CREDIT APPLIED
              941        199206                         198.35

01-19-2004  REVERSAL OF MODULE
              BLOCKED FROM FEDERAL
              PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
              LEVY PROGRAM

FORM 4340   (REV. 01-2002)                  PAGE    4
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN:  ▓▓▓▓2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941          TAX PERIOD: SEPT 1992

                                           ASSESSMENT,       PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION    OTHER DEBITS      CREDIT         DATE (23C,
                                           (REVERSAL)        (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------
06-17-2004 REMOVED POA/TIA

11-30-1992 Statutory Notice of Balance Due

02-24-1997 Statutory Notice of Balance Due

03-31-1997 Statutory Notice of Intent to Levy

08-13-2001 Statutory Notice of Intent to Levy

09-02-2002 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                           PAGE    5
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN:        2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: SEPT 1992
-------------------------------------------------------------------------------

BALANCE           5,314.59

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
```

SIGNATURE OF CERTIFYING OFFICER: _[signature]_

PRINT NAME: Linda L. Drake

TITLE: Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

           ACCOUNT STATUS DATE 01/10/2005

FORM 4340   (REV. 01-2002)                          PAGE    6