# EXHIBIT 21

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ███2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period December 31, 1992, consisting of five pages——————————————————————————————————
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
                                         EIN/SSN: ████2838
BOB C THOMAS
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941          TAX PERIOD: DEC  1992
                                        ASSESSMENT,    PAYMENT,      ASSESSMENT
                                        OTHER DEBITS   CREDIT        DATE (23C,
DATE       EXPLANATION OF TRANSACTION   (REVERSAL)     (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------
                                                       33,814.78     03-22-1993
01-31-1993 RETURN FILED
           29141-031-82931-3   199310

10-16-1992 FEDERAL TAX DEPOSIT                         1,021.76

10-16-1992 FEDERAL TAX DEPOSIT                         4,119.14

10-16-1992 FEDERAL TAX DEPOSIT                         4,368.82

11-27-1992 FEDERAL TAX DEPOSIT                            80.24

11-27-1992 FEDERAL TAX DEPOSIT                           343.00

11-27-1992 FEDERAL TAX DEPOSIT                           327.00

12-11-1992 FEDERAL TAX DEPOSIT                         5,036.02

12-11-1992 FEDERAL TAX DEPOSIT                         1,047.45

12-11-1992 FEDERAL TAX DEPOSIT                         4,478.74

12-16-1992 FEDERAL TAX DEPOSIT                         5,082.27

12-16-1992 FEDERAL TAX DEPOSIT                         1,216.44

12-16-1992 FEDERAL TAX DEPOSIT                         6,694.14

03-22-1993 OVERPAYMENT CLEARED                            (0.24)

02-20-1996 ASSESSMENT STATUTE EXPIR
           DATE EXTEND TO 06-30-1997

FORM 4340  (REV. 01-2002)              PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

BOB C THOMAS                              EIN/SSN: ████████2838
THOMAS ENGINEERING



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: DEC  1992

                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
   DATE       EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------

02-23-1996  ASSESSMENT STATUTE EXPIR
            DATE EXTEND TO 06-30-1997

03-08-1996  RECEIVED POA/TIA

01-13-1997  REMOVED POA/TIA

01-13-1997  RECEIVED POA/TIA

            FEDERAL TAX DEPOSIT                            150.97        02-24-1997
            PENALTY
            199707

            ADDITIONAL TAX ASSESSED                      6,966.36        02-24-1997
            BY EXAMINATION
            AGREED AUDIT DEFICIENCY
            PRIOR TO 30 OR 60 DAY
            LETTER
            29147-434-90004-7   199707

02-24-1997  RENUMBERED RETURN
            29147-434-90004-7

            INTEREST ASSESSED                            2,773.61        02-24-1997
            199707

08-08-1997  FEDERAL TAX LIEN

10-13-1998  OFFER IN COMPROMISE
            PENDING

FORM 4340  (REV. 01-2002)                     PAGE    2
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                            EIN/SSN:        2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941          TAX PERIOD: DEC   1992

                                          ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE (23C,
                                          (REVERSAL)     (REVERSAL)  RAC 006 )
-------------------------------------------------------------------------------

09-01-1999  OFFER IN COMPROMISE
            REJECTED

08-20-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-27-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

09-27-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

10-08-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

11-14-2001  LEGAL SUIT PENDING

12-24-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

FORM 4340   (REV. 01-2002)                         PAGE     3
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------

BOB C THOMAS                              EIN/SSN:    ████ 2838
THOMAS ENGINEERING



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: DEC  1992

                                       ASSESSMENT,    PAYMENT,    ASSESSMENT
   DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT     DATE (23C,
                                        (REVERSAL)   (REVERSAL)   RAC 006 )
----------------------------------------------------------------------------------

06-29-2002  LEGAL SUIT NO LONGER
            PENDING

10-28-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-09-2002  COLLECTION STATUTE
            EXTENSION TO 10-09-2007

01-19-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-17-2004  REMOVED POA/TIA

02-24-1997  Statutory Notice of Balance Due

03-31-1997  Statutory Notice of Intent to Levy

08-13-2001  Statutory Notice of Intent to Levy

09-02-2002  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                    PAGE     4
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------

BOB C THOMAS                            EIN/SSN: ████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: DEC  1992
----------------------------------------------------------------------------------


BALANCE        9,890.94
----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:      Linda L. Drake
TITLE:           Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/10/2005

FORM 4340   (REV. 01-2002)                    PAGE     5
```