# EXHIBIT 22

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ███2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period March 31, 1993, consisting of six pages————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                          Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
                                        EIN/SSN:         2838
BOB C THOMAS
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: MAR  1993
                                         ASSESSMENT,       PAYMENT,      ASSESSMENT
                                         OTHER DEBITS      CREDIT        DATE (23C,
DATE         EXPLANATION OF TRANSACTION  (REVERSAL)        (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
                                                           18,561.40     05-24-1993
04-30-1993  RETURN FILED
            29141-107-92016-3   199319
                                                            3,250.00
01-19-1993  FEDERAL TAX DEPOSIT
                                                              778.86
01-19-1993  FEDERAL TAX DEPOSIT
                                                            3,329.98
01-19-1993  FEDERAL TAX DEPOSIT
                                                              375.68
01-25-1993  FEDERAL TAX DEPOSIT
                                                               87.86
01-25-1993  FEDERAL TAX DEPOSIT
                                                              317.00
01-25-1993  FEDERAL TAX DEPOSIT
                                                              645.78
02-22-1993  FEDERAL TAX DEPOSIT
                                                            2,415.00
02-22-1993  FEDERAL TAX DEPOSIT
                                                            2,761.02
02-22-1993  FEDERAL TAX DEPOSIT
                                                            1,929.00
03-16-1993  FEDERAL TAX DEPOSIT
                                                              506.34
03-16-1993  FEDERAL TAX DEPOSIT
                                                            2,164.88
03-16-1993  FEDERAL TAX DEPOSIT
                                                            1,934.00
04-16-1993  FEDERAL TAX DEPOSIT
                                                            1,939.60
04-16-1993  FEDERAL TAX DEPOSIT

FORM 4340   (REV. 01-2002)               PAGE     1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                            EIN/SSN:  ████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941           TAX PERIOD: MAR  1993

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
                                         OTHER DEBITS     CREDIT        DATE (23C,
DATE         EXPLANATION OF TRANSACTION  (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

04-16-1993   FEDERAL TAX DEPOSIT                             453.66

04-16-1993   CORRECTION OF FEDERAL TAX                    (1,934.00)
             DEPOSIT

04-16-1993   CORRECTION OF FEDERAL TAX                    (1,939.60)
             DEPOSIT

04-16-1993   CORRECTION OF FEDERAL TAX                      (453.66)
             DEPOSIT

03-08-1996   RECEIVED POA/TIA

09-06-1996   ASSESSMENT STATUTE EXPIR
             DATE EXTEND TO 06-30-1998

01-13-1997   REMOVED POA/TIA

01-13-1997   RECEIVED POA/TIA

             FEDERAL TAX DEPOSIT             9.28                       02-24-1997
             PENALTY
             199707

             ADDITIONAL TAX ASSESSED                          428.01    02-24-1997
             BY EXAMINATION
             AGREED AUDIT DEFICIENCY
             PRIOR TO 30 OR 60 DAY
             LETTER
             29147-434-90005-7   199707

FORM 4340   (REV. 01-2002)              PAGE     2
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
                                        EIN/SSN:         2838
BOB C THOMAS
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941          TAX PERIOD: MAR  1993

                                      ASSESSMENT,     PAYMENT,     ASSESSMENT
                                      OTHER DEBITS    CREDIT       DATE (23C,
  DATE       EXPLANATION OF TRANSACTION (REVERSAL)    (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

02-24-1997  RENUMBERED RETURN
            29147-434-90005-7

            INTEREST ASSESSED                          160.27      02-24-1997
            199707

08-08-1997  FEDERAL TAX LIEN

10-13-1998  OFFER IN COMPROMISE
            PENDING

09-01-1999  OFFER IN COMPROMISE
            REJECTED

08-20-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-27-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

09-27-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

FORM 4340   (REV. 01-2002)            PAGE     3
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:         2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: MAR  1993

                                       ASSESSMENT,    PAYMENT,     ASSESSMENT
                                       OTHER DEBITS   CREDIT       DATE (23C,
DATE         EXPLANATION OF TRANSACTION (REVERSAL)    (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

10-08-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

11-14-2001  LEGAL SUIT PENDING

12-24-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

06-29-2002  LEGAL SUIT NO LONGER
            PENDING

10-28-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-09-2002  COLLECTION STATUTE
            EXTENSION TO 10-09-2007

01-19-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-17-2004  REMOVED POA/TIA

02-24-1997  Statutory Notice of Balance Due

03-31-1997  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                      PAGE      4
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

BOB C THOMAS                               EIN/SSN:  ███████2838
THOMAS ENGINEERING



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: MAR  1993

                                          ASSESSMENT,      PAYMENT,     ASSESSMENT
                                         OTHER DEBITS       CREDIT      DATE (23C,
   DATE       EXPLANATION OF TRANSACTION  (REVERSAL)      (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
08-13-2001  Statutory Notice of Intent to Levy

09-02-2002  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                      PAGE      5
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

BOB C THOMAS                          EIN/SSN: ████2838
THOMAS ENGINEERING



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: MAR  1993
------------------------------------------------------------------------------


BALANCE          597.56

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
                                  [signature]
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____
PRINT NAME:  _____Linda L. Drake_____
TITLE:       _____Supervisor Accounting Technician, Ogden SB/SE Submission Processing___
DELEGATION ORDER: ____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE  01/10/2005

FORM 4340  (REV. 01-2002)                    PAGE     6
```