# EXHIBIT 23

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ███2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period September 30, 1994, consisting of six pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                     Form **2866** (Rev. 09-1997)

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

BOB C THOMAS                          EIN/SSN: ████ 2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1994
                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
10-31-1994  RETURN FILED                                   17,217.88     11-21-1994
            29141-288-58109-4   199445
07-01-1994  FEDERAL TAX DEPOSIT                               252.20
07-01-1994  FEDERAL TAX DEPOSIT                             1,078.28
07-01-1994  FEDERAL TAX DEPOSIT                             1,691.62
07-15-1994  FEDERAL TAX DEPOSIT                               225.70
07-15-1994  FEDERAL TAX DEPOSIT                             1,456.77
07-15-1994  FEDERAL TAX DEPOSIT                               964.98
07-29-1994  FEDERAL TAX DEPOSIT                               905.52
07-29-1994  FEDERAL TAX DEPOSIT                             1,267.90
07-29-1994  FEDERAL TAX DEPOSIT                               211.80
08-12-1994  FEDERAL TAX DEPOSIT                               200.58
08-12-1994  FEDERAL TAX DEPOSIT                               857.56
08-12-1994  FEDERAL TAX DEPOSIT                             1,258.65
08-31-1994  FEDERAL TAX DEPOSIT                               200.24
08-31-1994  FEDERAL TAX DEPOSIT                             1,387.36

FORM 4340  (REV. 01-2002)                 PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------
BOB C THOMAS                            EIN/SSN:  ████████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941          TAX PERIOD: SEPT 1994

                                        ASSESSMENT,       PAYMENT,       ASSESSMENT
   DATE      EXPLANATION OF TRANSACTION OTHER DEBITS      CREDIT         DATE (23C,
                                        (REVERSAL)        (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------------
08-31-1994 FEDERAL TAX DEPOSIT                              856.10
09-16-1994 FEDERAL TAX DEPOSIT                            1,109.65
09-16-1994 FEDERAL TAX DEPOSIT                              773.06
09-16-1994 FEDERAL TAX DEPOSIT                              180.82
09-30-1994 FEDERAL TAX DEPOSIT                              199.26
09-30-1994 FEDERAL TAX DEPOSIT                              851.90
09-30-1994 FEDERAL TAX DEPOSIT                            1,287.93
03-08-1996 RECEIVED POA/TIA
01-13-1997 REMOVED POA/TIA
01-13-1997 RECEIVED POA/TIA
           FEDERAL TAX DEPOSIT               23.29                       02-24-1997
           PENALTY
           199707
           ADDITIONAL TAX ASSESSED        1,318.00                       02-24-1997
           BY EXAMINATION
           AGREED AUDIT DEFICIENCY
           PRIOR TO 30 OR 60 DAY
           LETTER
           29147-434-90006-7  199707

FORM 4340   (REV. 01-2002)              PAGE    2
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:  ████ 2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1994

                                        ASSESSMENT,      PAYMENT,     ASSESSMENT
                                        OTHER DEBITS     CREDIT       DATE (23C,
DATE        EXPLANATION OF TRANSACTION  (REVERSAL)       (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

02-24-1997  RENUMBERED RETURN
            29147-434-90006-7

            INTEREST ASSESSED                            305.69       02-24-1997
            199707

08-08-1997  FEDERAL TAX LIEN

10-13-1998  OFFER IN COMPROMISE
            PENDING

09-01-1999  OFFER IN COMPROMISE
            REJECTED

08-20-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-27-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

09-27-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

FORM 4340   (REV. 01-2002)              PAGE    3
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------
BOB C THOMAS                               EIN/SSN:         2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1994

                                          ASSESSMENT,       PAYMENT,      ASSESSMENT
    DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS      CREDIT        DATE (23C,
                                          (REVERSAL)        (REVERSAL)    RAC 006 )
----------------------------------------------------------------------------

10-08-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

11-14-2001   LEGAL SUIT PENDING

12-24-2001   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

06-29-2002   LEGAL SUIT NO LONGER
             PENDING

10-28-2002   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

12-09-2002   COLLECTION STATUTE
             EXTENSION TO 10-09-2007

01-19-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

02-02-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

06-17-2004   REMOVED POA/TIA

02-24-1997   Statutory Notice of Balance Due

03-31-1997   Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)              PAGE     4
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN: ███████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1994

                                         ASSESSMENT,     PAYMENT,      ASSESSMENT
   DATE       EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT        DATE (23C,
                                         (REVERSAL)     (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
08-13-2001  Statutory Notice of Intent to Levy

09-02-2002  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                       PAGE      5
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

BOB C THOMAS                              EIN/SSN: ████2838
THOMAS ENGINEERING



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: SEPT 1994
------------------------------------------------------------------------------------


BALANCE        1,646.98
------------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:            Linda L. Drake
TITLE:                 Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:      SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/10/2005

FORM 4340   (REV. 01-2002)                    PAGE     6
```