# EXHIBIT 24

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▮2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period March 31, 1996, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                      Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
                                        EIN/SSN:  ████2838
BOB C THOMAS
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: MAR  1996
                                           ASSESSMENT,    PAYMENT,     ASSESSMENT
                                           OTHER DEBITS   CREDIT       DATE (23C,
  DATE        EXPLANATION OF TRANSACTION   (REVERSAL)     (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------------
                                                          15,876.05    03-24-1997
02-21-1997  RETURN FILED
            29141-054-01503-7   199711

02-02-1996  FEDERAL TAX DEPOSIT                            4,942.37

02-02-1996  FEDERAL TAX DEPOSIT                            3,780.37

            LATE FILING PENALTY            1,609.49                    04-30-1996
            199711

            FEDERAL TAX DEPOSIT            1,006.39                    03-24-1997
            PENALTY
            199711

            FAILURE TO PAY TAX              393.43                     03-24-1997
            PENALTY
            199711

            INTEREST ASSESSED               720.68                     03-24-1997
            199711

            FEDERAL TAX DEPOSIT             357.66                     04-28-1997
            PENALTY
            199716

08-08-1997  FEDERAL TAX LIEN

10-13-1998  OFFER IN COMPROMISE
            PENDING

FORM 4340   (REV. 01-2002)                  PAGE     1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------
                                         EIN/SSN:        2838
BOB C THOMAS
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: MAR  1996

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
                                         OTHER DEBITS     CREDIT        DATE (23C,
DATE         EXPLANATION OF TRANSACTION  (REVERSAL)       (REVERSAL)    RAC 006 )
----------------------------------------------------------------------------------

09-01-1999   OFFER IN COMPROMISE
             REJECTED

08-20-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

08-27-2001   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

09-25-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

09-27-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

10-08-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

11-14-2001   LEGAL SUIT PENDING

12-24-2001   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

FORM 4340  (REV. 01-2002)                         PAGE    2
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:  ▓▓▓▓▓▓2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: MAR  1996

                                        ASSESSMENT,      PAYMENT,     ASSESSMENT
                                        OTHER DEBITS     CREDIT       DATE (23C,
  DATE       EXPLANATION OF TRANSACTION  (REVERSAL)     (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
06-29-2002  LEGAL SUIT NO LONGER
            PENDING

10-28-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-09-2002  COLLECTION STATUTE
            EXTENSION TO 12-11-2007

01-19-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-24-1997  Statutory Notice of Balance Due

04-28-1997  Statutory Notice of Intent to Levy

08-13-2001  Statutory Notice of Intent to Levy

09-02-2002  Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)               PAGE      3
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                          EIN/SSN:  [REDACTED]2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: MAR  1996
-------------------------------------------------------------------------------


BALANCE        11,240.96

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:      Linda L. Drake
TITLE:           Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340  (REV. 01-2002)                        PAGE    4
```