# EXHIBIT 25

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▮2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period June 30, 1996, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                                 Form **2866** (Rev. 09-1997)

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                         EIN/SSN:  [REDACTED]2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: JUNE 1996
                                        ASSESSMENT,    PAYMENT,     ASSESSMENT
                                        OTHER DEBITS   CREDIT       DATE (23C,
DATE         EXPLANATION OF TRANSACTION (REVERSAL)     (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------
02-21-1997   RETURN FILED                              10,983.36    03-24-1997
             29141-054-00740-7   199711

04-24-1996   FEDERAL TAX DEPOSIT                        4,736.83

             LATE FILING PENALTY         1,405.47                   07-31-1996
             199711

             FEDERAL TAX DEPOSIT           716.18                   03-24-1997
             PENALTY
             199711

             FAILURE TO PAY TAX            249.86                   03-24-1997
             PENALTY
             199711

             INTEREST ASSESSED             457.60                   03-24-1997
             199711

             FEDERAL TAX DEPOSIT           312.33                   04-28-1997
             PENALTY
             199716

08-08-1997   FEDERAL TAX LIEN

10-13-1998   OFFER IN COMPROMISE
             PENDING

09-01-1999   OFFER IN COMPROMISE
             REJECTED

FORM 4340   (REV. 01-2002)              PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                            EIN/SSN:        2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941          TAX PERIOD: JUNE 1996

                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
   DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------

08-20-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

08-27-2001   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

09-25-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

09-27-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

10-08-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

11-14-2001   LEGAL SUIT PENDING

12-24-2001   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

06-29-2002   LEGAL SUIT NO LONGER
             PENDING

FORM 4340   (REV. 01-2002)                         PAGE     2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:       2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: JUNE 1996

                                         ASSESSMENT,    PAYMENT,    ASSESSMENT
    DATE      EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT      DATE (23C,
                                         (REVERSAL)     (REVERSAL)  RAC 006 )
-----------------------------------------------------------------------------
10-28-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-09-2002  COLLECTION STATUTE
            EXTENSION TO 12-11-2007

01-19-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-24-1997  Statutory Notice of Balance Due

04-28-1997  Statutory Notice of Intent to Levy

08-13-2001  Statutory Notice of Intent to Levy

09-02-2002  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                       PAGE    3
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN: ███████2838
THOMAS ENGINEERING



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: JUNE 1996
-----------------------------------------------------------------------------------

BALANCE        9,387.97

-----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:        Linda L. Drake

TITLE:             Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER:  SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340  (REV. 01-2002)                          PAGE    4
```