# EXHIBIT 26

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▮2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period September 30, 1996, consisting of four pages————————————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                              Form **2866** (Rev. 09-1997)

```
                 CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------
BOB C THOMAS                            EIN/SSN:         2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: SEPT 1996
                                      ASSESSMENT,       PAYMENT,       ASSESSMENT
                                      OTHER DEBITS      CREDIT         DATE (23C,
DATE        EXPLANATION OF TRANSACTION (REVERSAL)       (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------------
02-21-1997  RETURN FILED                                5,277.18       03-24-1997
            29141-054-01039-7   199711

            LATE FILING PENALTY                         949.89         10-31-1996
            199711

            FEDERAL TAX DEPOSIT                         527.72         03-24-1997
            PENALTY
            199711

            FAILURE TO PAY TAX                          131.93         03-24-1997
            PENALTY
            199711

            INTEREST ASSESSED                           224.78         03-24-1997
            199711

            FEDERAL TAX DEPOSIT                         263.86         04-28-1997
            PENALTY
            199716

08-08-1997  FEDERAL TAX LIEN

10-13-1998  OFFER IN COMPROMISE
            PENDING

09-01-1999  OFFER IN COMPROMISE
            REJECTED

08-20-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

FORM 4340  (REV. 01-2002)                  PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN: ▇▇▇▇▇2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1996

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
    DATE      EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------

08-27-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

09-27-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

10-08-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

11-14-2001  LEGAL SUIT PENDING

12-24-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

06-29-2002  LEGAL SUIT NO LONGER
            PENDING

10-28-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                         PAGE       2
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:  ███████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941          TAX PERIOD: SEPT 1996

                                           ASSESSMENT,       PAYMENT,      ASSESSMENT
   DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS      CREDIT        DATE (23C,
                                           (REVERSAL)        (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
12-09-2002  COLLECTION STATUTE
            EXTENSION TO 12-11-2007

01-19-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-24-1997  Statutory Notice of Balance Due

04-28-1997  Statutory Notice of Intent to Levy

08-13-2001  Statutory Notice of Intent to Levy

09-02-2002  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                         PAGE      3
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN:  ▆▆▆▆▆2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1996
-------------------------------------------------------------------------------

BALANCE            7,375.36

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:          Linda L. Drake
TITLE:               Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:    SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/10/2005

FORM 4340  (REV. 01-2002)                       PAGE    4
```