# EXHIBIT 30



**United States** of America

### Department of the Treasury
### Internal Revenue Service

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ██████2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period September 30, 1997, consisting of four pages————————————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

BOB C THOMAS                          EIN/SSN: ████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: SEPT 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-20-1998 | RETURN FILED 29141-122-18087-8  199820 | | 3,396.31 | 06-01-1998 |
| | LATE FILING PENALTY 199820 | | 764.17 | 10-31-1997 |
| | FEDERAL TAX DEPOSIT PENALTY 199820 | | 339.60 | 06-01-1998 |
| | FAILURE TO PAY TAX PENALTY 199820 | | 135.85 | 06-01-1998 |
| | INTEREST ASSESSED 199820 | | 216.88 | 06-01-1998 |
| | FEDERAL TAX DEPOSIT PENALTY 199825 | | 169.82 | 07-06-1998 |
| 09-18-1998 | FEDERAL TAX LIEN | | | |
| 10-13-1998 | OFFER IN COMPROMISE PENDING | | | |
| 09-01-1999 | OFFER IN COMPROMISE REJECTED | | | |
| 08-20-2001 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)              PAGE     1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

BOB C THOMAS                          EIN/SSN: ██████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: SEPT 1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-27-2001 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-25-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 09-27-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 10-08-2001 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-14-2001 | LEGAL SUIT PENDING | | | |
| 12-24-2001 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-29-2002 | LEGAL SUIT NO LONGER PENDING | | | |
| 10-28-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BOB C THOMAS                            EIN/SSN: ████████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: SEPT 1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 12-09-2002 | COLLECTION STATUTE EXTENSION TO 02-18-2009 | | | |
| 01-19-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-02-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-01-1998 | Statutory Notice of Balance Due | | | |
| 07-06-1998 | Statutory Notice of Intent to Levy | | | |
| 08-13-2001 | Statutory Notice of Intent to Levy | | | |
| 09-02-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

BOB C THOMAS                              EIN/SSN: ████████2838
THOMAS ENGINEERING



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1997
-----------------------------------------------------------------------------


BALANCE         5,022.63

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:
PRINT NAME:_____Linda L. Drake_____
TITLE:_____Supervisor Accounting Technician, Ogden SB/SE Submission Processing_____
DELEGATION ORDER:_____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 01/10/2005

FORM 4340  (REV. 01-2002)                    PAGE     4
```