# EXHIBIT 31



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▆▆▆2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period December 31, 1997, consisting of four pages ——————————————————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

BOB C THOMAS  
THOMAS ENGINEERING

EIN/SSN: ███████2838

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN  
FORM: 941          TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| 04-20-1998 | RETURN FILED 29141-122-18088-8  199820 | | 2,558.48 | 06-01-1998 |
| | LATE FILING PENALTY 199820 | | 345.39 | 01-31-1998 |
| | FEDERAL TAX DEPOSIT PENALTY 199820 | | 255.84 | 06-01-1998 |
| | FAILURE TO PAY TAX PENALTY 199820 | | 63.96 | 06-01-1998 |
| | INTEREST ASSESSED 199820 | | 82.86 | 06-01-1998 |
| | FEDERAL TAX DEPOSIT PENALTY 199825 | | 127.92 | 07-06-1998 |
| 09-18-1998 | FEDERAL TAX LIEN | | | |
| 10-13-1998 | OFFER IN COMPROMISE PENDING | | | |
| 09-01-1999 | OFFER IN COMPROMISE REJECTED | | | |
| 08-20-2001 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340 (REV. 01-2002)                    PAGE    1

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN: ████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: DEC  1997

                                          ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS   CREDIT       DATE (23C,
                                          (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------
08-27-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

09-27-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

10-08-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

11-14-2001  LEGAL SUIT PENDING

12-24-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

06-29-2002  LEGAL SUIT NO LONGER
            PENDING

10-28-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                       PAGE    2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

BOB C THOMAS                             EIN/SSN: ███████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: DEC  1997

                                         ASSESSMENT,    PAYMENT,     ASSESSMENT
                                         OTHER DEBITS   CREDIT       DATE (23C,
    DATE       EXPLANATION OF TRANSACTION (REVERSAL)    (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

12-09-2002  COLLECTION STATUTE
            EXTENSION TO 02-18-2009

01-19-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-01-1998  Statutory Notice of Balance Due

07-06-1998  Statutory Notice of Intent to Levy

08-13-2001  Statutory Notice of Intent to Levy

09-02-2002  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                    PAGE      3
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:         2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: DEC  1997
------------------------------------------------------------------------------

BALANCE         3,434.45

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:       Linda L. Drake
TITLE:            Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340  (REV. 01-2002)                          PAGE     4
```