# EXHIBIT 32

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▌2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period December 31, 1998, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                    Form **2866** (Rev. 09-1997)

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

BOB C THOMAS                          EIN/SSN:         2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: DEC  1998
                                        ASSESSMENT,    PAYMENT,    ASSESSMENT
                                        OTHER DEBITS   CREDIT      DATE (23C,
DATE         EXPLANATION OF TRANSACTION (REVERSAL)     (REVERSAL)  RAC 006 )
---------------------------------------------------------------------------
01-09-2001  RETURN FILED                                2,087.75   02-26-2001
            81141-027-68427-1   200107

            LATE FILING PENALTY                           469.74   02-26-2001
            200107

            FEDERAL TAX DEPOSIT                           208.77   02-26-2001
            PENALTY
            200107

            FAILURE TO PAY TAX                            260.97   02-26-2001
            PENALTY
            200107

            INTEREST ASSESSED                             483.46   02-26-2001
            200107

            FEDERAL TAX DEPOSIT                           104.39   04-02-2001
            PENALTY
            200112

03-16-2001  FEDERAL TAX LIEN

08-20-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)               PAGE    1
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

BOB C THOMAS                          EIN/SSN:         2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: DEC  1998

                                        ASSESSMENT,    PAYMENT,     ASSESSMENT
                                        OTHER DEBITS   CREDIT       DATE (23C,
   DATE       EXPLANATION OF TRANSACTION (REVERSAL)    (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------

11-14-2001  LEGAL SUIT PENDING

12-24-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

06-29-2002  LEGAL SUIT NO LONGER
            PENDING

10-28-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

01-19-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

05-03-1999  Taxpayer Deliquency Notice

02-26-2001  Statutory Notice of Balance Due

04-02-2001  Statutory Notice of Intent to Levy

09-02-2002  Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE     2
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

BOB C THOMAS                              EIN/SSN:  ████2838
THOMAS ENGINEERING



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: DEC  1998
------------------------------------------------------------------------------------


BALANCE        3,615.08

------------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:   Linda L. Drake
TITLE:        Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:   SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005
FORM 4340   (REV. 01-2002)                      PAGE     3
```