# EXHIBIT 33

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ███2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period March 31, 1999, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

BOB C THOMAS  
THOMAS ENGINEERING

EIN/SSN: ████2838

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN  
FORM: 941        TAX PERIOD: MAR  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| 11-16-2000 | RETURN FILED 29141-344-00586-0  200052 | | 802.95 | 01-08-2001 |
| 12-06-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 350.20 | |
| | LATE FILING PENALTY 200052 | 180.66 | | 01-08-2001 |
| | FAILURE TO PAY TAX PENALTY 200052 | 82.55 | | 01-08-2001 |
| | INTEREST ASSESSED 200052 | 148.54 | | 01-08-2001 |
| 03-16-2001 | FEDERAL TAX LIEN | | | |
| 08-20-2001 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-25-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 11-14-2001 | LEGAL SUIT PENDING | | | |
| 12-24-2001 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340   (REV. 01-2002)                          PAGE    1

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

BOB C THOMAS                              EIN/SSN:      2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: MAR  1999

                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
   DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------

06-29-2002  LEGAL SUIT NO LONGER
              PENDING

10-28-2002  MODULE BLOCKED OR
              RELEASED FROM FEDERAL
              PAYMENT LEVY PROGRAM

01-19-2004  REVERSAL OF MODULE
              BLOCKED FROM FEDERAL
              PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
              LEVY PROGRAM

01-08-2001  Statutory Notice of Balance Due

01-29-2001  Statutory Notice of Intent to Levy

09-02-2002  Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                          PAGE     2
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN:   ████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: MAR  1999
------------------------------------------------------------------------------------

BALANCE            864.50

------------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME:          Linda L. Drake

TITLE:               Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER:    SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/10/2005

FORM 4340   (REV. 01-2002)                          PAGE     3
```