# EXHIBIT 35

United States  of America

**Department of the Treasury
Internal Revenue Service**

Date: Jan. 10, 2005

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▮▮▮2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period September 30, 1999, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                            EIN/SSN:  ██████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1999
                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
11-16-2000   RETURN FILED                                518.13        01-01-2001
             29141-344-00588-0  200051

             LATE FILING PENALTY                         116.58        01-01-2001
             200051

             FAILURE TO PAY TAX                          38.86         01-01-2001
             PENALTY
             200051

             INTEREST ASSESSED                           67.53         01-01-2001
             200051

03-16-2001   FEDERAL TAX LIEN

08-20-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

09-25-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

11-14-2001   LEGAL SUIT PENDING

12-24-2001   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

06-29-2002   LEGAL SUIT NO LONGER
             PENDING

FORM 4340  (REV. 01-2002)               PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN: ████████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 1999

                                         ASSESSMENT,     PAYMENT,     ASSESSMENT
   DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                         (REVERSAL)      (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------------

10-28-2002   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

01-19-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

02-02-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

01-01-2001   Statutory Notice of Balance Due

01-22-2001   Statutory Notice of Intent to Levy

09-02-2002   Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                      PAGE     2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BOB C THOMAS                                    EIN/SSN:  ████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: SEPT 1999
------------------------------------------------------------------------

BALANCE          741.10

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _[signature]_

PRINT NAME: _____Linda L. Drake_____

TITLE: _____Supervisor Accounting Technician, Ogden SB/SE Submission Processing___

DELEGATION ORDER: ____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340  (REV. 01-2002)                       PAGE      3