# EXHIBIT 36

# United States  of America

**Department of the Treasury
Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ███2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period December 31, 1999, consisting of three pages ─────────────────────────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                            EIN/SSN: ████2838
THOMAS ENGINEERING



TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941          TAX PERIOD: DEC  1999
                                       ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT       DATE (23C,
                                       (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------
11-16-2000  RETURN FILED                              1,015.43     01-01-2001
            29141-344-00589-0   200051

            LATE FILING PENALTY                         228.47     01-01-2001
            200051

            FEDERAL TAX DEPOSIT                         101.54     01-01-2001
            PENALTY
            200051

            FAILURE TO PAY TAX                           60.93     01-01-2001
            PENALTY
            200051

            INTEREST ASSESSED                           104.91     01-01-2001
            200051

            FEDERAL TAX DEPOSIT                          50.77     02-05-2001
            PENALTY
            200104

03-16-2001  FEDERAL TAX LIEN

08-20-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

09-25-2001  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)              PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN: █████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: DEC  1999

                                    ASSESSMENT,      PAYMENT,      ASSESSMENT
    DATE     EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT       DATE (23C,
                                    (REVERSAL)      (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
11-14-2001 LEGAL SUIT PENDING

12-24-2001 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

06-29-2002 LEGAL SUIT NO LONGER
           PENDING

10-28-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-19-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-02-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

01-01-2001 Statutory Notice of Balance Due

02-05-2001 Statutory Notice of Intent to Levy

09-02-2002 Statutory Notice of Intent to Levy

FORM 4340   (REV. 01-2002)                   PAGE    2
```

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN:      ██████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: DEC  1999
------------------------------------------------------------------------------------

BALANCE              1,562.05

------------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:        Linda L. Drake
TITLE:             Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340  (REV. 01-2002)                          PAGE     3
```