# EXHIBIT 37



# United States         of America

### Department of the Treasury
### Internal Revenue Service

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ███2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period March 31, 2000, consisting of three pages ————————————————————————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                        Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

BOB C THOMAS                          EIN/SSN: ████████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: MAR  2000
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-12-2000 | RETURN FILED 29141-365-00657-0  200103 | | 1,618.02 | 01-29-2001 |
| | LATE FILING PENALTY 200103 | | 364.05 | 01-29-2001 |
| | FEDERAL TAX DEPOSIT PENALTY 200103 | | 161.80 | 01-29-2001 |
| | FAILURE TO PAY TAX PENALTY 200103 | | 72.81 | 01-29-2001 |
| | INTEREST ASSESSED 200103 | | 138.17 | 01-29-2001 |
| | FEDERAL TAX DEPOSIT PENALTY 200108 | | 80.90 | 03-05-2001 |
| 03-16-2001 | FEDERAL TAX LIEN | | | |
| 08-20-2001 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-25-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

```
FORM 4340  (REV. 01-2002)              PAGE    1
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                        EIN/SSN:  ████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: MAR  2000


                                    ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT       DATE (23C,
                                    (REVERSAL)      (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------
11-14-2001 LEGAL SUIT PENDING

12-24-2001 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

06-29-2002 LEGAL SUIT NO LONGER
           PENDING

10-28-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-19-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-02-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

01-29-2001 Statutory Notice of Balance Due

03-05-2001 Statutory Notice of Intent to Levy

09-02-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                      PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

BOB C THOMAS                                    EIN/SSN: ████████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941          TAX PERIOD: MAR  2000
-----------------------------------------------------------------------------------

BALANCE          2,435.75

-----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_____

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden SB/SE Submission Processing___

DELEGATION ORDER:____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 01/10/2005

FORM 4340   (REV. 01-2002)                    PAGE    3