# EXHIBIT 38

United States  of America

**Department of the Treasury
Internal Revenue Service**

Date: Jan. 10, 2005

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ■■■2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period June 30, 2000, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN:    ███  2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941           TAX PERIOD: JUNE 2000
                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)      (REVERSAL)      RAC 006 )
-----------------------------------------------------------------------------------
12-12-2000   RETURN FILED                                   827.19       01-29-2001
             29141-365-00656-0   200103

             LATE FILING PENALTY                            186.12       01-29-2001
             200103

             FAILURE TO PAY TAX                              24.82       01-29-2001
             PENALTY
             200103

             INTEREST ASSESSED                               46.39       01-29-2001
             200103

03-16-2001   FEDERAL TAX LIEN

08-20-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

09-25-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

11-14-2001   LEGAL SUIT PENDING

12-24-2001   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

06-29-2002   LEGAL SUIT NO LONGER
             PENDING

FORM 4340    (REV. 01-2002)              PAGE     1
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

BOB C THOMAS                           EIN/SSN: ████ 2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941          TAX PERIOD: JUNE 2000

                                        ASSESSMENT,    PAYMENT,     ASSESSMENT
   DATE       EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT       DATE (23C,
                                        (REVERSAL)    (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------

10-28-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

01-19-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

01-29-2001  Statutory Notice of Balance Due

02-19-2001  Statutory Notice of Intent to Levy

09-02-2002  Statutory Notice of Intent to Levy

FORM 4340  (REV. 01-2002)                      PAGE     2
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
        ---------------------------------------------------------------------------
        BOB C THOMAS                              EIN/SSN:      ████2838
        THOMAS ENGINEERING


        TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
        FORM: 941          TAX PERIOD: JUNE 2000
        ---------------------------------------------------------------------------

        BALANCE           1,084.52

        ---------------------------------------------------------------------------
        I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
        TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
        AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
        PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
        RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
        FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
        APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

        ---------------------------------------------------------------------------
        SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
        PRINT NAME:        Linda L. Drake
        TITLE:             Supervisor Accounting Technician, Ogden SB/SE Submission Processing
        DELEGATION ORDER:  SW Delegation Order 198

        LOCATION: INTERNAL REVENUE SERVICE

                  ACCOUNT STATUS DATE 01/10/2005

        FORM 4340  (REV. 01-2002)                        PAGE    3
```