# EXHIBIT 39



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ███2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period December 31, 2000, consisting of three pages ————————————————————————————
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                                   EIN/SSN:  ███████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: DEC  2000
                                       ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT        DATE (23C,
                                       (REVERSAL)     (REVERSAL)     RAC 006 )
--------------------------------------------------------------------------------
             RETURN FILED                              4,333.40      02-26-2001
             29141-014-19450-1    200107

01-17-2001   PAYMENT WITH RETURN                         750.00

             FEDERAL TAX DEPOSIT                         433.34      02-26-2001
             PENALTY
             200107

             FAILURE TO PAY TAX                           17.92      02-26-2001
             PENALTY
             200107

             INTEREST ASSESSED                            23.04      02-26-2001
             200107

             FEDERAL TAX DEPOSIT                         179.17      04-02-2001
             PENALTY
             200112

03-16-2001   FEDERAL TAX LIEN

08-20-2001   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

09-25-2001   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

11-14-2001   LEGAL SUIT PENDING

FORM 4340  (REV. 01-2002)                    PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                                  EIN/SSN:          2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: DEC  2000

                                         ASSESSMENT,       PAYMENT,      ASSESSMENT
   DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS      CREDIT       DATE (23C,
                                         (REVERSAL)       (REVERSAL)      RAC 006 )
-----------------------------------------------------------------------------------
12-24-2001  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

06-29-2002  LEGAL SUIT NO LONGER
            PENDING

10-28-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

01-19-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

02-26-2001  Statutory Notice of Balance Due

04-02-2001  Statutory Notice of Intent to Levy

09-02-2002  Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                         PAGE    2
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: DEC  2000
--------------------------------------------------------------------------------

BALANCE           4,236.87

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:     Linda L. Drake
TITLE:          Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 01/10/2005
FORM 4340  (REV. 01-2002)                          PAGE     3
```