# EXHIBIT 40

Case 4:06-cv-00003-RRB   Document 28-40   Filed 08/24/2007   Page 1 of 4

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▇▇▇2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period June 30, 2001, consisting of two pages ─────────────────────────────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E              Form **2866** (Rev. 09-1997)

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

BOB C THOMAS                                EIN/SSN:         2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: JUNE 2001

                                         ASSESSMENT,       PAYMENT,       ASSESSMENT
 DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT         DATE (23C,
                                         (REVERSAL)        (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------------
07-31-2001  RETURN FILED                                   3,368.00       09-17-2001
            81141-217-63516-1   200136

07-31-2001  PAYMENT WITH RETURN                            3,368.00

            FEDERAL TAX DEPOSIT                            336.75         09-17-2001
            PENALTY
            200136

12-03-2001  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

04-10-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

04-12-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-24-2002  FEDERAL TAX LIEN

09-17-2001  Statutory Notice of Balance Due

10-08-2001  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                 PAGE    1
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                                   EIN/SSN:        2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941        TAX PERIOD: JUNE 2001
-------------------------------------------------------------------------------

BALANCE          336.75
-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:        Linda L. Drake
TITLE:             Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005

FORM 4340  (REV. 01-2002)                    PAGE     2
```