# EXHIBIT 41

United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ███2838, for Employer's Quarterly Federal Tax Return (Form 941), for tax period September 30, 2001, consisting of three pages ─────────────────────────────────
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E        Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

BOB C THOMAS                              EIN/SSN: ███████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 2001
                                        ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                        (REVERSAL)    (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------
11-15-2001  RETURN FILED                                4,425.74    12-24-2001
            29141-328-70206-1   200150

11-15-2001  PAYMENT WITH RETURN                                      4,425.74

            LATE FILING PENALTY          199.16                     12-24-2001
            200150

            FEDERAL TAX DEPOSIT          442.57                     12-24-2001
            PENALTY
            200150

            FAILURE TO PAY TAX            22.13                     12-24-2001
            PENALTY
            200150

            INTEREST ASSESSED             14.92                     12-24-2001
            200150

            DISHONORED CHECK PENALTY      88.51                     01-07-2002
            200152

11-15-2001  DISHONORED CHECK                           (4,425.74)

03-11-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

04-10-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)               PAGE     1
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------
BOB C THOMAS                                   EIN/SSN: ██████2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 2001

                                         ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT        DATE (23C,
                                         (REVERSAL)      (REVERSAL)    RAC 006 )
----------------------------------------------------------------------------------
04-12-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-24-2002  FEDERAL TAX LIEN

01-19-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-02-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

12-24-2001  Statutory Notice of Balance Due

01-14-2002  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                       PAGE     2
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                              EIN/SSN:  ▓▓▓▓▓▓2838
THOMAS ENGINEERING


TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941         TAX PERIOD: SEPT 2001
-----------------------------------------------------------------------------------

BALANCE          5,193.03

-----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:  [signature: Linda L. Drake]
PRINT NAME:      Linda L. Drake
TITLE:           Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/10/2005
FORM 4340  (REV. 01-2002)                         PAGE       3
```