# EXHIBIT 44



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ▮▮▮▮2838, for Civil Penalty, for tax period December 31, 1997, consisting of three pages ——————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                      Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                            EIN/SSN: ████2838
THOMAS ENGINEERING


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         TAX PERIOD: DEC  1997
                                        ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE          EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT        DATE (23C,
                                        (REVERSAL)     (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------

              MISCELLANEOUS PENALTY         3,529.03                  03-12-2001
              IRC 6721 PENALTY FOR
              INTENTIONAL DISREGARD
              29354-436-52020-1    200109

08-20-2001    MODULE IN FEDERAL PAYMENT
              LEVY PROGRAM

09-25-2001    INTENT TO LEVY COLLECTION
              DUE PROCESS NOTICE
              LEVY NOTICE ISSUED

11-14-2001    LEGAL SUIT PENDING

12-24-2001    MODULE REVERSED OUT OF
              FEDERAL PAYMENT LEVY
              PROGRAM

06-29-2002    LEGAL SUIT NO LONGER
              PENDING

10-28-2002    MODULE BLOCKED OR
              RELEASED FROM FEDERAL
              PAYMENT LEVY PROGRAM

10-18-2002    FEDERAL TAX LIEN

01-19-2004    REVERSAL OF MODULE
              BLOCKED FROM FEDERAL
              PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)              PAGE     1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN: ▉▉▉▉▉2838
THOMAS ENGINEERING


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC   1997
                                      ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                       (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

02-02-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

03-12-2001 Statutory Notice of Balance Due

04-09-2001 Statutory Notice of Intent to Levy

09-02-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                      PAGE     2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                                    EIN/SSN: ███████2838
THOMAS ENGINEERING


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1997
-------------------------------------------------------------------------------

BALANCE            3,529.03

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]

PRINT NAME:      Linda L. Drake

TITLE:           Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER:   SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/10/2005

FORM 4340  (REV. 01-2002)                        PAGE    3
```