# EXHIBIT 45



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ████2838, for Civil Penalty, for tax period December 31, 1998, consisting of two pages────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                               EIN/SSN: ███████2838
THOMAS ENGINEERING


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1998
                                        ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                        (REVERSAL)    (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

             MISCELLANEOUS PENALTY          1,550.00                12-03-2001
             IRC 6721 PENALTY FOR
             INTENTIONAL DISREGARD
             29154-301-00264-1  200147

02-25-2002   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

04-10-2002   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

04-12-2002   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

05-24-2002   FEDERAL TAX LIEN

01-19-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

02-02-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

12-03-2001   Statutory Notice of Balance Due

12-31-2001   Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                     PAGE    1
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------
BOB C THOMAS                                   EIN/SSN:        2838
THOMAS ENGINEERING


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         TAX PERIOD: DEC  1998
----------------------------------------------------------------------------------

BALANCE          1,550.00

----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:          Linda L. Drake
TITLE:               Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:    SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/10/2005
FORM 4340   (REV. 01-2002)                          PAGE     2
```