# EXHIBIT 46



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 10, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Bob C. Thomas, Thomas Engineering, EIN: ███2838, for Civil Penalty, for tax period December 31, 1999, consisting of two pages ─────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                              Form **2866** (Rev. 09-1997)

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN:  ███████2838
THOMAS ENGINEERING


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1999

                                     ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                     (REVERSAL)      (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------

            MISCELLANEOUS PENALTY               1,594.50            11-04-2002
            IRC 6721 PENALTY FOR
            INTENTIONAL DISREGARD
            29154-279-00872-2   200243

02-02-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

11-04-2002  Statutory Notice of Balance Due

12-02-2002  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                    PAGE    1
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
BOB C THOMAS                                EIN/SSN:  ██████2838
THOMAS ENGINEERING



TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC 1999
------------------------------------------------------------------------------


BALANCE         1,594.50

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:          Linda L. Drake
TITLE:               Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:    SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/10/2005
FORM 4340  (REV. 01-2002)                          PAGE    2
```