# EXHIBIT 48

## PROPERTY SUMMARY

**PAN**
0273201

**Property Physical Description**
LOT 1 BLOCK 10 BLUEBIRD HOMESTEAD

**Twn-Rng**
1S 2W

**Neighborhood**
1201 Ester/Parks Highway West

**Business**

**Property Class**
Residential

**Millage Group**
2225 BLUEBIRD ROAD SERVICE AREA

**Fire Service Area**
ESTER VOL FIRE

**Tax Status**
TAXABLE

**Most Recent Mill Rate**
18.018

Building Details

**Owner**

| Name | Interest |
|---|---|
| THOMAS, BOB C | OWNERSHIP |
| THOMAS, VIOLA R | CO-OWNER |

**Documents**

| Description | Record Date | Book | Page |
|---|---|---|---|
| Warranty Deed | Friday, July 18, 1980 | 183 | 293 |

**Situs Address**
3239 LA REE WAY

**Assessor's Land Class (NOTE: This is NOT land zoning)**

| ID | | Quantity |
|---|---|---|
| 1 | General Residential | 81893.000 Square Feet |

**Assessment History**

| Year | Land | Structures, etc. | Total | Taxable Amount |
|---|---|---|---|---|
| 2007 | $18,426.00 | $225,712.00 | $244,138.00 | $74,138.00 |
| 2006 | $11,056.00 | $218,127.00 | $229,183.00 | $59,183.00 |
| 2005 | $11,056.00 | $207,740.00 | $218,796.00 | $58,796.00 |
| 2004 | $11,056.00 | $195,920.00 | $206,976.00 | $46,976.00 |
| 2003 | $11,056.00 | $185,926.00 | $196,982.00 | $186,982.00 |

For questions regarding assessments, contact the FNSB Department of Assessing at 907-459-1429.

Click here to pay Property Taxes by credit card

**Tax History (Updated: 08/21/07 04:30 AM)**
If taxes are delinquent interest calculation date is: 09/04/07 and payment must be made with guaranteed funds.

| Tax Year | Tax Levied | State Exempt Tax | Fees | Total Due | Total Paid | Net Due |
|---|---|---|---|---|---|---|
| 2007 | $4,081.26 | $2,702.70 | $0.00 | $1,378.56 | $0.00 | $1,378.56 |
| 2006 | $4,058.80 | $2,876.84 | $0.00 | $1,181.96 | $1,181.96 | $0.00 |
| 2005 | $4,078.00 | $2,929.66 | $0.00 | $1,148.34 | $1,148.34 | $0.00 |
| 2004 | $3,983.26 | $3,033.30 | $0.00 | $949.96 | $949.96 | $0.00 |
| 2003 | $3,812.36 | $0.00 | $0.00 | $3,812.36 | $3,812.36 | $0.00 |

For questions regarding taxes, contact the FNSB Treasury and Budget Division at 907-459-1441.