# EXHIBIT 49

```
9656                                              COURT RECORDING DATA
------------------------------------------+-----------------------------------
    INTERNAL REVENUE SERVICE              | Lien Recorded   : 08/14/1997 - 12:41P
    FACSIMILE FEDERAL TAX LIEN DOCUMENT   | Recording Number: 97-17044
                                          | UCC Number      :
                                          | Liber           : 1019
                                          | Page            : 074
------------------------------------------+-----------------------------------
District: Anchorage                       | IRS Serial Number: 919747704
------------------------------------------+-----------------------------------
              This Lien Has Been Filed in Accordance with
              Internal Revenue Regulation 301.6323(f)-1.
-------------------------------------------------------------------------------
Name of Taxpayer :
    BOB C & VIOLA R THOMAS


-------------------------------------------------------------------------------
Residence :
    PO BOX 56284 APT 105
    N POLE, AK 99705
-------------------------------------------------------------------------------
    With respect to each assessment below, unless notice of lien
    is refiled by the date in column(e), this notice shall constitute
    the certificate of release of lien as defined in IRC 6325(a).
--------+-------------+------------+-----------+----------------+--------------
 Form   |  Period     | ID Number  | Assessed  | Refile Deadline| Unpaid Balance
  (a)   |   (b)       |    (c)     |   (d)     |      (e)       |     (f)
--------+-------------+------------+-----------+----------------+--------------
 1040   | 12/31/1990  |    -6619   | 06/05/1995|   07/05/2005   |       2248.87
 1040   | 12/31/1991  |    -6619   | 06/05/1995|   07/05/2005   |      54026.92
```

*[signature]*

```
---------------------------------------------------------------+---------------
Filed at:  RECORDING DISTRICT OF                               |
           FAIRBANKS                                 Total  $  |    56275.79
           FAIRBANKS, AK 99701                                 |
---------------------------------------------------------------+---------------
This notice was prepared and executed at Anchorage, AK
on this, the 05th day of August, 1997.
-------------------------------------------------------------------------------
Authorizing Official:                | Title:
    W. ALDRICH                       |   REVENUE OFFICER        91-01-4213
-------------------------------------------------------------------------------
```

```
9759 *** REFILED NOTICE ** REFILED NOTICE ***     COURT RECORDING DATA
----------------------------------------------+------------------------------------
   INTERNAL REVENUE SERVICE                   | Lien Recorded    : 11/26/2004 - 12:06PM
   FACSIMILE FEDERAL TAX LIEN DOCUMENT        | Recording Number: 2004-026734-0
                                              | UCC Number       :
                                              | Liber            :
                                              | Page             :
----------------------------------------------+------------------------------------
 Area: SMALL BUSINESS/SELF EMPLOYED #12       | Original IRS Serial No.: 919747704
 Lien Unit Phone: (800) 913-6050              | Lien Recorded         : 08/14/1997
----------------------------------------------+------------------------------------
              This Lien Has Been Filed in Accordance with
              Internal Revenue Regulation 301.6323(f)-1.
-------------------------------------------------------------------------------
 Name of Taxpayer :
   BOB C & VIOLA R THOMAS


-------------------------------------------------------------------------------
 Residence :
   PO BOX 56284 APT 105
   N POLE, AK 99705


-------+-----------+------------+------------+----------------+----------------
 Form  |  Period   | ID Number  |  Assessed  | Refile Deadline| Unpaid Balance
 (a)   |   (b)     |    (c)     |    (d)     |      (e)       |      (f)
-------+-----------+------------+------------+----------------+----------------
 1040    12/31/1991   ████-6619   06/05/1995        N/A              43593.06




+------------------------------------------------------------------------------+
|                    NOTICE OF FEDERAL TAX LIEN REFILING                       |
| Serial ID: 201276704                                                         |
| New TP Name: SAME AS ABOVE                    Refiled At: FAIRBANKS          |
| New Address :                                 New TIN: SAME AS ABOVE         |
|    935 AURORA DR                                                             |
|    FAIRBANKS, AK 99708                                                       |
| Authorizing Official:                         DATE : 11/17/2004              |
| NANCY JANKE                                   Title: REVENUE OFFICER         |
| (907) 456-0543                                       32-01-4106              |
+------------------------------------------------------------------------------+
 Filed at:  RECORDING DISTRICT OF
            FAIRBANKS
            FAIRBANKS, AK 99701                 Total  | $      43593.06
-------------------------------------------------------------------------------
 This notice was prepared and executed at SEATTLE, WA
 on this, the 05th day of August, 1997.
-------------------------------------------------------------------------------
 Authorizing Official:                         Title:
   W. ALDRICH                                    REVENUE OFFICER
                                                 91-01-4213
-------------------------------------------------------------------------------
```