# EXHIBIT 50

BK0975PG367

| Form 668 (Y) (c) (Rev. October 1993) | 159 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | For Optional Use by Recording Office |
|---|---|---|---|
| District<br>Chief, S.P.O. | | Serial Number<br>929602767 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

96-21017
15
FAIRBANKS REC. DISTRICT
REQUESTED BY IRS

'96 OCT 23 AM 11 20

Name of Taxpayer  BOB C THOMAS

Residence   3515 INDUSTRIAL AVE
            FAIRBANKS, AK  99701-7377

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/93 | ▇▇▇-6619 | 07/17/95 | 08/16/05 | 5355.08 |

Place of Filing
RECORDING DISTRICT OF
FAIRBANKS
FAIRBANKS, AK  99701

Total $ 5355.08

This notice was prepared and signed at Anchorage, AK, on this the 11th day of October, 19 96.

Signature for TIMOTHY TOWNS ACS

Title Branch Chief
92-01-0000

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office              Form 668 (Y) (c) (Rev. 10/93)