# EXHIBIT 51

BK1048PG932

RECORDING REQUESTED BY:
Internal Revenue Service

WHEN RECORDED RETURN TO:
Internal Revenue Service
915 Second Avenue M/S 246
Seattle WA 98174

15<sup>00</sup>
002555
FAIRBANKS
RECORDING DISTRICT

1998 FE -5 PH 12:44
REQUESTED BY
IRS

This Space Reserved for Recorder Only

Department of the Treasury - Internal Revenue Service
**Notice of Federal Tax Lien**

Form 668 (Y)
(Rev. October 1993)

2117

District: PACIFIC-NORTHWEST

Serial Number: 919861063

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: BOB C THOMAS

Residence: 500 SECOND AVE
FAIRBANKS, AK 99701-4729

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1994 | -6619 | 09/08/1997 | 10/08/2007 | 19111.46 |
| 1040 | 12/31/1995 | -6619 | 09/08/1997 | 10/08/2007 | 14238.71 |

Place of Filing:
RECORDING DISTRICT OF
FAIRBANKS
FAIRBANKS, AK 99701

Total $ 33350.17

This notice was prepared and signed at Seattle, WA, on the 28th day of January, 1998.

Signature: for W ALDRICH
Title: Revenue Officer 91-01-4213

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668 (Y)(Rev. 10-93)