# EXHIBIT 52

| | | BK 1091 PG 312 |
|---|---|---|
| RECORDING REQUESTED BY: Internal Revenue Service | | |
| WHEN RECORDED RETURN TO: Internal Revenue Service 915 Second Avenue M/S 248 Seattle WA 98174 | 15<br>023105<br>FAIRBANKS<br>RECORDING DISTRICT | 1998 SP -1 PM 12: 43<br>REQUESTED BY<br>IRS |

This Space Reserved for Recorder Only

| Form 668 (Y) (Rev. October 1993) | 2384 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|---|
| District<br>PACIFIC-NORTHWEST | | Serial Number<br>919872103 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: BOB C THOMAS

Residence: 500 SECOND AVE
PAIRBANKS, AK 99701-4729

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | -6619 | 06/01/1998 | 07/01/2008 | 7355.93 |
| 1040 | 12/31/1997 | -6619 | 06/01/1998 | 07/01/2008 | 5319.79 |

| Place of Filing | RECORDING DISTRICT OF FAIRBANKS<br>FAIRBANKS, AK 99701 | Total $ | 12675.72 |
|---|---|---|---|

This notice was prepared and signed at Seattle, WA, on the 26th day of August, 1998.

Signature: for W ALDRICH

Title: Revenue Officer 91-01-4213

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668 (Y)(Rev. 10-93)