# EXHIBIT 53



**2003-021994-0**
Recording Dist: 401 - Fairbanks
8/29/2003  11:25 AM  Pages: 1 of 2

A L A S K A



THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR RECORDING DATA. THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD

Do Not Detach

Return to:
Internal Revenue Service
915 Second Avenue, M/S W-246
Seattle, Washington 98174

| Form 668 (Y)(c) (Rev. October 2000) | 1008 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #12 Lien Unit Phone: (206) 220-5596 | | Serial Number 130488303 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  BOB C THOMAS

Residence  935 AURORA DRIVE
FAIRBANKS, AK 99709-5523

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1992 | -6619 | 06/12/1995 | 07/12/2005 | |
| 1040 | 12/31/1992 | -6619 | 03/10/1997 | 04/09/2007 | 4701.25 |
| 1040 | 12/31/1999 | -6619 | 08/27/2001 | 09/26/2011 | 11858.94 |
| 1040 | 12/31/2000 | -6619 | 08/20/2001 | 09/19/2011 | 1995.24 |
| 1040 | 12/31/2001 | -6619 | 09/30/2002 | 10/30/2012 | 6431.39 |

2 of 2
2003-021994-0

Place of Filing  RECORDING DISTRICT OF FAIRBANKS
FAIRBANKS, AK 99701

Total  $ 24986.82

This notice was prepared and signed at  SEATTLE, WA , on this,

the 20th day of August, 2003.

Return:
Internal Revenue Service
915 2nd Ave., M/S W246 Lien Desk
Seattle, WA 98174

Signature for NANCY JANKE

Title  REVENUE OFFICER  32-01-4206
(907) 456-0543

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X