# EXHIBIT 54

Case 4:06-cv-00003-RRB    Document 28-54    Filed 08/24/2007    Page 1 of 2

BK0979PG273

| Form 668 (Y) (c) (Rev. October 1993) | 159 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| **District** Chief, S.P.O. | | **Serial Number** 929602871 | | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

96-23035
1500

**Name of Taxpayer** VIOLA R THOMAS

FAIRBANKS REC. DISTRICT
REQUESTED BY _IRS_

**Residence** PO BOX 56284 APT 105
N POLE, AK 99705-1284

'96 NOV 14 AM 11 11

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/94 | ▓▓▓-1628 | 05/29/95 | 06/28/05 | 5157.40 |
| 1040 | 12/31/95 | ▓▓▓-1628 | 09/23/96 | 10/23/06 | 5308.55 |

| Place of Filing | RECORDING DISTRICT OF<br>FAIRBANKS<br>FAIRBANKS, AK 99701 | Total $ | 10465.95 |
|---|---|---|---|

This notice was prepared and signed at Anchorage, AK, on this, the 01st day of November, 19 96.

Return to:
Internal Revenue Service
915 2nd Avenue, M/S 344, Lien Desk
Seattle, WA 98174

**Signature** for TIMOTHY ROYCE (S) [signature]   **Title** Branch Chief 92-01-0000

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office     Form 668 (Y) (c) (Rev. 10/93)