# EXHIBIT 55

BK1051PG320

RECORDING REQUESTED BY:
Internal Revenue Service

WHEN RECORDED RETURN TO:
Internal Revenue Service
915 Second Avenue M/S 246
Seattle WA 98174

003700  /5  1998 FE 24 AM 11:31
FAIRBANKS
RECORDING DISTRICT    REQUESTED BY
                      IRS

This Space Reserved for Recorder Only

Form 668 (Y) (Rev. October 1993)    340

Department of the Treasury - Internal Revenue Service
**Notice of Federal Tax Lien**

District: PACIFIC-NORTHWEST   Serial Number: 919862086

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: VIOLA R THOMAS

Residence: PO BOX 56284 APT 105
N POLE, AK 99705-1284

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1992 | ▮▮▮-1628 | 01/06/1997 | 02/05/2007 | 3456.58 |
| 1040 | 12/31/1993 | ▮▮▮-1628 | 01/06/1997 | 02/05/2007 | 6529.68 |
| 1040 | 12/31/1996 | ▮▮▮-1628 | 05/19/1997 | 06/18/2007 | 2793.00 |

Place of Filing: RECORDING DISTRICT OF FAIRBANKS
PAIRBANKS, AK 99701

Total $ 12779.26

This notice was prepared and signed at Seattle, WA, on the 15th day of February 1998.

Signature: for T Towns   ACS
Title: Branch Chief 91-01-0000

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668 (Y)(Rev. 10-93)