# EXHIBIT 56

BK 1019 PG 073

RECORDING REQUESTED BY:
Internal Revenue Service

WHEN RECORDED RETURN TO:
Internal Revenue Service
915 Second Avenue M/S 246
Seattle WA 98174

97-17043
1500

FAIRBANKS REC. DISTRICT
REQUESTED BY IRS

'97 AUG 14 PM 12:41

This Space Reserved for Recorder Only

Form 668 (Y) 909
(Rev. October 1993)

Department of the Treasury - Internal Revenue Service
**Notice of Federal Tax Lien**

District PACIFIC-NORTHWEST   Serial Number 919747705

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: BOB C THOMAS
THOMAS ENGINEERING

Residence: 500 2ND AVE 1
FAIRBANKS, AK 99701-4729

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/92 | 2838 | 02/24/97 | 03/26/07 | 515.38 |
| 941 | 09/30/92 | 2838 | 02/24/97 | 03/26/07 | 5512.94 |
| 941 | 12/31/92 | 2838 | 02/24/97 | 03/26/07 | 9890.94 |
| 941 | 03/31/93 | 2838 | 02/24/97 | 03/26/07 | 597.56 |
| 941 | 09/30/94 | 2838 | 02/24/97 | 03/26/07 | 1646.98 |
| 941 | 03/31/96 | 2838 | 03/24/97 | 04/23/07 | 11240.96 |
| 941 | 06/30/96 | 2838 | 03/24/97 | 04/23/07 | 9387.97 |
| 941 | 09/30/96 | 2838 | 03/24/97 | 04/23/07 | 7375.36 |
| 941 | 12/31/96 | 2838 | 03/24/97 | 04/23/07 | 2282.09 |
| 940 | 12/31/96 | 2838 | 03/31/97 | 04/30/07 | 239.75 |

Place of Filing
RECORDING DISTRICT OF FAIRBANKS
FAIRBANKS, AK 99701

Total $ 48689.93

This notice was prepared and signed at Seattle, WA, on the, 05th day of August, 19 97.

Signature for P. ALDRICH

Title Revenue Officer 91-01-4213

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668 (Y)(Rev. 10-93)