# EXHIBIT 57

BK 1095 PG 141

RECORDING REQUESTED BY:

Internal Revenue Service

WHEN RECORDED RETURN TO:

Internal Revenue Service
915 Second Avenue M/S 246
Seattle WA 98174

025151    15    1998 SP 22 PM 12: 25

FAIRBANKS
RECORDING DISTRICT

REQUESTED BY
JRS

This Space Reserved for Recorder Only

| Form 668 (Y) (Rev. October 1993) | 2117 | Department of the Treasury · Internal Revenue Service |
|---|---|---|
| | | **Notice of Federal Tax Lien** |

| District | Serial Number |
|---|---|
| PACIFIC-NORTHWEST | 919872794 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

| Name of Taxpayer | BOB C THOMAS THOMAS ENGINEERING |
|---|---|
| Residence | 500 2ND AVE STE 1 FAIRBANKS, AK 99701-4729 |

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/1997 | 2838 | 06/01/1998 | 07/01/2008 | 4509.22 |
| 941 | 06/30/1997 | 2838 | 06/01/1998 | 07/01/2008 | 2206.11 |
| 941 | 09/30/1997 | 2838 | 06/01/1998 | 07/01/2008 | 5022.63 |
| 941 | 12/31/1997 | 2838 | 06/01/1998 | 07/01/2008 | 3434.45 |

| Place of Filing | RECORDING DISTRICT OF PAIRBANKS FAIRBANKS, AK 99701 | Total | $ | 15172.41 |
|---|---|---|---|---|

This notice was prepared and signed at ___ Seattle, WA ___, on the,

___ 15th ___ day of ___ September  1998 ___

| Signature for W. ALDRICH | Title Revenue Officer 91-01-4213 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien    Rev. Rul. 71-466, 1971 - 2 C.B. 409)    Form 668 (Y) (Rev. 10-93)