# EXHIBIT 58

BK 01248PG0991

| | 340 | Department of the Treasury - Internal Revenue Service | | |
|---|---|---|---|---|
| Form 668 (Y)(c)<br>Rev. October 2000 | | **Notice of Federal Tax Lien** | | |
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #12<br>Lien Unit Phone: (206) 220-5596 | | Serial Number<br>910105459 | | For Optional Use by Recording Office<br>Recorded 4/9/2001 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   BOB C THOMAS

Residence   935 AURORA DR
            FAIRBANKS, AK 99701

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 03/31/1998 | 2838 | 11/09/1998 | 12/09/2008 | 1260.85 |
| 941 | 06/30/1998 | 2838 | 11/09/1998 | 12/09/2008 | 931.94 |
| 941 | 09/30/1998 | 2838 | 12/07/1998 | 01/06/2009 | 124.99 |
| 941 | 12/31/1998 | 2838 | 02/26/2001 | 03/28/2011 | 3510.69 |
| 941 | 03/31/1999 | 2838 | 01/08/2001 | 02/07/2011 | 864.50 |
| 941 | 06/30/1999 | 2838 | 01/01/2001 | 01/31/2011 | 3988.15 |
| 941 | 09/30/1999 | 2838 | 01/01/2001 | 01/31/2011 | 741.10 |
| 941 | 12/31/1999 | 2838 | 01/01/2001 | 01/31/2011 | 1562.05 |
| 941 | 03/31/2000 | 2838 | 01/29/2001 | 02/28/2011 | 2435.75 |
| 941 | 06/30/2000 | 2838 | 01/29/2001 | 02/28/2011 | 1084.52 |
| 941 | 09/30/2000 | 2838 | 01/29/2001 | 02/28/2011 | 225.86 |
| 941 | 12/31/2000 | 2838 | 02/26/2001 | 03/28/2011 | 4057.70 |

Place of Filing   RECORDING DISTRICT OF
                  FAIRBANKS
                  FAIRBANKS, AK 99701

Total  $ 20788.10

This notice was prepared and signed at   Seattle, WA   , on this,

the   13th   day of   March   , 2001.

Return To:
Internal Revenue Service
915 2nd Ave., M/S W246, Lien Desk
Seattle, WA. 98174

Signature   for J. STOWELL

Title   Revenue Officer   91-01-4216
        (907) 456-0313

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X