# EXHIBIT 60

| | 340 | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|
| Form 668 (Y)(c) (Rev. October 2000) | | **Notice of Federal Tax Lien** | |
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #12 Lien Unit Phone: (206) 220-5596 | Serial Number 910237422 | | For Optional Use by Recording Office Recorded 11/7/02 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  BOB C THOMAS

Residence  935 AURORA DR
FAIRBANKS, AK 99709

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6721 | 12/31/1997 | 2838 | 03/12/2001 | 04/11/2011 | 3529.03 |
| 940 | 12/31/1998 | 2838 | 01/29/2001 | 02/28/2011 | 543.53 |

| Place of Filing | RECORDING DISTRICT OF FAIRBANKS FAIRBANKS, AK 99701 | Total $ | 4072.56 |
|---|---|---|---|

This notice was prepared and signed at  Seattle, WA , on this,

the  17th  day of  October , 2002 .

Signature  for JANICE L STOWELL    Title REVENUE OFFICER  (907) 456-0313    32-01-4216

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

2002-023328-0 2 of 2