# EXHIBIT 62

NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>       Plaintiff, <br><br>   v. <br><br> BOB C. THOMAS; <br> ROBERT R. THOMAS, individually <br> and as personal representative <br> of the estate of Viola Ruth <br> Thomas; MICHAEL C. THOMAS; <br> FAIRBANKS NORTHSTAR BOROUGH; <br> MT. MCKINLEY BANK; DICK <br> BRICKLEY; and HOA BRICKLEY, <br><br>       Defendants. | ) <br> ) Civil No. 4:06-cv-0003 <br> ) <br> ) <br> ) UNITED STATES' FIRST SET OF <br> ) REQUESTS FOR ADMISSION DIRECTED <br> ) TO DEFENDANT BOB C. THOMAS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

As provided in Federal Rules of Civil Procedure (FRCP) 26 and 36, the United States requests that Bob C. Thomas admit the truth of the facts set out below within thirty (30) days of being

-1-

served with these requests for admission.  Unless admitted, the answer shall specifically deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter.  A denial shall fairly meet the substance of the requested admission, and when good faith requires that a party qualify an answer or deny only a part of the matter on which an admission is requested, the party shall specify so much of it as is true and qualify or deny the remainder.

The United States cautions Bob C. Thomas that according to FRCP 36(a), the matters set forth herein are admitted <u>unless</u> the United States is served with your written answer or objection addressed to the matters set forth herein within thirty (30) days after the service of these requests for admission.

As used herein, the singular form of a word includes the plural form of the word and the plural form of a word includes the singular form of the word.

The United States, furthermore, notifies Bob C. Thomas that according to FRCP 26(e)(2) you have a duty to amend your response to any of these requests for admission if you learn that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to undersigned counsel during this discovery process or in writing.

1. In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 1991, please admit that you owe the United States $43,209.00, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.
RESPONSE:


2. In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 1992, please admit that you owe the United States $4,731.25, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.
RESPONSE:


3. In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 1993, please admit that you owe the United States $2,981.95, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.

RESPONSE:


4.  In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 1994, please admit that you owe the United States $19,141.46, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.
RESPONSE:


5.  In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 1995, please admit that you owe the United States $14,238.71, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.
RESPONSE:


6.  In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 1996, please admit that you owe the United States $7,385.93, plus interest and other


Case 4:06-cv-00003-RRB   Document 28-62   Filed 08/24/2007   Page 5 of 20

RESPONSE:


4.  In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 1994, please admit that you owe the United States $19,141.46, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.
RESPONSE:


5.  In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 1995, please admit that you owe the United States $14,238.71, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.
RESPONSE:


6.  In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 1996, please admit that you owe the United States $7,385.93, plus interest and other

statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.

RESPONSE:


7.   In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 1997, please admit that you owe the United States $5,319.79, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.

RESPONSE:


8.   In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 1999, please admit that you owe the United States $11,858.94, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.

RESPONSE:

9. In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 2000, please admit that you owe the United States $1,995.24, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.

RESPONSE:


10. In regard to federal income tax (Form 1040) assessments for the tax period ended December 31, 2001, please admit that you owe the United States $6,431.39, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for that tax period.

RESPONSE:


11. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended September 30, 1992, please admit that you owe the United States $5,314.59, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.

RESPONSE:

12. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended December 31, 1992, please admit that you owe the United States $9,890.94, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:

13. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended March 31, 1993, please admit that you owe the United States $597.56, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:

14. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended September 30, 1994, please admit that you owe the United States

$1,646.98, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:


15. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended March 31, 1996, please admit that you owe the United States $11,240.96, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:


16. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended June 30, 1996, please admit that you owe the United States $9,387.97, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:

17. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended September 30, 1996, please admit that you owe the United States $7,375.36, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:

18. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended December 31, 1996, please admit that you owe the United States $2,282.09, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:

19. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended March 31, 1997, please admit that you owe the United States $4,539.22, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.

RESPONSE:



20. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended June 30, 1997, please admit that you owe the United States $2,206.11, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:



21. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended September 30, 1997, please admit that you owe the United States $5,022.63, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:



22. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended December 31, 1997, please admit that you owe the United States

$3,434.45, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:



23. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended December 31, 1998, please admit that you owe the United States $3,615.08, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:



24. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended March 31, 1999, please admit that you owe the United States $864.50, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:

-11-

25.  In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended June 30, 1999, please admit that you owe the United States $3,988.15, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:


26.  In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended September 30, 1999, please admit that you owe the United States $741.10, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:


27.  In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended December 31, 1999, please admit that you owe the United States $1,562.05, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.

RESPONSE:

28. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended March 31, 2000, please admit that you owe the United States $2,435.75, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:

29. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended June 30, 2000, please admit that you owe the United States $1,084.52, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:

30. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended December 31, 2000, please admit that you owe the United States

$4,236.87, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.

RESPONSE:


31. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended June 30, 2001, please admit that you owe the United States $336.75, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.

RESPONSE:


32. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended September 30, 2001, please admit that you owe the United States $5,193.03, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.

RESPONSE:

- 14 -

33. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended December 31, 2001, please admit that you owe the United States $700.44, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:


34. In regard to federal employment tax (Form 941) assessments for Thomas Engineering for the tax period ended March 31, 2002, please admit that you owe the United States $1,070.74, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal employment tax assessments for that tax period.
RESPONSE:


35. In regard to federal unemployment tax (Form 940) assessments for Thomas Engineering for the tax period ended December 31, 1996, please admit that you owe the United States $239.75, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal unemployment tax assessments for that tax period.

RESPONSE:

36. In regard to federal unemployment tax (Form 940) assessments for Thomas Engineering for the tax period ended December 31, 1998, please admit that you owe the United States $573.53, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal unemployment tax assessments for that tax period.
RESPONSE:

37. In regard to federal unemployment tax (Form 940) assessments for Thomas Engineering for the tax period ended December 31, 2001, please admit that you owe the United States $33.78, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal unemployment tax assessments for that tax period.
RESPONSE:

38. In regard to penalty assessments under 26 U.S.C. sec. 6721, for failure to file information returns for Thomas Engineering, for the tax period ended December 31, 1997, please

admit that you owe the United States $3,529.03, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the penalty assessments for that tax period.
RESPONSE:


39. In regard to penalty assessments under 26 U.S.C. sec. 6721, for failure to file information returns for Thomas Engineering, for the tax period ended December 31, 1998, please admit that you owe the United States $1,550.00, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the penalty assessments for that tax period.
RESPONSE:


40. In regard to penalty assessments under 26 U.S.C. sec. 6721, for failure to file information returns for Thomas Engineering, for the tax period ended December 31, 1999, please admit that you owe the United States $1,594.50, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the penalty assessments for that tax period.
RESPONSE:

DATED this 17th day of January, 2007.

                    NELSON P. COHEN
                    United States Attorney

                    */s/ Jennifer D. Auchterlonie*
                    JENNIFER D. AUCHTERLONIE
                    Trial Attorney, Tax Division
                    U.S. Department of Justice
                    P.O. Box 683
                    Ben Franklin Station
                    Washington, D.C. 20044-0683

                    Telephone: (202) 514-9593
                    Facsimile: (202) 307-0054
                    Email:
                    Jennifer.D.Auchterlonie@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2007, a copy of the foregoing UNITED STATES' FIRST SET OF REQUESTS FOR ADMISSION DIRECTED TO DEFENDANT BOB C. THOMAS was served by regular U.S. mail on the following party at the following address:

> Bob C. Thomas
> 935 Aurora Drive
> Fairbanks, AK 99709

/s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593