September 21, 2007

Bob Thomas, Robert Thomas, Michael Thomas
935 Aurora Drive
Fairbanks, AK 99709



SEP 21 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

U.S. District Court
District of Alaska

Dear Judge

I have received a copy of the request for summary judgment on Case No. 4:06-cv-3 USA v. Thomas, Motion 4:06-cv-00003-RRB USA v. Thomas dated Aug 24, 2007. Please grant us more time to respond. I would like to have until after the first of the year in order to submit all tax returns for Bob Thomas and the estate of Viola Thomas through 2007. In addition to tax returns, I am trying to obtain documents from previous government clients that show unfair payment treatment – which led to the demise of my business. I also request the IRS to furnish me with copies of all documents of income received so I can be sure I have them all.

Please note that we have not ignored our obligations. We have paid approximately $40,000 this year toward our liability.

My home will be paid off in approximately 6 months. I hope to be able to use that asset to erase our debt.

I did try to contact the IRS regarding this matter. I left messages but my calls were not returned.

Thank You

Bob Thomas
Michael Thomas
Robert Thomas