UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA   v.   THOMAS, et al.

DATE:   October 25, 2007     CASE NO.   4:06-cv-0003-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION FOR SUMMARY JUDGMENT**

---

Defendants may have until the close of business on **Tuesday, November 13, 2007**, in which to file a response to Plaintiff's Motion for Summary Judgment at Docket 26. Failure to timely respond will likely result in a default judgment against Defendants.