November 15, 2007

Bob Thomas
935 Aurora Drive
Fairbanks, AK 99709

The Honorable Judge Ralph Beistline
United States District Court
For the District of Alaska

    RE - 4:06-cv-0003-RRB

Dear Judge Beistline,
I an sorry that I did not respond to your letter dated October 25, 2007. I did not received it until on November 10th when I returned to Fairbanks. I am requesting some more time, hopefully until after the first of the year to make a response. Here are the reasons:

My sons and I cannot afford to obtain professional council. However, I do have a local tax person to help.

Robert Thomas, representing his deceased mother, is incarcerated at this time and is unable to help. I'm not sure of the ramifications of this situation.

Michael Thomas, my older son, suffers from a condition called Myotonic Dystrophy - a condition that affects his capabilities.

My home in Ester will be paid off in January or February of 2008. It basically, represents all my assets. I have not lived there for the last few winters as I cannot afford the heating cost. It is my intention to offer it in settlement. This would be in addition to the $40,000 paid earlier this year. I would like time to negotiate.

Sincerely

Bob Thomas
378-9894