NELSON P. COHEN
United States Attorney
Federal Building and
  United States Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 451-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. 4:06-cv-0003 |
| Plaintiff, | ) |
| | ) |
| v. | ) UNITED STATES' RESPONSE TO |
| | ) DEFENDANT'S MOTION FOR EXTENSION |
| BOB C. THOMAS; | ) OF TIME (SECOND REQUEST) |
| ROBERT R. THOMAS, individually | ) |
| and as personal representative | ) |
| of the estate of Viola Ruth | ) |
| Thomas; MICHAEL C. THOMAS; | ) |
| FAIRBANKS NORTHSTAR BOROUGH; | ) |
| MT. MCKINLEY BANK; DICK | ) |
| BRICKLEY; and HOA BRICKLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The United States of America, by and through its undersigned counsel, hereby responds as follows to the letter (Dkt. #35) dated November 15, 2007, sent to the Court in this matter by

- 1 -

defendant Bob Thomas (defendant), which the Court has construed as defendant's motion for extension of time to respond to the United States' motion for summary judgment. For the reasons set forth below, defendant's motion should be denied.

The United States' motion for summary judgment was filed on August 24, 2007. Dkt. #26. Pursuant to Local Rule 7.1(e), response briefs were due to be filed within fifteen days of service of the motion, unless otherwise ordered by the Court.

On September 21, 2007, almost a month after the United States' motion for summary judgment was filed, defendant filed his first motion for extension of time. Dkt. #31. On October 25, the Court issued a minute order, allowing defendant an extension of time to November 13, 2007, in which to respond to the United States' motion for summary judgment. Dkt. #33.

Defendant did not file a response to the United States' motion for summary judgment or timely request a further extension of time to respond to that motion. Instead, on November 15, 2007, defendant sent another letter to the Court, which the Court filed on November 16, 2007, at Dkt. # 35, as defendant's motion for extension of time. Defendant again asks the Court for a second extension of time to an unspecified date that is after January 1, 2008, in order to respond to the United States' motion for summary judgment.

Even if the Court were not inclined to deny defendant's motion as untimely, an analysis of the stated grounds for

defendant's motion and the current posture of this case reveals that no purpose will be served in this matter by allowing defendant the additional time he seeks to respond to the United States' motion for summary judgment.

Defendant seeks additional time of at least one month in order to respond to the United States' motion for summary judgment.  Defendant appears to seek this extension to allow him to negotiate a settlement with the United States.  However, as of this date, defendant has not entered into any such negotiations.  Moreover, defendant's claimed desire to negotiate with the government is suspect, as defendant's refusal to participate in this litigation is well documented in the record:  defendant did not provide initial disclosures required under Fed. R. Civ. P. 26(a); he did not participate in the preparation of the scheduling and planning conference report, Dkt. #16; he did not file a witness list as required by the Court's Scheduling and Planning Order, Dkt. #19; he did not respond to the written discovery served upon him by the United States; he did not respond to the United States' motion to compel responses to that written discovery, Dkt. #21; he did not respond to the Court's order compelling responses to the United States' written discovery, Dkt. #22; and he did not respond to the United States' motion for discovery sanctions, Dkt. #24.  Accordingly, at this time, defendant is precluded from presenting any evidence in this matter that was not produced in response to the United States'

discovery requests.  Dkt. #24.  Additionally, because defendant did not respond to the requests for admission served upon him regarding the federal income and employment tax liabilities at issue in this suit, defendant has already admitted to those liabilities.  Fed. R. Civ. P. 36(a).

Defendant's request for an extension of time to an unspecified date over a month in the future is entirely lacking in factual or legal support.  Defendant has not engaged in any negotiation with the United States or cooperated with any aspect of this case.  Moreover, because defendant has already admitted to the tax liability at issue and is precluded from presenting any evidence in defense of this matter, no purpose could possibly be served by allowing further delay.

WHEREFORE, for all of the reasons stated above, the United States respectfully requests that the Court deny defendant's motion for extension of time.

DATED this 3rd day of December, 2007.

    NELSON P. COHEN
    United States Attorney


    /s/ Jennifer D. Auchterlonie
    JENNIFER D. AUCHTERLONIE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683
    Ben Franklin Station
    Washington, D.C.  20044-0683
    Telephone:  (202) 514-9593

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007, a copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME (SECOND REQUEST) was served by regular U.S. mail on the following parties at the following addresses:

```
Bob C. Thomas
Michael C. Thomas
Robert R. Thomas
935 Aurora Drive
Fairbanks, AK 99709

Viola R. Thomas, deceased
c/o Robert R. Thomas, personal representative
3239 La Ree Way
Esther, AK 99725
```

/s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593