

December 23, 2007

Bob Thomas
935 Aurora Drive
Fairbanks, AK

DEC 26 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

U.S. District Court
District of Alaska

       Case No. 4:06-cv-3   USA v Thomas

Dear Judge Beistline

I received your correspondence re this case on Dec 23. Because of the short time to respond I will make an offer to settle. My house in Ester is nearly paid off. I owe approximately $2,000. If agreeable I will finish paying it off and sign it over to the Government for our tax liabilities through 2006.

Bob Thomas