IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

BOB C. THOMAS;
ROBERT R. THOMAS, individually
and as Personal representative
of the Estate of Viola Ruth
Thomas;
MICHAEL C. THOMAS;
FAIRBANKS NORTHSTAR BOROUGH;
MT. MCKINLEY BANK;
DICK BRICKLEY; and
HOA BRICKLEY,

      Defendants.

Case No. 4:06-cv-0003-RRB

**ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT**

Before the Court is Plaintiff's Motion for Summary Judgment at Docket 26. Although Defendants have written the Court with offers of settlement, there has been no opposition to the aforesaid motion, which motion appears, on its face, to have merit. The Court therefore **GRANTS** Plaintiff's Motion for Summary Judgment and orders as follows:

1.    Bob Thomas is indebted to the United States for unpaid federal tax liabilities in the amount of $396,932.75, plus interest and penalties accruing from August 24, 2007, until paid, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c);

2.    The Estate of Viola Ruth Thomas is indebted to the United States for unpaid federal tax liabilities in the amount of $102,681.13, plus additional interest and penalties accruing from August 24, 2007, until paid, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c);

3.    The United States has valid and subsisting federal tax liens, by virtue of the assessments set forth above, on all property and rights to property of Bob C. Thomas and Viola Ruth Thomas, both real and personal, tangible and intangible, including their interest in the subject property described above;

4.    The Defendants in default, Mt. McKinley Bank, Dick Brickley, and Hoa Brickley, have no valid interest in the subject property;

5.    The answering Defendants, Robert R. Thomas and Michael C. Thomas, have no valid interest in the subject property;

6.    The federal tax liens against the subject property shall be foreclosed and the property sold at auction with the proceeds to be distributed as follows:

First, to the allowed costs of sale;

Second, to the Fairbanks Northstar Borough for payment of any outstanding property taxes; and

Third, to the United States, to be applied toward the unpaid tax liabilities of Defendants Bob C. Thomas and Viola Ruth Thomas, deceased, until the funds are exhausted; and

7.    The United States shall submit an appropriate proposed order of foreclosure and judicial sale within 30 days of entry of judgment in this matter.

**IT IS SO ORDERED.**

ENTERED this 15th day of January, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE