**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA
    Plaintiff,

                      Case Number 4:06-CV-00003-RRB

v.

BOB C. THOMAS; ROBERT R. THOMAS,
individually and as Personal
Representative of the Estate
of Viola Ruth Thomas; MICHAEL C.
THOMAS; FAIRBANKS NORTH STAR BOROUGH;
MT. McKINLEY BANK; DICK BRINKLEY
and HOA BRINKLEY
    Defendants          **JUDGMENT IN A CIVIL CASE**

<u>  XX  </u>  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff, the United States of America, recover from the defendant, Bob Thomas the amount of $396,932.75 plus interest and penalties accruing from August 24, 2007 until paid, and recover from the defendant, the Estate of Viola Ruth Thomas the amount of $102,681.13 plus additional interest and penalties accruing from August 24, 2007.  The remaining defendants, Mt McKinley Bank, Dick Brinkley, Hoa Brinkley, Robert R. Thomas and Michael C. Thomas have no valid interest in the subject property.

APPROVED:

<u>s/RALPH R. BEISTLINE    </u>
RALPH R. BEISTLINE
United States District Judge

_____
Date: February 1, 2008

[]{JMT2.WPT*Rev.3/03}

[]{JMT2.WPT*Rev.3/03}                                                                                           2