UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
RALPH R. BEISTLINE
FEDERAL BUILDING ~ U.S. COURTHOUSE
222 W. 7TH AVENUE, #49
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS

Received 1/18/08

MICHAEL C THOMAS
~~1640~~ EIELSON ST
FAIRBANKS AK 99701



NIXIE       995 DC 1         00 01/17/08
    RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 99513750449        *1072-06211-11-40

Mailed From 99513
01/11/2008
$00.41⁰
US POSTAGE