UNITED STATES
DISTRICT COURT
District of Alaska
FAIRBANKS Division

# 4010147 - SM
September 18, 2008

Code   Case #   Qty   Amount
604700-R                     2,500.00

TOTAL ->           2,500.00

FROM: USA V THOMAS
4:06-CV-00003-RRB
FORECLOSURE SALE